NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| URSULA BYRAM, ET AL.<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES, BLAKE RUNGE,<br>and DOES 1–10,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-9285<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| URSULA BYRAM | Plaintiff |
| S.B., a Minor | Plaintiff |
| N.B., a minor | Plaintiff |
| A.B., a minor | Plaintiff |
| County of Los Angeles | Defendant |
| Blake Runge | Defendant |

November 3, 2023
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs