**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.: 2:23-cv-09285<br><br>**APPLICATION OF KAITLYN HUMENCHUK FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B.**<br><br>[*Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

**APPLICATION OF KAITLYN HUMENCHUK FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B.**

1. A.B. is a minor plaintiff in the above-referenced case.

2. A.B. was born on October 13, 2007.

3. Kaitlyn Humenchuk, who is not a plaintiff in this matter, is the mother of minor plaintiff A.B.

4. Kaitlyn Humenchuk is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff A.B.

5. Kaitlyn Humenchuk is a responsible adult and fully competent to understand and protect the rights of A.B. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiff A.B., filed concurrently herewith.

6. Plaintiffs therefore respectfully request an order appointing Kaitlyn Humenchuk as Guardian *ad Litem* for minor plaintiff A.B.

LAW OFFICES OF DALE K. GALIPO

DATED: October 25, 2023

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: Nov 1, 2023

By: Kaitlyn Humenchuk (Nov 1, 2023 16:29 EDT)
Kaitlyn Humenchuk