**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.: 2:23-cv-09285<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR N.B.**<br><br>[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*] |

[PROPOSED] ORDER RE STIPULATION

IT IS HEREBY ORDERED THAT the application of Timothy Byram for appointment as Guardian *ad Litem* for plaintiff N.B. is granted.

IT IS SO ORDERED.

DATED:            By: _____
                      HON. MAAME EWUSI-MENSAH FRIMPONG
                      UNITED STATES DISTRICT JUDGE