**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.:  2:23-cv-09285<br><br>**CONSENT OF NOMINEE TIMOTHY BYRAM AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.B.**<br><br>[*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |

-1-
CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM

## CONSENT OF NOMINEE

I, Timothy Byram, the nominee and uncle of S.B., who is a minor plaintiff in the above-referenced action and the biological son of the decedent Everett Byram, consent to act as guardian *ad litem* for minor plaintiff S.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on Oct 31, 2023 2023 in New York, NY , .

*Timothy Byram*
Timothy Byram (Oct 31, 2023 11:49 EDT)
Timothy Byram