1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, CA 91367
Phone: (818) 347-3333
5
**RUBIN LAW OFFICE, P.C.**
6 David Rubin (SBN 304744)
david@rubinlawoffice.com
7 2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
8 Phone: (619) 719–1087

9 *Attorneys for Plaintiff*

10 **UNITED STATES DISTRICT COURT**
11 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.: 2:23-cv-09285<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR S.B.**<br><br>[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*] |

[PROPOSED] ORDER RE STIPULATION

IT IS HEREBY ORDERED THAT the application of Timothy Byram for appointment as Guardian *ad Litem* for plaintiff S.B. is granted.

IT IS SO ORDERED.

DATED:                    By: _____

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE