**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.:   **2:23-cv-09285**<br><br>**DECLARATION OF TIMOTHY BYRAM AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.B. (C.C.P. § 377.32)** |

## C.C.P. § 377.32 DECLARATION OF TIMOTHY BYRAM FOR S.B., SUCCESSOR IN INTEREST TO EVERETT BYRAM

I, Timothy Byram, do hereby declare as follows:

1. My name is Timothy Byram. I am a competent adult over the age of eighteen and the natural uncle of minor plaintiff S.B.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Everett Byram ("Decedent").

4. S.B. is Decedent's son. He is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure as his biological son.

5. No other persons have a superior right to commence this action.

6. Everett's death certificate is filed concurrently as Exhibit A.

I, Timothy Byram, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  Oct 31, 2023  2023 in  New York, NY .

*Timothy Byram*
Timothy Byram (Oct 31, 2023 11:49 EDT)
Timothy Byram

-2-
DECLARATION