# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

State File Number: (blank)
Local Registration Number: 3202319008185

| Field | Value |
|---|---|
| 1. Name of Decedent – First (Given) | EVERETT |
| 2. Middle | JACOB |
| 3. Last (Family) | BYRAM |
| 4. Date of Birth | 07/21/1988 |
| 5. Age Yrs | 34 |
| 6. Sex | M |
| 7. Date of Death | 02/10/2023 |
| 8. Hour (24 Hours) | 2300 |
| 9. Birth State/Foreign Country | WA |
| 10. Social Security Number | (redacted) |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 13. Education | SOME COLLEGE |
| 14/15. Was Decedent Hispanic/Latino(a)/Spanish? | NO |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | WRITER |
| 18. Kind of Business or Industry | SOCIAL MEDIA |
| 19. Years in Occupation | 14 |
| 20. Decedent's Residence | 37529 OXFORD DRIVE |
| 21. City | PALMDALE |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 93550 |
| 24. Years in County | 8 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | URSULA BYRAM, WIFE |
| 27. Informant's Mailing Address | 37529 OXFORD DRIVE, PALMDALE, CA 93550 |
| 28. Name of Surviving Spouse/SRDP – First | URSULA |
| 29. Middle | - |
| 30. Last (Birth Name) | NIETO |
| 31. Name of Father/Parent – First | MORRIS |
| 32. Middle | EVERETT |
| 33. Last | BYRAM, JR |
| 34. Birth State | MS |
| 35. Name of Mother/Parent – First | VALORIE |
| 36. Middle | RUTH |
| 37. Last (Birth Name) | SOUTH |
| 38. Birth State | TX |
| 39. Disposition Date | 02/24/2023 |
| 40. Place of Final Disposition | RESIDENCE OF URSULA BYRAM, 2136 SARATOGA AVENUE, SPRINGDALE, AR 72762 |
| 41. Type of Disposition(s) | CREMATE/TRANSIT/RESIDENCE |
| 42. Signature of Embalmer | JULEEN LADE |
| 43. License Number | EMB8251 |
| 44. Name of Funeral Establishment | HALLEY OLSEN MURPHY FUNERALS & CREMATIONS |
| 45. License Number | FD1067 |
| 46. Signature of Local Registrar | MUNTU DAVIS MD |
| 47. Date | 02/23/2023 |
| 101. Place of Death | ANTELOPE VALLEY MEDICAL CENTER |
| 102. If Hospital, Specify One | ER/OP |
| 104. County | LOS ANGELES |
| 105. Facility Address | 1600 W AVENUE J |
| 106. City | LANCASTER |
| 107. Cause of Death – Immediate Cause (A) | GUNSHOT WOUND OF THE HEAD |
| Time Interval | RAPID |
| 108. Death Reported to Coroner? | YES – 2023-01689 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 113A. Decedent Pregnant in Last Year? | NO |
| 119. Manner of Death | Homicide |
| 120. Injured at Work? | NO |
| 121. Injury Date | 02/10/2023 |
| 122. Hour (24 Hours) | 2200 |
| 123. Place of Injury | OTHER: BACKYARD OF RESIDENCE |
| 124. Describe How Injury Occurred | SHOT BY OTHER |
| 125. Location of Injury | 37529 OXFORD DRIVE, PALMDALE, CA 93550 |
| 126. Signature of Coroner / Deputy Coroner | EVONNE R-JACKSON |
| 127. Date | 02/17/2023 |
| 128. Type Name, Title of Coroner / Deputy Coroner | EVONNE R-JACKSON, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health, if it bears the Registrar's signature in purple ink.


MD
Health Officer and Registrar

*003686467*

DATE ISSUED: FEB 28 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

