Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER — 3202319008185   LOCAL REGISTRATION NUMBER

USE BLACK INK ONLY / NO BALLPOINT, WHITEOUT OR ALTERATIONS
VS-11 (REV 3/08)

### DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) | | | 6. SEX |
|---|---|---|---|---|---|
| EVERETT | JACOB | BYRAM | | | M |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|
| 07/21/1988 | 34 | 02/10/2023 | 2300 |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) |
|---|---|---|---|
| WA | | ☐ YES ☒ NO ☐ UNK | MARRIED |

| 14. EDUCATION – Highest Level/Degree | 15. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | 19. YEARS IN OCCUPATION |
|---|---|---|
| SOME COLLEGE | CAUCASIAN | 14 |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) |
|---|---|
| WRITER | SOCIAL MEDIA |

### USUAL RESIDENCE

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 37529 OXFORD DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| PALMDALE | LOS ANGELES | 93550 | 8 | CA |

### INFORMANT

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| URSULA BYRAM, WIFE | 37529 OXFORD DRIVE, PALMDALE, CA 93550 |

### SPOUSE/SRDP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) | |
|---|---|---|---|
| URSULA | | NIETO | |

| 31. NAME OF FATHER/PARENT–FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| MORRIS | EVERETT | BYRAM, JR | MS |

| 35. NAME OF MOTHER/PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| VALORIE | RUTH | SOUTH | TX |

### FUNERAL DIRECTOR/LOCAL REGISTRAR

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 02/24/2023 | RESIDENCE OF URSULA BYRAM 2136 SARATOGA AVENUE, SPRINGDALE, AR 72762 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/TRANSIT/RESIDENCE | ▶ JULEEN LADE | EMB8251 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| HALLEY OLSEN MURPHY FUNERALS & CREMATIONS | FD1067 | ▶ MUNTU DAVIS MD | 02/23/2023 |

### PLACE OF DEATH

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| ANTELOPE VALLEY MEDICAL CENTER | ☐ IP ☒ ER/OP ☐ DOA | |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| LOS ANGELES | 1600 W AVENUE J | LANCASTER |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) GUNSHOT WOUND OF THE HEAD | | RAPID | ☒ YES ☐ NO   2023-01689 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| (C) | | | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| NO | ☐ YES ☒ NO ☐ UNK |

### PHYSICIAN'S CERTIFICATION

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since ___ Decedent Last Seen Alive ___ | ▶ | | |
| (A) mm/dd/ccyy (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

### CORONER'S USE ONLY

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH ☐ Natural ☐ Accident ☒ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | ☐ YES ☒ NO ☐ UNK | 02/10/2023 | 2200 |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| OTHER: BACKYARD OF RESIDENCE |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| SHOT BY OTHER |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
| 37529 OXFORD DRIVE, PALMDALE, CA 93550 |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ EVONNE R-JACKSON | 02/17/2023 | EVONNE R-JACKSON, DEP CORONER |

### STATE REGISTRAR

| A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|

---

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

 MD

VD

Health Officer and Registrar          DATE ISSUED

*003686467*

FEB 28 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

