1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, CA 91367
Phone: (818) 347-3333

5 **RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
6 david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
7 Carlsbad, CA 92008
Phone: (619) 719–1087
8
9 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1–10,<br><br>Defendants. | Case No.: 2:23-cv-09285-SB-MAR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

-1-
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1  **TO THIS HONORABLE COURT:**

2     In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and
3  Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of
4  the Complaint, Summons, and other documents on Defendant COUNTY OF LOS
5  ANGELES (attached hereto as Exhibit "A").

6

7  DATED: December 1, 2023                    LAW OFFICES OF DALE K. GALIPO
8
9                                    By:  /s / Dale K. Galipo
10                                        Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. (818) 347-4118 | E-MAIL ADDRESS dalekgalipo@yahoo.com<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: URSULA BYRAM. S.B., etc., et al.<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES; et al. | CASE NUMBER:<br>2223-CY-9285 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2254434KA |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-L); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE STANLEY BLUMENELD JR.**

3. a. Party served *(specify name of party as shown on documents served)*:
   **COUNTY OF LOS ANGELES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Catherine Medena, Supervisor, authorized person to accept service of process**

4. Address where the party was served: **500 W Temple Street**
   **Los Angeles, CA 90012**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/15/2023**   (2) at *(time)*: **12:39 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2254434

| | |
|---|---|
| Plaintiff: URSULA BYRAM. S.B., etc., et al.<br>Defendant: COUNTY OF LOS ANGELES; et al. | CASE NUMBER:<br>2223-CY-9285 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                        (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: **LOS ANGELES COUNTY SHERIFF**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                    ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
   a. Name: **Paul Mendez-Sierra - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 124.74**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner     ☐ employee     ☐ independent contractor.
          (ii) Registration No.: **202249959**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **11/30/2023**

**Paul Mendez-Sierra**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   *(Signature - Per CC §1633.7)*