1 Thomas C. Hurrell, State Bar No. 119876
 E-Mail: thurrell@hurrellcantrall.com
2 Jordan Stern. State Bar No. 311527
 E-Mail: jstern@hurrellcantrall.com
3 Nicole G. Ortega. State Bar No. 345882
 E-Mail: nortega@hurrellcantral.com
4 HURRELL CANTRALL LLP
 725 S. Figueroa Street, Suite 3800
5 Los Angeles, California 90017
 Telephone: (213) 426-2000
6 Facsimile: (213) 426-2020

7 Attorneys for Defendant, COUNTY OF LOS ANGELES

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

12 URSULA BYRAM, S.B. by and
 through guardian ad litem TIMOTHY
13 BYRAM, N.B. by and through guardian
 ad litem TIMOTHY BYRAM, and A.B.
14 by and through guardian ad litem
 KAITLYN HUMENCHUK,
15 individually and as successors-in-
 interest to Everett Byram,

16              Plaintiffs,

17       v.

18 COUNTY OF LOS ANGELES,
 BLAKE RUNGE, and DOES 1-10,
19
              Defendants.
20

Case No. 2:23-cv-09285-SB (MARx)

**DEFENDANT THE COUNTY OF LOS ANGELES' ANSWER TO COMPLAINT**

[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C]

21

22       Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant

23 COUNTY OF LOS ANGELES ("Defendant") for itself alone and for no other

24 persons, entities, firms or corporations, answers the Complaint for Damages of

25 Plaintiffs URSULA BYRAM, S.B. and N.B. by and through their guardian *ad litem*,

26 TIMOTHY BYRAM; and A.B. by and through his guardian *ad litem* KAITLYN

27 HUMENCHUK  ("Plaintiffs").  If an averment is not specifically admitted, it is

28 hereby denied.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

**INTRODUCTION**

1.      In answer to paragraph 1, defendant admits this action is seeking compensatory and punitive damages from Defendant for violating various rights under the United States Constitution and state law in connection with the alleged shooting of decedent, EVERETT BYRAM, on February 10, 2023.  However, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.  As to the remaining allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

**JURISDICTION AND VENUE**

2.      In answer to paragraph 2, Defendant acknowledge that Plaintiffs are bringing this action pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) for claims arising under the laws of the United States including 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution. Defendant admits that venue is proper.

3.      In answer to paragraph 3, Defendant further acknowledge that there is supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).  Defendant admits that venue is proper.

4.      In an answer to paragraph 4, Defendant admits venue is proper.

5.      In an answer to paragraph 5, Defendant acknowledges and admits receipt of summons and complaint to the COUNTY OF LOS ANGELES.

6.      In answer to paragraph 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

**PARTIES**

7.      In answer to paragraph 7, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

8.      In answer to paragraph 8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

9.      In answer to paragraph 9, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

10.      In answer to paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

11.      In answer to paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

12.      In answer to paragraph 12, Defendant admits that COUNTY OF LOS ANGELES is a public entity duly organized and existing under the laws of the State of California.  As to the remainder of the allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.  Moreover, Plaintiffs' allegations in said paragraph are overbroad, vague, and ambiguous and thus Defendant is unable

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

3

to admit or deny the allegations.

13.     In answer to paragraph 13, Defendant admits that BLAKE RUNGE was and is an employee of the COUNTY OF LOS ANGELES employed as a Sheriff's Deputy.  As to the remainder of the allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.  Moreover, Plaintiffs' allegations in said paragraph are overbroad, vague, and ambiguous and thus Defendant is unable to admit or deny the allegations.

14.     Answering paragraph 14,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 1-8, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15.     Answering paragraph 15,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 9 -10, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16.     In answering paragraph 16, Defendant denies each and every allegation contained therein.

17.     In answer to paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 1 -10, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to

1 answer the allegations contained therein, and on that basis denies the allegations.

2     18.     In answer to paragraph 18, Defendant is without sufficient knowledge
3 or information to form a belief as to the truth of the allegations contained in said
4 paragraph with respect to the unidentified defendants, including Defendant DOES 1
5 -10, and therefore denies each and every allegation against the unidentified
6 defendants therein. Defendant lacks sufficient information and belief upon which to
7 answer the allegations contained therein, and on that basis denies the allegations.

8     19.     In answer to paragraph 19, Defendant is without sufficient knowledge
9 or information to form a belief as to the truth of the allegations contained in said
10 paragraph, and therefore denies each and every allegation against the unidentified
11 defendants therein. Defendant lacks sufficient information and belief upon which to
12 answer the allegations contained therein, and on that basis denies the allegations.

13     20.     In answer to paragraph 20, Defendant is without sufficient knowledge
14 or information to form a belief as to the truth of the allegations contained in said
15 paragraph, and therefore denies each and every allegation against the unidentified
16 defendants therein. Defendant lacks sufficient information and belief upon which to
17 answer the allegations contained therein, and on that basis denies the allegations.

18     21.     In answer to paragraph 21, Defendant is without sufficient knowledge
19 or information to form a belief as to the truth of the allegations contained in said
20 paragraph, and on that basis, Defendant denies each and every allegation contained
21 herein.  Defendant further denies the allegations of said paragraph as they are vague.
22 Further, to the remaining allegations asserted against Does 1-10, Defendant states
23 that this allegation is not asserted against the answering Defendant, and no response
24 is required.  To the extent a response is required, Defendant states that because
25 Plaintiffs have not identified by name any of the specific individuals as Does 1-10,
26 Defendant is without sufficient knowledge or information to form a belief as to the
27 truth of the allegations contained in said paragraph.
28 / / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

2     22.     In an answer to paragraph 22, Defendant is without sufficient
3 knowledge or information to form a belief as to the truth of the allegations contained
4 in said paragraph and on that basis, Defendant denies each and every allegation
5 contained herein..

6     23.     In an answer to paragraph 23, Defendant is without sufficient
7 knowledge or information to form a belief as to the truth of the allegations contained
8 in said paragraph and on that basis, Defendant denies each and every allegation
9 contained herein.

10     24.     In an answer to paragraph 24, Defendant is without sufficient
11 knowledge or information to form a belief as to the truth of the allegations contained
12 in said paragraph and on that basis, Defendant denies each and every allegation
13 contained herein.

14     25.     In an answer to paragraph 25, Defendant is without sufficient
15 knowledge or information to form a belief as to the truth of the allegations contained
16 in said paragraph and on that basis, Defendant denies each and every allegation
17 contained herein.

18     26.     In an answer to paragraph 26, Defendant is without sufficient
19 knowledge or information to form a belief as to the truth of the allegations contained
20 in said paragraph and on that basis, Defendant denies each and every allegation
21 contained herein.

22     27.     In an answer to paragraph 27, Defendant is without sufficient
23 knowledge or information to form a belief as to the truth of the allegations contained
24 in said paragraph and on that basis, Defendant denies each and every allegation
25 contained herein.

26     28.     In an answer to paragraph 28, Defendant is without sufficient
27 knowledge or information to form a belief as to the truth of the allegations contained
28 in said paragraph and on that basis, Defendant denies each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

contained herein.

29.     In an answer to paragraph 29, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

30.     In an answer to paragraph 30, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

31.     In an answer to paragraph 31, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

32.     In an answer to paragraph 32, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

33.     In an answer to paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

34.     In an answer to paragraph 34, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

35.     In an answer to paragraph 35, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  contained herein.

2      36.     In an answer to paragraph 36, Defendant is without sufficient
3  knowledge or information to form a belief as to the truth of the allegations contained
4  in said paragraph and on that basis, Defendant denies each and every allegation
5  contained herein.

6      37.     In an answer to paragraph 37, Defendant is without sufficient
7  knowledge or information to form a belief as to the truth of the allegations contained
8  in said paragraph and on that basis, Defendant denies each and every allegation
9  contained herein.

10     38.     In an answer to paragraph 38, Defendant is without sufficient
11 knowledge or information to form a belief as to the truth of the allegations contained
12 in said paragraph and on that basis, Defendant denies each and every allegation
13 contained herein.

14     39.     In an answer to paragraph 39, Defendant is without sufficient
15 knowledge or information to form a belief as to the truth of the allegations contained
16 in said paragraph and on that basis, Defendant denies each and every allegation
17 contained herein.

18     40.     In an answer to paragraph 40, Defendant is without sufficient
19 knowledge or information to form a belief as to the truth of the allegations contained
20 in said paragraph and on that basis, Defendant denies each and every allegation
21 contained herein.

22     41.     In an answer to paragraph 41, Defendant is without sufficient
23 knowledge or information to form a belief as to the truth of the allegations contained
24 in said paragraph and on that basis, Defendant denies each and every allegation
25 contained herein.

26     42.     In an answer to paragraph 42, Defendant is without sufficient
27 knowledge or information to form a belief as to the truth of the allegations contained
28 in said paragraph and on that basis, Defendant denies each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

contained herein.

43.     In an answer to paragraph 43, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

44.     In an answer to paragraph 44, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

45.     In an answer to paragraph 45, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

46.     In an answer to paragraph 46, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

## **FIRST CAUSE OF ACTION**

## **VIOLATION OF 42 U.S.C. § 1983 (EXCESSIVE FORCE)**

## **(Against Defendant RUNGE and DOES 1-10)**

47.     Answering paragraph 47, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

48.     In an answer to paragraph 48, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

49.     In an answer to paragraph 49, Defendant is without sufficient

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

50.     In answer to paragraph 50, Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

51.     Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

52.     In answer to paragraph 52, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against Defendant contained herein.

53.     In answer to paragraph 53, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

54.     Answering paragraph 54, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

because the remaining allegations are vague.

55.     Answering paragraph 55, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

56.     Answering paragraph 56, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

57.     Answering paragraph 57, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

58.     Answering paragraph 58, Defendant is without sufficient  knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  As to the remaining allegations contained in said paragraph, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Further, Plaintiffs have not identified by name any specific individuals as Does 9-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES.

59.     In answer to paragraph 59, Defendant denies that plaintiff is entitled to an award of damages, or any other form of relief as requested in the Complaint as a

1  result of any acts or omissions by this answering Defendant.   As to the remaining

2  allegations contained in said paragraph, Defendant is without sufficient knowledge

3  or information to form a belief as to the truth of the allegations contained in said

4  paragraph, on that basis, denies each and every allegation against these Defendant

5  contained therein.

6       60.    In answer to paragraph 60, Defendant is without sufficient knowledge

7  or information to form a belief as to the truth of the allegations contained in said

8  paragraph. Defendant denies the remaining allegations contained therein, including

9  because the remaining allegations are vague.

## SECOND CLAIM FOR RELIEF

## FORTH AMENDMENT – DENIAL OF MEDICAL CARE

## (42 U.S.C. §1983) (Plaintiff against Defendant RUNGE and DOES 1-8)

13      61.    Answering paragraph 61, which incorporates by reference the

14  allegations of other paragraphs of the pleading, Defendant to the same extent

15  incorporates by reference the answers provided herein to those paragraphs.

16      62.    In answer to paragraph 62, Defendant is without sufficient knowledge

17  or information to form a belief as to the truth of the allegations contained in said

18  paragraph, on that basis, denies each and every allegation against these Defendant

19  contained herein.

20      63.    In answer to paragraph 63, Defendant is without sufficient knowledge

21  or information to form a belief as to the truth of the allegations contained in said

22  paragraph and on that basis, Defendant denies each and every allegation contained

23  herein. Defendant denies each and every allegation contained therein as it relates to

24  COUNTY OF LOS ANGELES.

25      64.    In answer to paragraph 64, Defendant is without sufficient knowledge

26  or information to form a belief as to the truth of the allegations contained in said

27  paragraph, on that basis, denies each and every allegation against these Defendant

28  contained herein.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

65.     In an answer to paragraph 65, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES.

66.     In answer to paragraph 66, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES.

67.     In an answer to paragraph 67, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

### THIRD CLAIM FOR RELIEF

### FORTH AMENDMENT – DENIAL OF FAMILIAL RELATIONSHIP
### (42 U.S.C. §1983) (Plaintiff against Defendant RUNGE and DOES 1-10)

68.     Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

69.     In answer to paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

70.     In answer to paragraph 70, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

71.     In answer to paragraph 71, Defendant is without sufficient knowledge

1  or information to form a belief as to the truth of the allegations contained in said
2  paragraph, on that basis, denies each and every allegation against these Defendant
3  contained herein.

4      72.    In answer to paragraph 72, Defendant is without sufficient knowledge
5  or information to form a belief as to the truth of the allegations contained in said
6  paragraph, on that basis, denies each and every allegation against these Defendant
7  contained herein.

8      73.    In answer to paragraph 73, Defendant is without sufficient knowledge
9  or information to form a belief as to the truth of the allegations contained in said
10 paragraph and on that basis, Defendant denies each and every allegation contained
11 herein. Defendant denies each and every allegation contained therein as it relates to
12 COUNTY OF LOS ANGELES.

13     74.    In answer to paragraph 74, Defendant is without sufficient knowledge
14 or information to form a belief as to the truth of the allegations contained in said
15 paragraph and on that basis, Defendant denies each and every allegation contained
16 herein. Defendant denies each and every allegation contained therein as it relates to
17 COUNTY OF LOS ANGELES.

18     75.    In answer to paragraph 75, Defendant is without sufficient knowledge
19 or information to form a belief as to the truth of the allegations contained in said
20 paragraph. Defendant denies the remaining allegations contained therein, including
21 because the remaining allegations are vague.

22     76.    In answer to paragraph 76, Defendant is without sufficient knowledge
23 or information to form a belief as to the truth of the allegations contained in said
24 paragraph. Defendant denies the remaining allegations contained therein, including
25 because the remaining allegations are vague.

26     77.    Answering paragraph 77, Defendant is without sufficient  knowledge or
27 information to form a belief as to the truth of the allegations contained in said
28 paragraph, on that basis, denies each and every allegation against these Defendant

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  contained herein. As to the remaining allegations contained in said paragraph,
2  Defendant states that because Plaintiffs have not identified by name any specific
3  individuals as Does 1-8, Defendant is without sufficient knowledge or information
4  to form a belief as to the truth of the allegations contained in said paragraph and on
5  that basis, Defendant denies each and every allegation contained herein. Further,
6  Plaintiffs have not identified by name any specific individuals as Does 9-10,
7  Defendant is without sufficient knowledge or information to form a belief as to the
8  truth of the allegations contained in said paragraph and on that basis, Defendant
9  denies each and every allegation contained herein. However, Defendant denies each
10 and every allegation contained therein as it relates to COUNTY OF LOS
11 ANGELES.

12      78.    In an answer to paragraph 78, Defendant denies that Plaintiffs are
13 entitled to an award of damages, or any other form of relief as requested in the
14 Complaint as a result of any acts or omissions by this answering Defendant.

15      79.    Answering paragraph 79, Defendant is without sufficient knowledge or
16 information to form a belief as to the truth of the allegations contained in said
17 paragraph. Defendant denies the remaining allegations contained therein, including
18 because the remaining allegations are vague.

<div align="center">

**FOURTH CLAIM FOR RELIEF**

**FORTH AMENDMENT – UNLAWFUL DETENTION**

**(42 U.S.C. §1983) (Plaintiff URSULA BYRAM against Defendant**

**RUNGE and DOES 1-10)**

</div>

23      80.    Answering paragraph 80, which incorporates by reference the
24 allegations of other paragraphs of the pleading, Defendant to the same extent
25 incorporates by reference the answers provided herein to those paragraphs.

26      81.    In answer to paragraph 81, Defendant states that because Plaintiffs have
27 not identified by name any specific individuals as Does 1-10, Defendant is without
28 sufficient knowledge or information to form a belief as to the truth of the allegations

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendants, and therefore denies any liability.

82.     In answer to paragraph 82, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendants, and therefore denies any liability.

83.     In answer to paragraph 83, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

84.     In answer to paragraph 84, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendants, and therefore denies any liability.

85.     In an answer to paragraph 85, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**FIFTH CLAIM FOR RELIEF**

**MUNICIPAL LIABILITY: UNCONSTITUTIONAL CUSTOM, PRACTICE, OR POLICY**

**(42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS ANGELES)**

86.     Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

87.     In answer to paragraph 87, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to COUNTY OF LOS ANGELES, and therefore denies any liability.

88.     In answer to paragraph 88, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to COUNTY OF LOS ANGELES, and therefore denies any liability.

89.     In answer to paragraph 89, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

to COUNTY OF LOS ANGELES, and therefore denies any liability.

90.    In answer to paragraph 90, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to COUNTY OF LOS ANGELES, and therefore denies any liability.

91.    In answer to paragraph 91, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to COUNTY OF LOS ANGELES, and therefore denies any liability.

92.    In answer to paragraph 92, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to COUNTY OF LOS ANGELES, and therefore denies any liability.

93.    Answering paragraph 93, Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES

94.    Answering paragraph 94, Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES.

95.    In an answer to paragraph 95, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

18

1  in said paragraph, on that basis, denies each and every allegation against these

2  Defendant contained herein.

3      96.    Answering paragraph 96, Defendant denies each and every allegation

4  contained therein as it relates to COUNTY OF LOS ANGELES.

5      97.    In an answer to paragraph 97, Defendant denies that Plaintiffs are

6  entitled to an award of damages, or any other form of relief as requested in the

7  Complaint as a result of any acts or omissions by this answering Defendant.

8                    **SIXTH CLAIM FOR RELIEF**

9              **MUNICIPAL LIABILITY: FAILURE TO TRAIN**

10         **(42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS**

11                              **ANGELES)**

12     98.    Answering paragraph 98, which incorporates by reference the

13  allegations of other paragraphs of the pleading, Defendant to the same extent

14  incorporates by reference the answers provided herein to those paragraphs.

15     99.    In answer to paragraph 99, Defendant states that because Plaintiffs have

16  not identified by name any specific individuals as Does 1-10, Defendant is without

17  sufficient knowledge or information to form a belief as to the truth of the allegations

18  contained in said paragraph and on that basis, Defendant denies each and every

19  allegation contained herein. However, defendant denies each and every allegation in

20  this paragraph relating to the conduct allegedly attributable to Defendant COUNTY

21  OF LOS ANGELES, and therefore denies any liability.

22     100.   In answer to paragraph 100, Defendant states that because Plaintiffs

23  have not identified by name any specific individuals as Does 1-10, Defendant is

24  without sufficient knowledge or information to form a belief as to the truth of the

25  allegations contained in said paragraph and on that basis, Defendant denies each and

26  every allegation contained herein. However, defendant denies each and every

27  allegation in this paragraph relating to the conduct allegedly attributable to

28  Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1       101.   In answer to paragraph 101, Defendant states that because Plaintiffs

2 have not identified by name any specific individuals as Does 1-10, Defendant is

3 without sufficient knowledge or information to form a belief as to the truth of the

4 allegations contained in said paragraph and on that basis, Defendant denies each and

5 every allegation contained herein. However, defendant denies each and every

6 allegation in this paragraph relating to the conduct allegedly attributable to

7 Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

8       102.   In an answer to paragraph 102, Defendant states that because Plaintiffs

9 have not identified by name any specific individuals as Does 1-10, Defendant is

10 without sufficient knowledge or information to form a belief as to the truth of the

11 allegations contained in said paragraph and on that basis, Defendant denies each and

12 every allegation contained herein. However, defendant denies each and every

13 allegation in this paragraph relating to the conduct allegedly attributable to

14 Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

15       103.   In answer to paragraph 103, Defendant states that because Plaintiffs

16 have not identified by name any specific individuals as Does 1-10, Defendant is

17 without sufficient knowledge or information to form a belief as to the truth of the

18 allegations contained in said paragraph and on that basis, Defendant denies each and

19 every allegation contained herein. However, defendant denies each and every

20 allegation in this paragraph relating to the conduct allegedly attributable to

21 Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

22       104.   In an answer to paragraph 104, Defendant is without sufficient

23 knowledge or information to form a belief as to the truth of the allegations contained

24 in said paragraph, on that basis, denies each and every allegation against these

25 Defendant contained herein.

26       105.   In answer to paragraph 105, Defendant states that because Plaintiffs

27 have not identified by name any specific individuals as Does 1-10, Defendant is

28 without sufficient knowledge or information to form a belief as to the truth of the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

106.   In an answer to paragraph 106, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

107.   In an answer to paragraph 107, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## SEVENTH CLAIM FOR RELIEF
## MUNICIPAL LIABILITY: RATIFICATION
## (42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS ANGELES)

108.   Answering paragraph 108, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

109.   In answer to paragraph 109, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

110.   In answer to paragraph 110, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  Defendants, and therefore denies any liability.

2      111.  In an answer to paragraph 111, Defendant is without sufficient

3  knowledge or information to form a belief as to the truth of the allegations contained

4  in said paragraph, on that basis, denies each and every allegation against these

5  Defendant contained herein.  Defendant further denies the allegations of said

6  paragraph as they are vague.

7      112.  In an answer to paragraph 112, Defendant is without sufficient

8  knowledge or information to form a belief as to the truth of the allegations contained

9  in said paragraph, on that basis, denies each and every allegation against these

10  Defendant contained herein.  Defendant further denies the allegations of said

11  paragraph as they are vague.

12      113.  In an answer to paragraph 113, Defendant is without sufficient

13  knowledge or information to form a belief as to the truth of the allegations contained

14  in said paragraph, on that basis, denies each and every allegation against these

15  Defendant contained herein.  Defendant further denies the allegations of said

16  paragraph as they are vague.

17      114.  In an answer to paragraph 114, Defendant is without sufficient

18  knowledge or information to form a belief as to the truth of the allegations contained

19  in said paragraph, on that basis, denies each and every allegation against these

20  Defendant contained herein.  Defendant further denies the allegations of said

21  paragraph as they are vague.

22      115.  In an answer to paragraph 115, Defendant denies that Plaintiffs are

23  entitled to an award of damages, or any other form of relief as requested in the

24  Complaint as a result of any acts or omissions by this answering Defendant.

25      116.  In an answer to paragraph 116, Defendant denies that Plaintiffs are

26  entitled to an award of damages, or any other form of relief as requested in the

27  Complaint as a result of any acts or omissions by this answering Defendant.

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

**EIGHTH CLAIM FOR RELIEF**

**AMERICAN WITH DISABILITIES ACT**

**(42 U.S.C. §1983) (Plaintiff against ALL Defendant)**

117.   Answering paragraph 117, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

118.   In an answer to paragraph 118, Defendant is without sufficient. knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

119.   In an answer to paragraph 119, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

120.   In an answer to paragraph 120, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

121.   In an answer to paragraph 121, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

122.   In an answer to paragraph 122, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

23

1  in said paragraph, on that basis, denies each and every allegation against these

2  Defendant contained herein.  Defendant further denies the allegations of said

3  paragraph as they are vague.

4      123.   In answer to paragraph 123, Defendant is without sufficient knowledge

5  or information to form a belief as to the truth of the allegations contained in said

6  paragraph and on that basis, Defendant denies each and every allegation contained

7  herein. However, defendant denies each and every allegation in this paragraph

8  relating to the conduct allegedly attributable to Defendant COUNTY OF LOS

9  ANGELES, and therefore denies any liability.

10      124.   In an answer to paragraph 124, Defendant is without sufficient

11  knowledge or information to form a belief as to the truth of the allegations contained

12  in said paragraph, on that basis, denies each and every allegation against these

13  Defendant contained herein.

14      125.   In an answer to paragraph 125, Defendant denies that Plaintiffs are

15  entitled to an award of damages, or any other form of relief as requested in the

16  Complaint as a result of any acts or omissions by this answering Defendant.

17  <div align="center">**NINTH CLAIM FOR RELIEF**</div>

18  <div align="center">**BATTERY**</div>

19  <div align="center">**(Plaintiff against ALL Defendant)**</div>

20      126.   Answering paragraph 126, which incorporates by reference the

21  allegations of other paragraphs of the pleading, Defendant to the same extent

22  incorporates by reference the answers provided herein to those paragraphs.

23      127.   In answer to paragraph 127, Defendant states that because Plaintiffs

24  have not identified by name any specific individuals as Does 1-10, Defendant is

25  without sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph and on that basis, Defendant denies each and

27  every allegation contained herein. However, defendant denies each and every

28  allegation in this paragraph relating to the conduct allegedly attributable to

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

128.   In answer to paragraph 128, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

129.   In answer to paragraph 129, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

130.   In answer to paragraph 130, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, Defendant denies each and every allegation contained therein as it relates to COUNTY OF LOS ANGELES. As to the remaining allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

131.   In answer to paragraph 131, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

132.   In an answer to paragraph 132, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  Complaint as a result of any acts or omissions by this answering Defendant.

2  ### TENTH CLAIM FOR RELIEF

3  ### NEGLIGENCE

4  ### (Plaintiff against ALL Defendant)

5  133.   Answering paragraph 133, which incorporates by reference the

6  allegations of other paragraphs of the pleading, Defendant to the same extent

7  incorporates by reference the answers provided herein to those paragraphs.

8  134.   In answer to paragraph 134, Defendant states that because Plaintiffs

9  have not identified by name any specific individuals as Does 1-10, Defendant is

10  without sufficient knowledge or information to form a belief as to the truth of the

11  allegations contained in said paragraph and on that basis, Defendant denies each and

12  every allegation contained herein. However, defendant denies each and every

13  allegation in this paragraph relating to the conduct allegedly attributable to

14  Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

15  135.   In answer to paragraph 135, Defendant states that because Plaintiffs

16  have not identified by name any of the specific individuals as Does 1-10, Defendant

17  is without sufficient knowledge or information to form a belief as to the truth of the

18  allegations contained in said paragraph. Defendant denies the remaining allegations

19  contained therein, including because the remaining allegations are vague.

20  136.   In answer to paragraph 136, Defendant states that these allegations are

21  not asserted against the answering Defendant, and no response is required.  To the

22  extent a response is required, Defendant states that because Plaintiffs have not

23  identified by name any of the specific individuals as Does 1-10, Defendant is

24  without sufficient knowledge or information to form a belief as to the truth of the

25  allegations contained in said paragraph. Defendant denies the remaining allegations

26  contained therein, including because the remaining allegations are vague.

27  137.   In answer to paragraph 137, Defendant states that because Plaintiffs

28  have not identified by name any of the specific individuals as Does 1-10, Defendant

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 is without sufficient knowledge or information to form a belief as to the truth of the

2 allegations contained in said paragraph. Defendant denies the remaining allegations

3 contained therein, including because the remaining allegations are vague.

4       138.   In answer to paragraph 138, Defendant states that because Plaintiffs

5 have not identified by name any of the specific individuals as Does 1-10, Defendant

6 is without sufficient knowledge or information to form a belief as to the truth of the

7 allegations contained in said paragraph. Defendant denies the remaining allegations

8 contained therein, including because the remaining allegations are vague.

9       139.   In answer to paragraph 139, Defendant states that because Plaintiffs

10 have not identified by name any specific individuals as Does 1-10, Defendant is

11 without sufficient knowledge or information to form a belief as to the truth of the

12 allegations contained in said paragraph and on that basis, Defendant denies each and

13 every allegation contained herein. However, defendant denies each and every

14 allegation in this paragraph relating to the conduct allegedly attributable to

15 Defendants, and therefore denies any liability.

16       140.   In answer to paragraph 140, Defendant is without sufficient knowledge

17 or information to form a belief as to the truth of the allegations contained in said

18 paragraph, on that basis, denies each and every allegation against these Defendant

19 contained herein. Defendant states that because Plaintiffs have not identified by

20 name any specific individuals as Does 1-10, Defendant is without sufficient

21 knowledge or information to form a belief as to the truth of the allegations contained

22 in said paragraph and on that basis, Defendant denies each and every allegation

23 contained herein. However, defendant denies each and every allegation in this

24 paragraph relating to the conduct allegedly attributable to Defendant COUNTY OF

25 LOS ANGELES, and therefore denies any liability.

26       141.   In answer to paragraph 141, Defendant is without sufficient knowledge

27 or information to form a belief as to the truth of the allegations contained in said

28 paragraph, on that basis, denies each and every allegation against these Defendant

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  contained herein. Defendant denies that Plaintiffs are entitled to an award of

2  damages, or any other form of relief as requested in the Complaint as a result of any

3  acts or omissions by this answering Defendant.

**ELEVENTH CLAIM FOR RELIEF**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**(Plaintiff against ALL Defendant)**

7      142.   Answering paragraph 142, which incorporates by reference the

8  allegations of other paragraphs of the pleading, Defendant to the same extent

9  incorporates by reference the answers provided herein to those paragraphs.

10      143.   In an answer to paragraph 143, Defendant is without sufficient.

11  knowledge or information to form a belief as to the truth of the allegations contained

12  in said paragraph, on that basis, denies each and every allegation against these

13  Defendant contained herein.  Defendant further denies the allegations of said

14  paragraph as they are vague.

15      144.   In an answer to paragraph 144, Defendant is without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained

17  in said paragraph, on that basis, denies each and every allegation against these

18  Defendant contained herein.  Defendant further denies the allegations of said

19  paragraph as they are vague.

20      145.   In an answer to paragraph 145, Defendant is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph, on that basis, denies each and every allegation against these

23  Defendant contained herein.  Defendant further denies the allegations of said

24  paragraph as they are vague.

25      146.   In an answer to paragraph 146, Defendant denies that Plaintiffs are

26  entitled to an award of damages, or any other form of relief as requested in the

27  Complaint as a result of any acts or omissions by this answering Defendant.

28  / / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1

## TWELFTH CLAIM FOR RELIEF

2

## FALSE IMPRISONMENT

3

### (Plaintiff URSULA BYRAM against ALL Defendant)

4   147.   Answering paragraph 147, which incorporates by reference the

5   allegations of other paragraphs of the pleading, Defendant to the same extent

6   incorporates by reference the answers provided herein to those paragraphs.

7   148.   In answer to paragraph 148, Defendant is without sufficient knowledge

8   or information to form a belief as to the truth of the allegations contained in said

9   paragraph, on that basis, denies each and every allegation against these Defendant

10   contained herein. Defendant states that because Plaintiffs have not identified by

11   name any specific individuals as Does 1-10, Defendant is without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained

13   in said paragraph and on that basis, Defendant denies each and every allegation

14   contained herein. However, defendant denies each and every allegation in this

15   paragraph relating to the conduct allegedly attributable to Defendants, and therefore

16   denies any liability.

17   149.   In answer to paragraph 149, Defendant is without sufficient knowledge

18   or information to form a belief as to the truth of the allegations contained in said

19   paragraph, on that basis, denies each and every allegation against these Defendant

20   contained herein. Defendant states that because Plaintiffs have not identified by

21   name any specific individuals as Does 1-10, Defendant is without sufficient

22   knowledge or information to form a belief as to the truth of the allegations contained

23   in said paragraph and on that basis, Defendant denies each and every allegation

24   contained herein. However, defendant denies each and every allegation in this

25   paragraph relating to the conduct allegedly attributable to Defendants, and therefore

26   denies any liability.

27   150.   In an answer to paragraph 150, Defendant is without sufficient

28   knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  in said paragraph, on that basis, denies each and every allegation against these

2  Defendant contained herein.  Defendant further denies the allegations of said

3  paragraph as they are vague.

4      151.   In answer to paragraph 151, Defendant is without sufficient knowledge

5  or information to form a belief as to the truth of the allegations contained in said

6  paragraph, on that basis, denies each and every allegation against these Defendant

7  contained herein. Defendant states that because Plaintiffs have not identified by

8  name any specific individuals as Does 1-10, Defendant is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained

10  in said paragraph and on that basis, Defendant denies each and every allegation

11  contained herein. However, defendant denies each and every allegation in this

12  paragraph relating to the to the conduct allegedly attributable to Defendants, and

13  therefore denies any liability.

14      152.   In answer to paragraph 152, Defendant states that because Plaintiffs

15  have not identified by name any specific individuals as Does 1-10, Defendant is

16  without sufficient knowledge or information to form a belief as to the truth of the

17  allegations contained in said paragraph and on that basis, Defendant denies each and

18  every allegation contained herein. However, defendant denies each and every

19  allegation in this paragraph relating to the conduct allegedly attributable to

20  Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

21      153.   In answer to paragraph 153, Defendant states that because Plaintiffs

22  have not identified by name any specific individuals as Does 1-10, Defendant is

23  without sufficient knowledge or information to form a belief as to the truth of the

24  allegations contained in said paragraph and on that basis, Defendant denies each and

25  every allegation contained herein. However, defendant denies each and every

26  allegation in this paragraph relating to the conduct allegedly attributable to

27  Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

28      154.   In an answer to paragraph 154, Defendant denies that Plaintiffs are

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  entitled to an award of damages, or any other form of relief as requested in the

2  Complaint as a result of any acts or omissions by this answering Defendant.

### THIRTEENTH CLAIM FOR RELIEF

### VIOLATION OF CAL. CIV CODE § 52.1

### (Plaintiff against DEFENDANT DEPUTY RUNGE AND COUNTY OF LOS ANGELES )

7  155.   Answering paragraph 155, which incorporates by reference the

8  allegations of other paragraphs of the pleading, Defendant to the same extent

9  incorporates by reference the answers provided herein to those paragraphs.

10  156.   In answer to paragraph 156, Defendant states that because Plaintiffs

11  have not identified by name any specific individuals as Does 1-10, Defendant is

12  without sufficient knowledge or information to form a belief as to the truth of the

13  allegations contained in said paragraph and on that basis, Defendant denies each and

14  every allegation contained herein. However, defendant denies each and every

15  allegation in this paragraph relating to the conduct allegedly attributable to

16  Defendant COUNTY OF LOS ANGELES, and therefore denies any liability.

17  157.   In an answer to paragraph 157, Defendant denies Plaintiffs' overly

18  simplistic statement of the Bane Act.

19  158.   In answer to paragraph 158, Defendant states that these allegations are

20  not asserted against the answering Defendant, and no response is required.

21  Defendant states that because Plaintiffs have not identified by name any specific

22  individuals as Does 1-10, Defendant is without sufficient knowledge or information

23  to form a belief as to the truth of the allegations contained in said paragraph and on

24  that basis, Defendant denies each and every allegation contained herein. However,

25  defendant denies each and every allegation in this paragraph relating to the conduct

26  allegedly attributable to Defendant COUNTY OF LOS ANGELES, and therefore

27  denies any liability.

28  159.   In answer to paragraph 159, Defendant is without sufficient knowledge

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

31

or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein. Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the to the conduct allegedly attributable to Defendants, and therefore denies any liability.

160.    In an answer to paragraph 160, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

161.    In an answer to paragraph 161, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

162.    In an answer to paragraph 162, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

163.    In an answer to paragraph 163, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

164.    In an answer to paragraph 164, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant COUNTY OF LOS ANGELES, and therefore denies any liability

165.   In an answer to paragraph 165, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

166.   In an answer to paragraph 166, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## PRAYER FOR RELIEF

167.   In answer to page 37, lines 2-8, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate affirmative defenses.  Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE:

1.     As a separate and distinct affirmative defense, Defendant alleges that their conduct did not cause the constitutional violation alleged in Plaintiffs' complaint.

///

///

///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

**SECOND AFFIRMATIVE DEFENSE**:

2.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint, and each claim contained therein, is barred by the doctrines of collateral estoppel and res judicata.

**THIRD AFFIRMATIVE DEFENSE:**

3.      As a separate and distinct affirmative defense, Defendant alleges that the acts and omissions alleged in Plaintiffs' complaint were not taken under color of state law, and they are therefore not liable under title 42 U.S.C. § 1983.

**FOURTH AFFIRMATIVE DEFENSE:**

4.      As a separate and distinct affirmative defense, Defendant alleges that their acts or omissions were discretionary, requiring personal deliberation, decision and judgment which were done honestly, reasonably and in good faith, and by virtue of which they are immune from liability under title 42 U.S.C. § 1983.

**FIFTH AFFIRMATIVE DEFENSE:**

5.      As a separate and distinct affirmative defense, Defendant alleges that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. § 1983  upon which relief can be granted against Defendant.

**SIXTH AFFIRMATIVE DEFENSE:**

6.      As a separate and distinct affirmative defense, Defendant alleges that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. § 1983 for a Monell Claim upon which relief can be granted against Defendant.

**SEVENTH AFFIRMATIVE DEFENSE:**

7.      As a separate and distinct affirmative defense, Defendant alleges that named Defendant is not liable for any policymaking decisions, customs, or practices as implemented.

///

///

///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

**EIGHTH AFFIRMATIVE DEFENSE:**

8.     As a separate and distinct affirmative defense, Defendant alleges that it is not liable for alleged violations by non-policymakers of civil or constitutional rights.

**NINTH AFFIRMATIVE DEFENSE:**

9.     As a separate and distinct affirmative defense, Defendant alleges that if Plaintiffs suffered or sustained any injury, damage, or detriment from the death of EVERETT BYRAM , the same was proximately caused and contributed to by the negligence of the decedent, EVERETT BYRAM , in that, at the time and place set forth in the Complaint, EVERETT BYRAM failed to exercise that degree of care and caution which an ordinarily prudent person would exercise under the same or similar circumstances.

**TENTH AFFIRMATIVE DEFENSE:**

10.     As a separate and distinct affirmative defense, Defendant alleges that if Plaintiffs suffered or sustained any injury, damage, or detriment from the death of EVERETT BYRAM the same was proximately caused and contributed to by the negligence of Plaintiff, in that, at the time and place set forth in the Complaint, Plaintiffs failed to exercise that degree of care and caution which an ordinarily prudent person would exercise under the same or similar circumstances.

**ELEVENTH AFFIRMATIVE DEFENSE**:

11.     As a separate and distinct affirmative defense, Defendant herewith places in issue the negligence, if any, of all persons who contributed in any degree to the happening of the incident alleged in the Complaint, and the degree that such negligence contributed to the damages and/or the injuries sustained, if any, as a result of said incident.

**TWELFTH AFFIRMATIVE DEFENSE:**

12.     As a separate and distinct affirmative defense, Defendant herewith place in issue the negligence, if any, of all persons which contributed in any degree

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

to the damages and/or injuries alleged in the Complaint, and the degree that such negligence contributed to the damages and/or injuries allegedly sustained.

### THIRTEENTH AFFIRMATIVE DEFENSE:

13. As a separate and distinct affirmative defense, Defendant alleges that Plaintiffs' alleged damages, if any, contained in the Complaint, were caused by persons and/or entities other than these answering Defendant who failed to exercise ordinary care, caution or prudence and were negligent in their dealing with Plaintiffs, and that at all times, said persons or entities were acting without consent, authorization, knowledge and/or ratification of this answering Defendant. Accordingly, any recovery against this answering Defendant by Plaintiffs, if any, must be precluded and/or reduced in a proportionate amount to the fault on the part of such other persons and/or entities.

### FOURTEENTH AFFIRMATIVE DEFENSE:

14. As a separate and distinct affirmative defense, Defendant alleges that at or about the time, date and place alleged in the Complaint, Plaintiffs and other persons or parties failed to exercise ordinary care, and such failure was a contributing cause of the incident and/or injuries allegedly sustained in said incident; and the trier of fact is requested to determine the existence of such negligence and the degree that such negligence contributed to the incident and/or injuries.

### FIFTEENTH AFFIRMATIVE DEFENSE:

15. As a separate and distinct affirmative defense, Defendant alleges that Plaintiffs did not exercise ordinary care, caution, prudence, and good faith in connection with the transactions and events that are alleged in the Complaint; Plaintiffs' lack of care, caution, prudence, and good faith was independent and unrelated to the actions or omissions, if any, of Defendant. In addition, Plaintiffs directed, ordered, approved and/or ratified the alleged wrongful acts or omissions, if any, set forth in the Complaint. Therefore, Plaintiffs are barred from recovery

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  against Defendant, or, alternatively, Plaintiffs' recovery, if any, should be

2  proportionately reduced.

3  **SIXTEENTH AFFIRMATIVE DEFENSE:**

4  16.     As a separate and distinct affirmative defense, Defendant alleges that

5  Plaintiffs' alleged damages, if any, contained in the Complaint, were caused by

6  persons and/or entities other than these answering Defendant who failed to exercise

7  ordinary care, caution or prudence and were negligent in their dealing with

8  Plaintiffs, and that at all times, said persons or entities were acting without consent,

9  authorization, knowledge and/or ratification of these answering Defendant.

10 Accordingly, any recovery against this answering Defendant by Plaintiffs, if any,

11 must be precluded and/or reduced in a proportionate amount to the fault on the part

12 of such other persons and/or entities.

13 **SEVENTEENTH AFFIRMATIVE DEFENSE:**

14 17.     As a separate and distinct affirmative defense, Defendant alleges that

15 that at the time of the filing of Plaintiffs' Complaint, Plaintiffs knew or should have

16 known the true names and capacity of these Defendant, but, instead of naming these

17 Defendants, Plaintiff have sued and served this Defendant as a DOE defendant by

18 amending Plaintiffs' Complaint after the expiration of the statute of limitations as

19 prescribed in Code of Civil Procedure Section 335, et seq., and contrary to the

20 provisions of Code of Civil Procedure Section 474.  Therefore, Plaintiffs' Complaint

21 against this Defendant is barred by the statute of limitations.

22 **EIGHTEENTH AFFIRMATIVE DEFENSE**:

23 18.     As a separate and distinct affirmative defense, Defendant alleges that

24 its acts or omissions were discretionary, requiring personal deliberation, decision

25 and judgment which were done honestly, reasonably and in good faith, and by virtue

26 of which they are immune from liability.

27 ///

28 ///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1

**NINETEENTH AFFIRMATIVE DEFENSE:**

2      19.    As a separate and distinct affirmative defense, Defendant alleges that

3  the Complaint fails to state facts sufficient to constitute a cause of action.

4

**TWENTIETH AFFIRMATIVE DEFENSE:**

5      20.    As a separate and distinct affirmative defense, answering Defendant

6  alleges Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to

7  the doctrine of unclean hands.

8

**TWENTIETH-FIRST AFFIRMATIVE DEFENSE**:

9      21.    As a separate and distinct affirmative defense, answering Defendant

10 alleges that Plaintiffs lack standing to pursue any or all of the claims alleged in their

11 Complaint.

12

**TWENTY-SECOND AFFIRMATIVE DEFENSE:**

13      22.    As a separate and distinct affirmative defense, answering Defendant

14 alleges Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to

15 the equitable doctrine of waiver.

16

**TWENTY-THIRD AFFIRMATIVE DEFENSE:**

17      23.    As a separate and distinct affirmative defense, Defendant alleges that

18 Plaintiffs' Third Amended Complaint, and each claim contained therein, is barred

19 pursuant to the equitable doctrine of laches.

20

**TWENTY-FOURTH AFFIRMATIVE DEFENSE:**

21      24.    As a separate and distinct affirmative defense, answering Defendant

22 alleges that it is not liable in that the injuries and damages, if any, were the result of

23 the exercise of the discretion vested in public officers and employees.

24

**TWENTY-FIFTH AFFIRMATIVE DEFENSE:**

25      25.    As a separate and distinct affirmative defense, answering Defendant is

26 shielded from liability for civil damages insofar as the conduct in this case did not

27 violate any statutory or constitutional right of which a reasonable person would have

28 known.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**TWENTY-SIXTH AFFIRMATIVE DEFENSE:**

26.     As a separate and distinct affirmative defense, Plaintiffs' claims are barred because the alleged violation of civil rights did not occur pursuant to a governmental policy, custom, practice, or procedure.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE:**

27.     As a separate and distinct affirmative defense, Plaintiffs' action is barred by the failure of Plaintiffs to join, in a timely fashion, indispensable and/or necessary parties to this action.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE:**

28.     As a separate and distinct affirmative defense, answering Defendant alleges it is not liable pursuant to California Penal Code §§ 835a, 836, 836.5(b), and 847(b), in that any physical force or contact utilized was reasonable to effect a lawful arrest, or to prevent or overcome resistance.

**TWENTY-NINTH AFFIRMATIVE DEFENSE:**

29.     As a separate and distinct affirmative defense, answering Defendant alleges the force used was caused and necessitated by the actions of Plaintiffs, and were reasonable and necessary for self-defense.

**THIRTIETH AFFIRMATIVE DEFENSE:**

30.     As a separate and distinct affirmative defense, answering Defendant alleges that Plaintiffs' Complaint fails to state sufficient facts to entitle Plaintiffs to claims of punitive or exemplary damages from Defendant as a matter of law.

**THIRTY-FIST AFFIRMATIVE DEFENSE:**

31.     As a separate and distinct affirmative defense, answering Defendant asserts that it is not liable for damages imposed primarily for the sake of example and by way of punishing the Defendant.

/ / /

/ / /

/ / /

**THIRTY-SECOND AFFIRMATIVE DEFENSE:**

32.     As a separate and distinct affirmative defense, answering Defendant alleges that it cannot be liable as any and all force used was objectively reasonable under the circumstances.

**THIRTY-THIRD AFFIRMATIVE DEFENSE:**

33.     As a separate and distinct affirmative defense, answering Defendant alleges that all Defendants sued in their official capacities are immune from the imposition of punitive damages.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE:**

34.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable by operation of California Government Code §§ 815.2(b) and 820.4 for the execution or enforcement of the law by public officers exercising due care.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE:**

35.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable by operation of California Government Code § 820.6 for injury caused by acts done in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid, or inapplicable

**THIRTY-SIXTH AFFIRMATIVE DEFENSE:**

36.     Answering Defendant alleges that in the event that they prevail at trial, or  by way of dispositive motion, they will be entitled to recovery of reasonable attorneys' fees and costs under California Code of Civil Procedure § 1038 and Title 42 U.S.C. § 1988.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**:

37.     As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1

**THIRTY-EIGHTH AFFIRMATIVE DEFENSE:**

2      38.    As a separate and distinct affirmative defense, answering Defendant

3 alleges Plaintiffs failed to fully comply with the Government Tort Claims Act.

4

**THIRTY-NINTH AFFIRMATIVE DEFENSE:**

5      39.    As a separate and distinct affirmative defense, answering Defendant

6 alleges that Plaintiffs' Complaint and each claim contained therein, is barred on the

7 ground that the Defendant was not the cause in fact or substantial cause of any

8 alleged damage, injury, or loss to plaintiffs, if any.

9

**FORTIETH AFFIRMATIVE DEFENSE:**

10      40.    As a separate and distinct affirmative defense, Defendant is protected

11 from liability under the doctrine of qualified immunity.

12

**FORTY-FIRST AFFIRMATIVE DEFENSE:**

13      41.    As a separate and distinct affirmative defense, answering Defendant

14 alleges Plaintiffs' claims are barred by the failure of Plaintiffs to commence the

15 action within the time required by California Government Code §§ 910, et. seq.,

16 911.2, 911.4, 945.4, 945.6, 950.2, and 950.6.

17

**FORTY-SECOND AFFIRMATIVE DEFENSE:**

18      42.    As a separate and distinct affirmative defense, answering Defendant

19 alleges Plaintiffs are estopped by their own acts or omissions from recovery against

20 answering Defendant for the claims asserted in the Complaint.

21

**FORTY-THIRD AFFIRMATIVE DEFENSE:**

22      43.    As a separate and distinct affirmative defense, answering Defendant

23 alleges any injury to Plaintiffs was due to and caused by the negligence and

24 omissions of Plaintiffs to care for themselves, which carelessness and negligence

25 and omissions were the proximate cause of the damage, if any, to Plaintiffs.

26

**FORTY-FOURTH AFFIRMATIVE DEFENSE:**

27      44.    As a separate and distinct affirmative defense, to the extent Plaintiffs

28 suffered any detriment, such detriment was caused or contributed to by Plaintiffs'

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

negligence, and damages, if any, should be reduced in direct proportion to their fault.

### FORTY-FIFTH AFFIRMATIVE DEFENSE:

45.    As a separate and distinct affirmative defense, answering Defendant alleges the conduct, if any, which is the subject of Plaintiffs' Complaint, was absolutely and/or conditionally legally privileged, and/or justified.  Further, all actions by answering Defendant were in good faith and reasonable.

### FORTY-SIXTH AFFIRMATIVE DEFENSE:

46.    Defendant preserves and asserts any and all immunity rights under the California Government Code, including, but not limited to, California Government Code §§ 815.2, 818, 818.8, 820, 821.6, 821.8, 822.2, 844.6, 845, 845.2, 845.6, 850.8, 855, 856.2, and 856.4; and California Penal Code §§ 835, 835a, 836.5 and 847(b).

### FORTY-SEVENTH AFFIRMATIVE DEFENSE:

47.    As a separate and distinct affirmative defense, answering Defendant alleges on or about the time, date, and place alleged in Plaintiffs' Complaint, the conduct of Plaintiffs and/or third persons or entity was of such nature as to constitute an independent, intervening, and superseding cause, which was the sole proximate cause of the injuries and damages allegedly suffered by Plaintiffs

### FORTY-EIGHTH AFFIRMATIVE DEFENSE:

48.    As a separate and distinct affirmative defense, answering Defendant alleges that all claims set forth in Plaintiffs' Complaint are barred because Plaintiffs failed to take reasonable steps to mitigate their damages.

### FORTY-NINTH AFFIRMATIVE DEFENSE:

49.    As a separate and distinct affirmative defense, the actions of this answering Defendant in all respects were reasonable, proper, and legal

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**FIFTIETH AFFIRMATIVE DEFENSE:**

50.    As a separate and distinct affirmative defense, answering Defendant contends that Plaintiffs' damages, if any, should be in direct proportion to the fault of this answering Defendant, if any, as provided by California Civil Code §§ 1431 to 1431.5.

**FIFTY-FIRST AFFIRMATIVE DEFENSE:**

51.    As a separate and distinct affirmative defense, answering Defendant alleges the force used was caused and necessitated by the actions of Plaintiffs, and was reasonable and necessary for the defense of others.

**FIFTY-SECOND AFFIRMATIVE DEFENSE:**

52.    As a separate and distinct affirmative defense, answering Defendant is protected from liability under the doctrine of absolute immunity.

**FIFTY-THIRD AFFIRMATIVE DEFENSE:**

53.    As a separate and distinct affirmative defense, answering Defendant alleges  that it is not liable per the doctrine of Assumption of Risk.

**FIFTY-FOURTH AFFIRMATIVE DEFENSE:**

54.    As a separate and distinct affirmative defense, answering Defendant alleges the conduct alleged in Plaintiffs' Complaint did not violate an interest cognizable under 42 U.S.C. § 1983.

**FIFTY-FIFTH AFFIRMATIVE DEFENSE:**

55.    As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred by the doctrine of release.

**FIFTY-SIXTH AFFIRMATIVE DEFENSE:**

56.    As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred because answering Defendant holds sovereign immunity under the Eleventh Amendment of the United States Constitution.

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

**FIFTY-SEVENTH AFFIRMATIVE DEFENSE:**

57.     As a separate and distinct affirmative defense, answering Defendant alleges the Complaint fails to state sufficient facts to entitle Plaintiffs to claims of punitive damages from answering Defendants as a matter of law.

**FIFTY-EIGHTH AFFIRMATIVE DEFENSE:**

58.     As a separate and distinct affirmative defense, answering Defendant alleges it is not liable for any injury, whether such injury arises out of an act or omission of the public entity or a public person or any other person pursuant to California Government Code § 815.

**FIFTY-NINTH AFFIRMATIVE DEFENSE:**

59.     As a separate and distinct affirmative defense, answering Defendant alleges that on or before the date of the subject incident, Plaintiffs knew or reasonably should have known the hazards or dangers involved and, as a result, voluntarily assumed the risks in and about the matters alleged in the Complaint.

**SIXTIETH AFFIRMATIVE DEFENSE:**

60.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable for the failure to discharge any mandatory duty in that they exercised reasonable diligence in the discharge of all duties as provided by California Government Code § 815.6.

**SIXTY-FIRST AFFIRMATIVE DEFENSE:**

61.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable pursuant to statute by operation of California Government Code §§ 818.2 and 821 for the adoption or failure to adopt or enforce any law.

**SIXTY-SECOND AFFIRMATIVE DEFENSE:**

62.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable by operation of California Government

1   Code §§ 815.2(b) and 820.4 for the execution or enforcement of the law by public

2   officers exercising due care.

3   <center>**SIXTY-THIRD AFFIRMATIVE DEFENSE:**</center>

4       63.    As a separate and distinct affirmative defense, answering Defendant

5   alleges answering Defendant is not liable by operation of California Government

6   Code §§ 815.2(b) and 820.8, in that the injuries and damages, if any, were caused by

7   the acts or omissions of other persons, and not answering Defendants.

8   <center>**SIXTY-FOURTH AFFIRMATIVE DEFENSE:**</center>

9       64.    As a separate and distinct affirmative defense, answering Defendant

10   alleges the Plaintiffs' claims are barred by the failure of Plaintiffs to exhaust all

11   administrative remedies including, but not limited to, all remedies pursuant to 42

12   U.S.C. §1977.

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**ADDITIONAL AFFIRMATIVE DEFENSE**

Answering Defendant is informed and believes, and thereon alleges, that it has insufficient knowledge or information on which to form a belief as to whether additional any unstated affirmative defenses are available. Defendant reserves the right to assert additional affirmative defenses in the event discovery reveals that so doing would be appropriate.

WHEREFORE, Defendant prays that:

A.   Plaintiff take nothing by reason of their Complaint;

B.   Plaintiff' Complaint be dismissed with prejudice;

C.   Defendant recovers their costs of suit; and

D.   Defendant be awarded such further relief as the Court deems just and proper.

DATED:  December 6, 2023          HURRELL CANTRALL LLP

By:       */s/ Nicole G. Ortega*
                THOMAS C. HURRELL
                JORDAN STERN
                NICOLE G. ORTEGA
                Attorneys for Defendant, COUNTY OF
                LOS ANGELES

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HURRELL CANTRALL LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

## DEFENDANT DEMANDS A TRIAL BY JURY

Defendant COUNTY OF LOS ANGELES hereby respectfully demands a trial by jury in the above-entitled action.  This demand is made to all claims, matters, and issues to which defendant may legally be entitled to demand a jury.

DATED:  December 6, 2023          HURRELL CANTRALL LLP


By:  ___*/s/ Nicole G. Ortega*___
THOMAS C. HURRELL
JORDAN STERN
NICOLE G. ORTEGA
Attorneys for Defendant, COUNTY OF
LOS ANGELES