Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-09285-SB (MARx)<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULES 7.1-1 ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES**<br><br>[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The undersigned, counsel of record for Defendant COUNTY OF LOS ANGELES certifies, that the following listed parties have a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

| **Parties** | **Connection and Interest** |
|---|---|
| 1.   Ursula Byram | Plaintiff |

| | | | |
|---|---|---|---|
| 2. | N.B by and through guardian ad litem Timonthy Byram | | Plaintiff |
| 3. | A.B by and through guardian ad litem Kaitlyn Humenchuk | | Plaintiff |
| 4. | County of Los Angeles | | Defendant (served) |
| 5. | Blake Runge | | Defendant (not served) |

DATED: December 6, 2023    HURRELL CANTRALL LLP

By: ___*/S/ Nicole G. Ortega*___
   THOMAS C. HURRELL
   JORDAN S. STERN
   NICOLE G. ORTEGA
   Attorneys for Defendant, COUNTY OF LOS ANGELES

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000