**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719-1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09285<br><br>**NOTICE DESIGNATING DALE K. GALIPO AS LEAD COUNSEL FOR PLAINTIFFS** |

1

## **NOTICE DESIGNATING DALE K. GALIPO AS LEAD COUNSEL FOR PLAINTIFFS**

     Please be advised that in compliance with the Court's recent order requiring the designation of a lead counsel (ECF No. 21), the Plaintiffs hereby designate Mr. Dale K. Galipo as the lead counsel in this matter.

LAW OFFICES OF DALE K. GALIPO

DATED: December, 6, 2023

By:  */s/ Dale K. Galipo*
     Dale K. Galipo
     *Attorneys for Plaintiffs*