1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Jordan S. Stern, State Bar No. 311527
   E-Mail: jstern@hurrellcantrall.com
3  Nicole G. Ortega, State Bar No. 345882
   E-Mail: nortega@hurrellcantrall.com
4  HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
5  Los Angeles, California 90017
   Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

8

9

10              **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13  URSULA BYRAM, S.B. by and            Case No. 2:23-cv-09285-SB (MARx)
    through guardian ad litem TIMOTHY
14  BYRAM, N.B. by and through guardian   **DEFENDANT BLAKE RUNGE'S**
    ad litem TIMOTHY BYRAM, and A.B.     **ANSWER TO COMPLAINT**
15  by and through guardian ad litem
    KAITLYN HUMENCHUK,                    [Assigned to Hon. Stanley Blumenfeld,
16  individually and as successors-in-    Jr., Courtroom 6C]
    interest to Everett Byram,
17
                Plaintiffs,
18
          v.
19
    COUNTY OF LOS ANGELES,
20  BLAKE RUNGE, and DOES 1-10,

21              Defendants.

22

23        Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant

24  BLAKE RUNGE ("Defendant") for itself alone and for no other persons, entities,

25  firms or corporations, answers the Complaint for Damages of Plaintiffs URSULA

26  BYRAM, S.B. and N.B. by and through their guardian ad litem, TIMOTHY

27  BYRAM; and A.B. by and through his guardian ad litem KAITLYN

28  HUMENCHUK  ("Plaintiffs").  If an averment is not specifically admitted, it is

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

hereby denied.

## INTRODUCTION

1.     In answer to paragraph 1, defendant admits this action is seeking compensatory and punitive damages from Defendant for violating various rights under the United States Constitution and state law in connection with the alleged shooting of decedent, EVERETT BYRAM, on February 10, 2023.  However, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.  As to the remaining allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

## JURISDICTION AND VENUE

2.     In answer to paragraph 2, Defendant acknowledge that Plaintiffs are bringing this action pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) for claims arising under the laws of the United States including 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution. Defendant admits that venue is proper.

3.     In answer to paragraph 3, Defendant further acknowledge that there is supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).  Defendant admits that venue is proper.

4.     In an answer to paragraph 4, Defendant admits venue is proper.

5.     In answer to paragraph 5, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

6.     In answer to paragraph 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

1 paragraph and on that basis, Defendant denies each and every allegation contained
2 here.

3 **PARTIES**

4 7. In answer to paragraph 7, Defendant is without sufficient knowledge or
5 information to form a belief as to the truth of the allegations contained in said
6 paragraph and on that basis, Defendant denies each and every allegation contained
7 here.

8 8. In answer to paragraph 8, Defendant is without sufficient knowledge or
9 information to form a belief as to the truth of the allegations contained in said
10 paragraph and on that basis, Defendant denies each and every allegation contained
11 here.

12 9. In answer to paragraph 9, Defendant is without sufficient knowledge or
13 information to form a belief as to the truth of the allegations contained in said
14 paragraph and on that basis, Defendant denies each and every allegation contained
15 here.

16 10. In answer to paragraph 10, Defendant is without sufficient knowledge
17 or information to form a belief as to the truth of the allegations contained in said
18 paragraph and on that basis, Defendant denies each and every allegation contained
19 here.

20 11. In answer to paragraph 11, Defendant is without sufficient knowledge
21 or information to form a belief as to the truth of the allegations contained in said
22 paragraph and on that basis, Defendant denies each and every allegation contained
23 here.

24 12. In answer to paragraph 12, Defendant states that this allegation is not
25 asserted against this answering Defendant, and no response is required. Moreover,
26 Plaintiffs' allegations in said paragraph are overbroad, vague, and ambiguous and
27 thus Defendant is unable to admit or deny the allegations.

28 13. In answer to paragraph 13, Defendant admits that BLAKE RUNGE

3

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

was a duly appointed County Sheriff's Deputy.  As to the remainder of the allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.  Moreover, Plaintiffs' allegations in said paragraph are overbroad, vague, and ambiguous and thus Defendant is unable to admit or deny the allegations.

14.   Answering paragraph 14,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 1-8, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15.   Answering paragraph 15,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 9 -10, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16.   In answering paragraph 16, Defendant denies each and every allegation contained therein.

17.   In answer to paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unidentified defendants, including Defendant DOES 1 -10, and therefore denies each and every allegation against the unidentified defendants therein. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18.   In answer to paragraph 18, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  paragraph with respect to the unidentified defendants, including Defendant DOES 1

2  -10, and therefore denies each and every allegation against the unidentified

3  defendants therein. Defendant lacks sufficient information and belief upon which to

4  answer the allegations contained therein, and on that basis denies the allegations.

5      19.    In answer to paragraph 19, Defendant is without sufficient knowledge

6  or information to form a belief as to the truth of the allegations contained in said

7  paragraph, and therefore denies each and every allegation against the unidentified

8  defendants therein. Defendant lacks sufficient information and belief upon which to

9  answer the allegations contained therein, and on that basis denies the allegations.

10     20.    In answer to paragraph 20, Defendant states that these allegations are

11  not asserted against the answering Defendant, and no response is required.  To the

12  extent a response is required, Defendant states that because Plaintiffs have not

13  identified by name any of the specific individuals as Does 1-10, Defendant is

14  without sufficient knowledge or information to form a belief as to the truth of the

15  allegations contained in said paragraph.

16     21.    In answer to paragraph 21, Defendant states that these allegations are

17  not asserted against the answering Defendant, and no response is required.  To the

18  extent a response is required, Defendant states that because Plaintiffs have not

19  identified by name any of the specific individuals as Does 1-10, Defendant is

20  without sufficient knowledge or information to form a belief as to the truth of the

21  allegations contained in said paragraph.

22                **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

23     22.    In an answer to paragraph 22, Defendant is without sufficient

24  knowledge or information to form a belief as to the truth of the allegations contained

25  in said paragraph and on that basis, Defendant denies each and every allegation

26  contained herein.

27     23.    In an answer to paragraph 23, Defendant is without sufficient

28  knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 in said paragraph and on that basis, Defendant denies each and every allegation
2 contained herein.

3         24.    In an answer to paragraph 24, Defendant is without sufficient
4 knowledge or information to form a belief as to the truth of the allegations contained
5 in said paragraph and on that basis, Defendant denies each and every allegation
6 contained herein.

7         25.    In an answer to paragraph 25, Defendant is without sufficient
8 knowledge or information to form a belief as to the truth of the allegations contained
9 in said paragraph and on that basis, Defendant denies each and every allegation
10 contained herein.

11         26.    In an answer to paragraph 26, Defendant is without sufficient
12 knowledge or information to form a belief as to the truth of the allegations contained
13 in said paragraph and on that basis, Defendant denies each and every allegation
14 contained herein.

15         27.    In an answer to paragraph 27, Defendant is without sufficient
16 knowledge or information to form a belief as to the truth of the allegations contained
17 in said paragraph and on that basis, Defendant denies each and every allegation
18 contained herein.

19         28.    In an answer to paragraph 28, Defendant is without sufficient
20 knowledge or information to form a belief as to the truth of the allegations contained
21 in said paragraph and on that basis, Defendant denies each and every allegation
22 contained herein.

23         29.    In an answer to paragraph 29, Defendant is without sufficient
24 knowledge or information to form a belief as to the truth of the allegations contained
25 in said paragraph and on that basis, Defendant denies each and every allegation
26 contained herein.

27         30.    In an answer to paragraph 30, Defendant is without sufficient
28 knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

1  in said paragraph and on that basis, Defendant denies each and every allegation
2  contained herein.

3      31.    In an answer to paragraph 31, Defendant is without sufficient
4  knowledge or information to form a belief as to the truth of the allegations contained
5  in said paragraph and on that basis, Defendant denies each and every allegation
6  contained herein.

7      32.    In an answer to paragraph 32, Defendant is without sufficient
8  knowledge or information to form a belief as to the truth of the allegations contained
9  in said paragraph and on that basis, Defendant denies each and every allegation
10 contained herein.

11     33.    In an answer to paragraph 33, Defendant is without sufficient
12 knowledge or information to form a belief as to the truth of the allegations contained
13 in said paragraph and on that basis, Defendant denies each and every allegation
14 contained herein.

15     34.    In an answer to paragraph 34, Defendant is without sufficient
16 knowledge or information to form a belief as to the truth of the allegations contained
17 in said paragraph and on that basis, Defendant denies each and every allegation
18 contained herein.

19     35.    In an answer to paragraph 35, Defendant is without sufficient
20 knowledge or information to form a belief as to the truth of the allegations contained
21 in said paragraph and on that basis, Defendant denies each and every allegation
22 contained herein.

23     36.    In an answer to paragraph 36, Defendant is without sufficient
24 knowledge or information to form a belief as to the truth of the allegations contained
25 in said paragraph and on that basis, Defendant denies each and every allegation
26 contained herein.

27     37.    In an answer to paragraph 37, Defendant is without sufficient
28 knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1 | in said paragraph and on that basis, Defendant denies each and every allegation
2 | contained herein.

3 |       38.    In an answer to paragraph 38, Defendant is without sufficient
4 | knowledge or information to form a belief as to the truth of the allegations contained
5 | in said paragraph and on that basis, Defendant denies each and every allegation
6 | contained herein.

7 |       39.    In an answer to paragraph 39, Defendant is without sufficient
8 | knowledge or information to form a belief as to the truth of the allegations contained
9 | in said paragraph and on that basis, Defendant denies each and every allegation
10 | contained herein.

11 |       40.    In an answer to paragraph 40, Defendant is without sufficient
12 | knowledge or information to form a belief as to the truth of the allegations contained
13 | in said paragraph and on that basis, Defendant denies each and every allegation
14 | contained herein.

15 |       41.    In an answer to paragraph 41, Defendant is without sufficient
16 | knowledge or information to form a belief as to the truth of the allegations contained
17 | in said paragraph and on that basis, Defendant denies each and every allegation
18 | contained herein.

19 |       42.    In an answer to paragraph 42, Defendant is without sufficient
20 | knowledge or information to form a belief as to the truth of the allegations contained
21 | in said paragraph and on that basis, Defendant denies each and every allegation
22 | contained herein.

23 |       43.    In an answer to paragraph 43, Defendant is without sufficient
24 | knowledge or information to form a belief as to the truth of the allegations contained
25 | in said paragraph and on that basis, Defendant denies each and every allegation
26 | contained herein.

27 |       44.    In an answer to paragraph 44, Defendant is without sufficient
28 | knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  in said paragraph and on that basis, Defendant denies each and every allegation
2  contained herein.

3      45.    In an answer to paragraph 45, Defendant is without sufficient
4  knowledge or information to form a belief as to the truth of the allegations contained
5  in said paragraph and on that basis, Defendant denies each and every allegation
6  contained herein.

7      46.    In an answer to paragraph 46, Defendant is without sufficient
8  knowledge or information to form a belief as to the truth of the allegations contained
9  in said paragraph and on that basis, Defendant denies each and every allegation
10  contained herein.

11  **FIRST CAUSE OF ACTION**
12  **VIOLATION OF 42 U.S.C. § 1983 (EXCESSIVE FORCE)**
13  **(Against Defendant RUNGE and DOES 1-10)**

14      47.    Answering paragraph 47, which incorporates by reference the
15  allegations of other paragraphs of the pleading, Defendant to the same extent
16  incorporates by reference the answers provided herein to those paragraphs.

17      48.    In an answer to paragraph 48, Defendant is without sufficient
18  knowledge or information to form a belief as to the truth of the allegations contained
19  in said paragraph and on that basis, Defendant denies each and every allegation
20  contained herein.

21      49.    In an answer to paragraph 49, Defendant is without sufficient
22  knowledge or information to form a belief as to the truth of the allegations contained
23  in said paragraph, on that basis, denies each and every allegation against these
24  Defendant contained herein.

25      50.    In answer to paragraph 50, Defendant states that because Plaintiffs have
26  not identified by name any specific individuals DOES 1-10,  Defendant is without
27  sufficient knowledge or information to form a belief as to the truth of the allegations
28  contained in said paragraph and on that basis, Defendant denies each and every

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

51.     In an answer to paragraph 51, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

52.     In answer to paragraph 52, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against Defendant contained herein.

53.     In answer to paragraph 53, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

54.     Answering paragraph 54, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

55.     Answering paragraph 55, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

56.     Answering paragraph 56, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

57.     Answering paragraph 57, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

58.     Answering paragraph 58, Defendant is without sufficient  knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  As to the remaining allegations contained in said paragraph, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Further, Plaintiffs have not identified by name any specific individuals as Does 9-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Defendant denies each and every allegation contained therein as it relates to BLAKE RUNGE.

59.     In answer to paragraph 59, Defendant denies that plaintiff is entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.   As to the remaining allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained therein.

60.     In answer to paragraph 60, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  paragraph. Defendant denies the remaining allegations contained therein, including
2  because the remaining allegations are vague.

### SECOND CLAIM FOR RELIEF

### FORTH AMENDMENT – DENIAL OF MEDICAL CARE

### (42 U.S.C. §1983) (Plaintiff against Defendant RUNGE and DOES 1-8)

61.    Answering paragraph 61, which incorporates by reference the
allegations of other paragraphs of the pleading, Defendant to the same extent
incorporates by reference the answers provided herein to those paragraphs.

62.    In answer to paragraph 62, Defendant is without sufficient knowledge
or information to form a belief as to the truth of the allegations contained in said
paragraph, on that basis, denies each and every allegation against these Defendant
contained herein.

63.    In answer to paragraph 63, Defendant states that because Plaintiffs have
not identified by name any specific individuals DOES 1-10,  Defendant is without
sufficient knowledge or information to form a belief as to the truth of the allegations
contained in said paragraph and on that basis, Defendant denies each and every
allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies
each and every allegation in this paragraph relating to the conduct allegedly
attributable to him, and therefore denies any liability.

64.    In answer to paragraph 64, Defendant is without sufficient knowledge
or information to form a belief as to the truth of the allegations contained in said
paragraph, on that basis, denies each and every allegation against these Defendant
contained herein.

65.    In an answer to paragraph 65, Defendant is without sufficient
knowledge or information to form a belief as to the truth of the allegations contained
in said paragraph and on that basis, Defendant denies each and every allegation
contained herein.

66.    In answer to paragraph 66, Defendant is without sufficient knowledge

or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

67.     In an answer to paragraph 67, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

### **THIRD CLAIM FOR RELIEF**

### **FORTH AMENDMENT – DENIAL OF FAMILIAL RELATIONSHIP**
### **(42 U.S.C. §1983) (Plaintiff against Defendant RUNGE and DOES 1-10)**

68.     Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

69.     In answer to paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

70.     In answer to paragraph 70, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

71.     In answer to paragraph 71, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

72.     In answer to paragraph 72, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

73.     In answer to paragraph 73, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

74.     In answer to paragraph 74, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

75.     In answer to paragraph 75, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

76.     In answer to paragraph 76, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

77.     Answering paragraph 77, Defendant is without sufficient  knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  As to the remaining allegations contained in said paragraph, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. Further, Plaintiffs have not identified by name any specific individuals as Does 9-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, Defendant denies each and every allegation contained therein as it relates to BLAKE RUNGE.

78.     In an answer to paragraph 78, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

79.     Answering paragraph 79, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

### FOURTH CLAIM FOR RELIEF

### FORTH AMENDMENT – UNLAWFUL DETENTION

### (42 U.S.C. §1983) (Plaintiff URSULA BYRAM against Defendant

### RUNGE and DOES 1-10)

80.     Answering paragraph 80, which incorporates by reference the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  allegations of other paragraphs of the pleading, Defendant to the same extent
2  incorporates by reference the answers provided herein to those paragraphs.

3      81.    In answer to paragraph 81, Defendant states that because Plaintiffs have
4  not identified by name any specific individuals DOES 1-10,  Defendant is without
5  sufficient knowledge or information to form a belief as to the truth of the allegations
6  contained in said paragraph and on that basis, Defendant denies each and every
7  allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies
8  each and every allegation in this paragraph relating to the conduct allegedly
9  attributable to him, and therefore denies any liability.

10     82.    In answer to paragraph 82, Defendant states that this allegation is not
11 asserted against the answering Defendant, and no response is required.  Defendant
12 states that because Plaintiffs have not identified by name any specific individuals as
13 Does 1-10, Defendant is without sufficient knowledge or information to form a
14 belief as to the truth of the allegations contained in said paragraph and on that basis,
15 Defendant denies each and every allegation contained herein. However, defendant
16 denies each and every allegation in this paragraph relating to the conduct allegedly
17 attributable to Defendants, and therefore denies any liability.

18     83.    In answer to paragraph 83, Defendant is without sufficient knowledge
19 or information to form a belief as to the truth of the allegations contained in said
20 paragraph, on that basis, denies each and every allegation against these Defendant
21 contained herein.

22     84.    In answer to paragraph 84, Defendant states that this allegation is not
23 asserted against the answering Defendant, and no response is required.  Defendant
24 states that because Plaintiffs have not identified by name any specific individuals as
25 Does 1-10, Defendant is without sufficient knowledge or information to form a
26 belief as to the truth of the allegations contained in said paragraph and on that basis,
27 Defendant denies each and every allegation contained herein. However, defendant
28 denies each and every allegation in this paragraph relating to the conduct allegedly

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

16

1  attributable to Defendants, and therefore denies any liability.

2      85.    In an answer to paragraph 85, Defendant denies that Plaintiffs are

3  entitled to an award of damages, or any other form of relief as requested in the

4  Complaint as a result of any acts or omissions by this answering Defendant.

**FIFTH CLAIM FOR RELIEF**

**MUNICIPAL LIABILITY: UNCONSTITUTIONAL CUSTOM, PRACTICE, OR POLICY**

**(42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS ANGELES)**

10      86.    Answering paragraph 86, which incorporates by reference the

11  allegations of other paragraphs of the pleading, Defendant to the same extent

12  incorporates by reference the answers provided herein to those paragraphs.

13      87.    In answer to paragraph 87, Defendant states that because Plaintiffs have

14  not identified by name any specific individuals as Does 1-10, Defendant is without

15  sufficient knowledge or information to form a belief as to the truth of the allegations

16  contained in said paragraph and on that basis, Defendant denies each and every

17  allegation contained herein. However, defendant denies each and every allegation in

18  this paragraph relating to the conduct allegedly attributable to Defendant as it relates

19  to BLAKE RUNGE, and therefore denies any liability.

20      88.    In answer to paragraph 88, Defendant states that this allegation is not

21  asserted against the answering Defendant, and no response is required.  Defendant

22  states that because Plaintiffs have not identified by name any specific individuals as

23  Does 1-10, Defendant is without sufficient knowledge or information to form a

24  belief as to the truth of the allegations contained in said paragraph and on that basis,

25  Defendant denies each and every allegation contained herein. However, defendant

26  denies each and every allegation in this paragraph relating to the conduct allegedly

27  attributable to Defendant as it relates to BLAKE RUNGE, and therefore denies any

28  liability.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

17

89.     In answer to paragraph 89, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to BLAKE RUNGE, and therefore denies any liability.

90.     In answer to paragraph 90, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to BLAKE RUNGE, and therefore denies any liability.

91.     In answer to paragraph 91, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant as it relates to BLAKE RUNGE, and therefore denies any liability.

92.     In answer to paragraph 92, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis,

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  Defendant denies each and every allegation contained herein. However, defendant
2  denies each and every allegation in this paragraph relating to the conduct allegedly
3  attributable to Defendant as it relates to BLAKE RUNGE, and therefore denies any
4  liability.

5      93.    Answering paragraph 93, Defendant states that this allegation is not
6  asserted against the answering Defendant, and no response is required.  Defendant
7  denies the remaining allegations contained therein, including because the remaining
8  allegations is vague.

9      94.    Answering paragraph 94, Defendant states that this allegation is not
10  asserted against the answering Defendant, and no response is required.  Defendant
11  denies the remaining allegations contained therein, including because the remaining
12  allegations is vague.

13      95.    In an answer to paragraph 95, Defendant states that this allegation is
14  not asserted against the answering Defendant, and no response is required.
15  Defendant denies the remaining allegations contained therein, including because the
16  remaining allegations is vague.

17      96.    Answering paragraph 96, Defendant states that this allegation is not
18  asserted against the answering Defendant, and no response is required.  Defendant
19  denies the remaining allegations contained therein, including because the remaining
20  allegations is vague.

21      97.    In an answer to paragraph 97, Defendant denies that Plaintiffs are
22  entitled to an award of damages, or any other form of relief as requested in the
23  Complaint as a result of any acts or omissions by this answering Defendant.

24                    **SIXTH CLAIM FOR RELIEF**
25            **MUNICIPAL LIABILITY: FAILURE TO TRAIN**
26        **(42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS**
27                            **ANGELES)**

28      98.    Answering paragraph 98, which incorporates by reference the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

99.    In answer to paragraph 99, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

100.   In answer to paragraph 100, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

101.   In answer to paragraph 101, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

102.   In an answer to paragraph 102, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

103.   In answer to paragraph 103, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.   Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

104.   In an answer to paragraph 104, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

105.   In answer to paragraph 105, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

106.   In an answer to paragraph 106, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

107.   In an answer to paragraph 107, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.
///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**SEVENTH CLAIM FOR RELIEF**

**MUNICIPAL LIABILITY: RATIFICATION**

**(42 U.S.C. §1983) (Plaintiff against Defendant COUNTY OF LOS**

**ANGELES)**

108.   Answering paragraph 108, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

109.   In answer to paragraph 109, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

110.   In answer to paragraph 110, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

111.   In an answer to paragraph 111, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the

remaining allegations is vague.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

112.   In an answer to paragraph 112, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

113.   In an answer to paragraph 113, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

114.    In an answer to paragraph 114, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

115.   In an answer to paragraph 115, Defendant states that this allegation is

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

23

1   not asserted against the answering Defendant, and no response is required.

2   Defendant denies the remaining allegations contained therein, including because the

3   remaining allegations is vague.

4        116.   In an answer to paragraph 116, Defendant denies that Plaintiffs are

5   entitled to an award of damages, or any other form of relief as requested in the

6   Complaint as a result of any acts or omissions by this answering Defendant.

7   **EIGHTH CLAIM FOR RELIEF**

8   **AMERICAN WITH DISABILITIES ACT**

9   **(42 U.S.C. §1983) (Plaintiff against ALL Defendant)**

10        117.   Answering paragraph 117, which incorporates by reference the

11   allegations of other paragraphs of the pleading, Defendant to the same extent

12   incorporates by reference the answers provided herein to those paragraphs.

13        118.   In an answer to paragraph 118, Defendant is without sufficient.

14   knowledge or information to form a belief as to the truth of the allegations contained

15   in said paragraph, on that basis, denies each and every allegation against these

16   Defendant contained herein.  Defendant further denies the allegations of said

17   paragraph as they are vague.

18        119.   In an answer to paragraph 119, Defendant states that this allegation is

19   not asserted against the answering Defendant, and no response is required.

20   Defendant denies the remaining allegations contained therein, including because the

21   remaining allegations is vague.

22        120.   In an answer to paragraph 120, Defendant states that this allegation is

23   not asserted against the answering Defendant, and no response is required.

24   Defendant denies the remaining allegations contained therein, including because the

25   remaining allegations is vague.

26        121.   In an answer to paragraph 121, Defendant states that this allegation is

27   not asserted against the answering Defendant, and no response is required.

28   Defendant denies the remaining allegations contained therein, including because the

Hurrell Cantrall LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

remaining allegations is vague.

122.    In an answer to paragraph 122, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

123.    In answer to paragraph 123, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

124.    In an answer to paragraph 124, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.

125.    In an answer to paragraph 125, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## NINTH CLAIM FOR RELIEF
## BATTERY
### (Plaintiff against ALL Defendant)

126.    Answering paragraph 126, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

127.    In answer to paragraph 127, Defendant states that because Plaintiffs

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

128.   In answer to paragraph 128, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

129.   In answer to paragraph 129, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations are vague.

130.   In answer to paragraph 130, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, Defendant denies each and every allegation contained therein as it relates to BLAKE RUNGE. As to the remaining allegations contained in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

131.   In answer to paragraph 131, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

132.   In an answer to paragraph 132, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## **TENTH CLAIM FOR RELIEF**
## **NEGLIGENCE**
### **(Plaintiff against ALL Defendant)**

133.   Answering paragraph 133, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

134.   In answer to paragraph 134, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

135.   In answer to paragraph 135, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

136.   In answer to paragraph 136, Defendant states that these allegations are

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

137.   In answer to paragraph 137Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

138.   In answer to paragraph 138, Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

139.   In answer to paragraph 139, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained here.

140.   In answer to paragraph 140, Defendant states that these allegations are

28

1   not asserted against the answering Defendant, and no response is required.

2   Defendant is without sufficient knowledge or information to form a belief as to the

3   truth of the allegations contained in said paragraph, on that basis, denies each and

4   every allegation against these Defendant contained herein. Defendant states that

5   because Plaintiffs have not identified by name any specific individuals as Does 1-

6   10, Defendant is without sufficient knowledge or information to form a belief as to

7   the truth of the allegations contained in said paragraph and on that basis, Defendant

8   denies each and every allegation contained herein. However, defendant denies each

9   and every allegation in this paragraph relating to the conduct allegedly attributable

10  to Defendant BLAKE RUNGE, and therefore denies any liability.

11      141.   In answer to paragraph 141, Defendant is without sufficient knowledge

12  or information to form a belief as to the truth of the allegations contained in said

13  paragraph, on that basis, denies each and every allegation against these Defendant

14  contained herein. Defendant denies that Plaintiffs are entitled to an award of

15  damages, or any other form of relief as requested in the Complaint as a result of any

16  acts or omissions by this answering Defendant.

17              **ELEVENTH CLAIM FOR RELIEF**

18      **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

19              **(Plaintiff against ALL Defendant)**

20      142.   Answering paragraph 142, which incorporates by reference the

21  allegations of other paragraphs of the pleading, Defendant to the same extent

22  incorporates by reference the answers provided herein to those paragraphs.

23      143.    In an answer to paragraph 143, Defendant is without sufficient.

24  knowledge or information to form a belief as to the truth of the allegations contained

25  in said paragraph, on that basis, denies each and every allegation against these

26  Defendant contained herein.  Defendant further denies the allegations of said

27  paragraph as they are vague.

28      144.    In an answer to paragraph 144, Defendant is without sufficient

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

29

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

145.    In an answer to paragraph 145, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against these Defendant contained herein.  Defendant further denies the allegations of said paragraph as they are vague.

146.   In an answer to paragraph 146, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## TWELFTH CLAIM FOR RELIEF
## FALSE IMPRISONMENT
### (Plaintiff URSULA BYRAM against ALL Defendant)

147.   Answering paragraph 147, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

148.   In answer to paragraph 148, Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

149.   In answer to paragraph 149, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation in this

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

150.    In an answer to paragraph 150, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

151.   In answer to paragraph 151, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

152.   In answer to paragraph 152, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required.  Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

153.   In answer to paragraph 153, Defendant states that these allegations are not asserted against the answering Defendant, and no response is required.  To the extent a response is required, Defendant states that because Plaintiffs have not identified by name any of the specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

154.   In an answer to paragraph 154, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

///

Hurrell Cantrall LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**THIRTEENTH CLAIM FOR RELIEF**

**VIOLATION OF CAL. CIV CODE § 52.1**

**(Plaintiff against DEFENDANT DEPUTY RUNGE AND COUNTY OF**

**LOS ANGELES )**

155.   Answering paragraph 155, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

156.   In answer to paragraph 156, Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE, and therefore denies any liability.

157.   In an answer to paragraph 157, Defendant states that this allegation is not asserted against the answering Defendant, and no response is required. Defendant denies the remaining allegations contained therein, including because the remaining allegations is vague.

158.   In answer to paragraph 158, Defendant states that these allegations are not asserted against the answering Defendant, and no response is required. Defendant states that because Plaintiffs have not identified by name any specific individuals as Does 1-10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein. However, defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to Defendant BLAKE RUNGE and therefore denies any liability.

159.   In answer to paragraph 159, Defendant is without sufficient knowledge

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  or information to form a belief as to the truth of the allegations contained in said

2  paragraph and on that basis, Defendant denies each and every allegation contained

3  here.

4      160.   In an answer to paragraph 160, Defendant is without sufficient

5  knowledge or information to form a belief as to the truth of the allegations contained

6  in said paragraph. Defendant denies the remaining allegations contained therein,

7  including because the remaining allegations are vague.

8      161.   In an answer to paragraph 161, Defendant is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained

10  in said paragraph, on that basis, denies each and every allegation against these

11  Defendant contained herein.  Defendant further denies the allegations of said

12  paragraph as they are vague.

13     162.   In an answer to paragraph 162, Defendant is without sufficient

14  knowledge or information to form a belief as to the truth of the allegations contained

15  in said paragraph, on that basis, denies each and every allegation against these

16  Defendant contained herein.  Defendant further denies the allegations of said

17  paragraph as they are vague.

18     163.   In an answer to paragraph 163, Defendant is without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained

20  in said paragraph and on that basis, Defendant denies each and every allegation

21  contained here.

22     164.   In an answer to paragraph 164, Defendant states that these allegations

23  are not asserted against the answering Defendant, and no response is required.  To

24  the extent a response is required, Defendant states that because Plaintiffs have not

25  identified by name any of the specific individuals as Does 1-10, Defendant is

26  without sufficient knowledge or information to form a belief as to the truth of the

27  allegations contained in said paragraph. However, as to BLAKE RUNGE,

28  Defendant denies each and every allegation in this paragraph relating to the conduct

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

allegedly attributable to him, and therefore denies any liability.

165.   In an answer to paragraph 165, Defendant states that because Plaintiffs have not identified by name any specific individuals DOES 1-10,  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendant denies each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

166.   In an answer to paragraph 166, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## **PRAYER FOR RELIEF**

167.   In answer to page 37, lines 2-8, Defendant denies that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by this answering Defendant.

## **AFFIRMATIVE DEFENSES**

As for its separate affirmative defenses, answering Defendant alleges as follows:

## **FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

## **SECOND AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs failed to fully comply with the Government Tort Claims Act.

///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1

**THIRD AFFIRMATIVE DEFENSE**

2      As a separate and distinct affirmative defense, answering Defendant alleges

3   that Plaintiffs' Complaint and each claim contained therein, is barred on the ground

4   that the Defendant was not the cause in fact or substantial cause of any alleged

5   damage, injury, or loss to plaintiffs, if any.

6

**FOURTH AFFIRMATIVE DEFENSE**

7      As a separate and distinct affirmative defense, answering Defendant alleges

8   Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the

9   doctrine of unclean hands.

10

**FIFTH AFFIRMATIVE DEFENSE**

11      As a separate and distinct affirmative defense, answering Defendant alleges

12   that Plaintiffs lack standing to pursue any or all of the claims alleged in their

13   Complaint.

14

**SIXTH AFFIRMATIVE DEFENSE**

15      As a separate and distinct affirmative defense, answering Defendant alleges

16   that Plaintiffs' Complaint, and each and every claim contained therein, and/or any

17   amendments thereto, is barred by the applicable statute of limitations and/or

18   California Code of Civil Procedure §335.1.

19

**SEVENTH AFFIRMATIVE DEFENSE**

20      As a separate and distinct affirmative defense, answering Defendant alleges

21   that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. 1983 for Fourth and

22   Fourteenth Amendment violations upon which relief can be granted against

23   Defendant.

24

**EIGHTH AFFIRMATIVE DEFENSE**

25      As a separate and distinct affirmative defense, Defendant is protected from

26   liability under the doctrine of qualified immunity.

27

**NINTH AFFIRMATIVE DEFENSE**

28      As a separate and distinct affirmative defense, answering Defendant alleges

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

Plaintiffs' Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations, including, but not limited to, California Code of Civil Procedure § 335.1, 338, 339, 340, 342, 343, and 583.210.

### TENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred by the failure of Plaintiffs to commence the action within the time required by California Government Code §§ 910, et. seq., 911.2, 911.4, 945.4, 945.6, 950.2, and 950.6.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges they are not liable for alleged violations by non-policymakers of civil or constitutional rights.

### TWELFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the doctrine of unclean hands.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of waiver.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiff's Third Amended Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of laches.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs are estopped by their own acts or omissions from recovery against

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  answering Defendant for the claims asserted in the Complaint.

2  **SIXTEENTH AFFIRMATIVE DEFENSE**

3  As a separate and distinct affirmative defense, answering Defendant alleges

4  any injury to Plaintiffs was due to and caused by the negligence and omissions of

5  Plaintiffs to care for themselves, which carelessness and negligence and omissions

6  were the proximate cause of the damage, if any, to Plaintiffs.

7  **SEVENTEENTH AFFIRMATIVE DEFENSE**

8  As a separate and distinct affirmative defense, answering Defendant alleges

9  Plaintiffs' alleged damages, if any, contained in the Complaint, were caused by

10  persons and/or entities other than answering Defendant, who failed to exercise

11  ordinary care, caution, prudence, and were negligent, or acted wrongfully in their

12  dealing with Plaintiffs, and that at all times, said persons or entities were acting

13  without consent, authorization, knowledge, and/or ratification of this answering

14  Defendant.  Accordingly, any recovery against answering Defendant by Plaintiffs, if

15  any, must be precluded and/or reduced in a proportionate amount to the fault on the

16  part of such other person(s) and/or entities.

17  **EIGHTEENTH AFFIRMATIVE DEFENSE**

18  As a separate and distinct affirmative defense, to the extent Plaintiffs suffered

19  any detriment, such detriment was caused or contributed to by Plaintiffs' negligence,

20  and damages, if any, should be reduced in direct proportion to their fault.

21  **NINETEENTH AFFIRMATIVE DEFENSE**

22  As a separate and distinct affirmative defense, answering Defendant alleges

23  the conduct, if any, which is the subject of Plaintiffs' Complaint, was absolutely

24  and/or conditionally legally privileged, and/or justified.  Further, all actions by

25  answering Defendant were in good faith and reasonable.

26  **TWENTIETH AFFIRMATIVE DEFENSE**

27  As a separate and distinct affirmative defense, answering Defendant alleges

28  that it is not liable in that the injuries and damages, if any, were the result of the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 exercise of the discretion vested in public officers and employees.

2 <strong>TWENTY-FIRST AFFIRMATIVE DEFENSE</strong>

3 Defendant preserves and asserts any and all immunity rights under the

4 California Government Code, including, but not limited to, California Government

5 Code §§ 815.2, 818, 818.8, 820, 821.6, 821.8, 822.2, 844.6, 845, 845.2, 845.6,

6 850.8, 855, 856.2, and 856.4; and California Penal Code §§ 835, 835a, 836.5 and

7 847(b).

8 <strong>TWENTY-SECOND AFFIRMATIVE DEFENSE</strong>

9 As a separate and distinct affirmative defense, answering Defendant alleges

10 on or about the time, date, and place alleged in Plaintiffs' Complaint, the conduct of

11 Plaintiffs and/or third persons or entity was of such nature as to constitute an

12 independent, intervening, and superseding cause, which was the sole proximate

13 cause of the injuries and damages allegedly suffered by Plaintiffs.

14 <strong>TWENTY-THIRD AFFIRMATIVE DEFENSE</strong>

15 As a separate and distinct affirmative defense, answering Defendant alleges

16 that its acts or omissions were discretionary, requiring personal deliberation,

17 decision and judgment which were done honestly, reasonably and in good faith, and

18 by virtue of which they are immune from liability.

19 <strong>TWENTY-FOURTH AFFIRMATIVE DEFENSE</strong>

20 As a separate and distinct affirmative defense, answering Defendant alleges

21 that all claims set forth in Plaintiffs' Complaint are barred because Plaintiffs failed to

22 take reasonable steps to mitigate their damages.

23 <strong>TWENTY-FIFTH AFFIRMATIVE DEFENSE</strong>

24 As a separate and distinct affirmative defense, answering Defendant is

25 shielded from liability for civil damages insofar as the conduct in this case did not

26 violate any statutory or constitutional right of which a reasonable person would have

27 known.

28 ///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiffs' claims are barred because the alleged violation of civil rights did not occur pursuant to a governmental policy, custom, practice, or procedure.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiffs' Complaint, and each claim contained therein, is barred by the doctrines of collateral estoppel and res judicata.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiffs' action is barred by the failure of Plaintiffs to join, in a timely fashion, indispensable and/or necessary parties to this action.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the actions of this answering Defendant in all respects were reasonable, proper, and legal.

## THIRTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant contends that Plaintiffs' damages, if any, should be in direct proportion to the fault of this answering Defendant, if any, as provided by California Civil Code §§ 1431 to 1431.5.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges it is not liable pursuant to California Penal Code §§ 835a, 836, 836.5(b), and 847(b), in that any physical force or contact utilized was reasonable to effect a lawful arrest, or to prevent or overcome resistance.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges

1  the force used was caused and necessitated by the actions of Plaintiffs, and were

2  reasonable and necessary for self-defense.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges the force used was caused and necessitated by the actions of Plaintiffs, and was reasonable and necessary for the defense of others.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant is protected from liability under the doctrine of absolute immunity.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges that it is not liable per the doctrine of Assumption of Risk.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges that Plaintiffs' Complaint fails to state sufficient facts to entitle Plaintiffs to claims of punitive or exemplary damages from Defendant as a matter of law.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant asserts that it is not liable for damages imposed primarily for the sake of example and by way of punishing the Defendant.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges the conduct alleged in Plaintiffs' Complaint did not violate an interest cognizable under 42 U.S.C. § 1983.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred by the doctrine of offset.

///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**FORTIETH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred by the doctrine of release.

**FORTY-FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges they are immune from the claim for relief in Plaintiffs' Complaint due to the application of California Code of Civil Procedure § 262.1.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges that under California Government Code § 815(b), 815.4, and 820.2, a public entity and its employees, officers, and agents are not responsible for injury and damages resulting from the act or omission that was a result of an exercise of discretion vested in such officer, employee, or agent.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges Plaintiffs' claims are barred because answering Defendant holds sovereign immunity under the Eleventh Amendment of the United States Constitution.

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges that it cannot be liable as any and all force used was objectively reasonable under the circumstances.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering Defendant alleges that Defendant BLAKE Runge and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, answering defendants allege the Complaint fails to state sufficient facts to entitle Plaintiffs to claims of punitive

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  damages from answering Defendants as a matter of law.

2  ### FORTY-SEVENTH AFFIRMATIVE DEFENSE

3  As a separate and distinct affirmative defense, answering Defendant alleges

4  Plaintiffs' claims for municipal liability are barred as they are improperly pled by

5  reference to the entire cases contrary to the Federal Rules of Civil Procedure, Rule

6  10(b).

7  ### FORTY-EIGHTH AFFIRMATIVE DEFENSE

8  As a separate and distinct affirmative defense, answering Defendant alleges it

9  is not liable for any injury, whether such injury arises out of an act or omission of

10  the public entity or a public person or any other person pursuant to California

11  Government Code § 815.

12  ### FORTY-NINTH AFFIRMATIVE DEFENSE

13  As a separate and distinct affirmative defense, answering Defendant alleges

14  that on or before the date of the subject incident, Plaintiffs knew or reasonably

15  should have known the hazards or dangers involved and, as a result, voluntarily

16  assumed the risks in and about the matters alleged in the Complaint.

17  ### FIFTIETH AFFIRMATIVE DEFENSE

18  As a separate and distinct affirmative defense, answering Defendant alleges

19  answering Defendant is not liable for the failure to discharge any mandatory duty in

20  that they exercised reasonable diligence in the discharge of all duties as provided by

21  California Government Code § 815.6.

22  ### FIFTY-FIRST AFFIRMATIVE DEFENSE

23  As a separate and distinct affirmative defense, answering Defendant alleges

24  answering Defendant is not liable pursuant to statute by operation of California

25  Government Code §§ 818.2 and 821 for the adoption or failure to adopt or enforce

26  any law.

27  ### FIFTY-SECOND AFFIRMATIVE DEFENSE

28  As a separate and distinct affirmative defense, answering Defendant alleges

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

1 answering Defendant is not liable by operation of California Government Code §§
2 815.2(b) and 820.2 for injury resulting from an act or omission where the act or
3 omission was the result of the exercise of the discretion vested in answering
4 Defendant, whether or not such discretion be abused.

### FIFTY-THIRD AFFIRMATIVE DEFENSE

6 As a separate and distinct affirmative defense, answering Defendant alleges
7 answering Defendant is not liable by operation of California Government Code §§
8 815.2(b) and 820.4 for the execution or enforcement of the law by public officers
9 exercising due care.

### FIFTY-FOURTH AFFIRMATIVE DEFENSE

11 As a separate and distinct affirmative defense, answering Defendant alleges
12 answering Defendant is not liable by operation of California Government Code §
13 820.6 for injury caused by acts done in good faith, without malice, and under the
14 apparent authority of an enactment that is unconstitutional, invalid, or inapplicable.

### FIFTY-FIFTH AFFIRMATIVE DEFENSE

16 As a separate and distinct affirmative defense, answering Defendant alleges
17 answering Defendant is not liable by operation of California Government Code §§
18 815.2(b) and 820.8, in that the injuries and damages, if any, were caused by the acts
19 or omissions of other persons, and not answering Defendants.

### FIFTY-SIXTH AFFIRMATIVE DEFENSE

21 As a separate and distinct affirmative defense, answering Defendant alleges
22 that Plaintiffs failed to comply with the California Tort Claims Act.

### FIFTY-SEVENTH AFFIRMATIVE DEFENSE

24 As a separate and distinct affirmative defense, answering Defendant alleges
25 that Plaintiffs' claims are barred by Plaintiffs' failure to comply with the
26 administrative claim provisions of California Government Code § 910, et. seq.

### FIFTY-EIGHTH AFFIRMATIVE DEFENSE

28 As a separate and distinct affirmative defense, answering Defendant alleges

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

answering Defendant's conduct did not cause the constitutional violations alleged in Plaintiffs' Complaint.

## FIFTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering defendant alleges Plaintiffs do not have standing to sue.

## SIXTIETH AFFIRMATIVE DEFENSE

Answering Defendant alleges that in the event that they prevail at trial, or by way of dispositive motion, they will be entitled to recovery of reasonable attorneys' fees and costs under California Code of Civil Procedure § 1038 and Title 42 U.S.C. § 1988.

## SIXTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering Defendant alleges the Plaintiffs' claims are barred by the failure of Plaintiffs to exhaust all administrative remedies including, but not limited to, all remedies pursuant to 42 U.S.C. §1977.

///
///
///
///
///
///
///
///
///
///
///
///
///

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**ADDITIONAL AFFIRMATIVE DEFENSE**

Answering Defendant is informed and believes, and thereon alleges, that it has insufficient knowledge or information on which to form a belief as to whether additional any unstated affirmative defenses are available. Defendant reserves the right to assert additional affirmative defenses in the event discovery reveals that so doing would be appropriate.

WHEREFORE, Defendant prays that:

A.    Plaintiff take nothing by reason of his Complaint;

B.    Plaintiff's Complaint be dismissed with prejudice;

C.    Defendant recover his costs of suit; and

D.    Defendant be awarded such further relief as the Court deems just and proper.

DATED: December 19, 2023          HURRELL CANTRALL LLP

By:    _____*/s/ Nicole G. Ortega*_____
          THOMAS C. HURRELL
          JORDAN S. STERN
          NICOLE G. ORTEGA
          Attorneys for Defendant, BLAKE RUNGE

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

### DEFENDANT DEMANDS A TRIAL BY JURY

Defendant BLAKE RUNGE hereby respectfully demands a trial by jury in the above-entitled action.  This demand is made to all claims, matters, and issues to which defendant may legally be entitled to demand a jury.

DATED:  December 19, 2023          HURRELL CANTRALL LLP


By: _____*/s/ Nicole G. Ortega*_____
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendant, BLAKE RUNGE

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

46