Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-09285-SB (MARx)<br><br>**AMENDED NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULES 7.1-1 ON BEHALF OF DEFENDANT BLAKE RUNGE**<br><br>[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The undersigned, counsel of record for Defendant BLAKE RUNGE certifies, that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This representation is made to enable the Court to evaluate possible disqualification or recusal.

| **Parties** | **Connection and Interest** |
|---|---|
| 1.  Ursula Byram | Plaintiff |

| | | | |
|---|---|---|---|
| 2. | N.B by and through guardian ad litem Timonthy Byram | | Plaintiff |
| 3. | A.B by and through guardian ad litem Kaitlyn Humenchuk | | Plaintiff |
| 4. | County of Los Angeles | | Defendant (served) |
| 5. | Blake Runge | | Defendant (served) |

DATED:  December 19, 2023          HURRELL CANTRALL LLP


By:    */s/ Nicole G. Ortega*
          THOMAS C. HURRELL
          JORDAN S. STERN
          NICOLE G. ORTEGA
          Attorneys for Defendant, BLAKE RUNGE