Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-09285-SB (MARx)<br><br>**REQUEST TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL**<br><br>[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C] |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants COUNTY OF LOS ANGELES and BLAKE RUNGE, ("Defendants") respectfully request for permission for defense counsel Jordan S. Stern to attend the Scheduling Conference, which is currently scheduled for January 19, 2024, without lead trial counsel. Defendants' lead trial Counsel,

Thomas C. Hurrell, will not be able to attend the Scheduling Conference as he will be in trial in the Santa Monica Courthouse, Dept. K, on another matter. Mr. Hurrell will be engaged in trial in matter *Conejo v. City of Pasadena, et al*. (Case No. 21STCV12626), at the time of the Scheduling Conference.

DATED: January 16, 2024    HURRELL CANTRALL LLP

By:    */s/ Thomas C. Hurrell*
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

