Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-09285-SB (MARx)<br><br>**[PROPOSED] ORDER REGARDING WITHDRAWAL OF REQUEST TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL**<br><br>[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C] |

The Court having reviewed the papers, and good cause appearing,

IT IS ORDERED THAT defendant's lead trial counsel Thomas C. Hurrell, not defense's counsel Jordan S. Stern, may attend the Scheduling Conference, on January 19, 2024.

Dated: _____                    _____

                                                                HON. STANLEY BLUMENFELD