UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-09285-SB-MAR | Date: | January 19, 2024 |
|---|---|---|---|

| Title: | ***Ursula Byram et al v. County of Los Angeles et al.*** |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Thomas Hurrell; Nicole Galvan Ortega | Dale Galipo |

**Proceedings:**     **[Minutes of] Mandatory Scheduling Conference (Dkt. No. 20) (Held and Completed)**

        Case called and appearances made.  The Court heard from the parties about the contents of their joint Rule 26(f) report.  By no later than February 2, 2024, the parties shall:  exchange supplemental disclosures described on the record;  meet and confer about the return of the cell phone and laptop referenced in the joint report; meet and confer about whether to consent to a magistrate judge for all purposes; and the parties shall file a supplemental joint status report disclosing the status of any of the preceding issues that remain outstanding.

        If the parties decide to consent to a magistrate judge, they shall first contact the courtroom deputy of the desired magistrate judge on the Voluntary Consent List to confirm availability and then attach Form CV-11D (*Statement of Consent to Proceed Before a United States Magistrate Judge*) to a Notice of Lodging of Consent Form, which shall be e-filed as required by Local Rule 5-4.4 as a proposed document.  The case management order will issue by February 5 if the parties do not submit a consent form.

                                                                                                        :17