**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719-1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-9285-SB (MARx)<br><br>**SUPPLEMENTAL JOINT RULE 26(f) REPORT**<br>Judge:      Hon. Stanley Blumenfeld<br>Date:        Jan 19, 2024<br>Time:       8:30 AM<br>Location:  Courtroom 6C<br>                  350 West First Street,<br>                  Los Angeles, CA 90012<br><br>Original Complaint:        Nov 3, 2023<br>County Answer:              Dec 6, 2023<br>Blake Runge Answer:      Dec 19, 2023<br>Trial (Proposed):             October 29, 2024<br>MSC:                                Jan 19, 2024 |

**SUPPLEMENTAL JOINT RULE 26(f) REPORT**

The parties hereby submit their Supplemental Joint Rule 26(f) Report pursuant to the Court's Minutes (Dkt. 31).

Pursuant to *Federal Rule of Civil Procedure* Rule 26(f), the parties have met and conferred electronically and provide the following updates to the Court's Order:

I.   **Judicial Magistrate**

On January 30, 2024, Defendants proposed three (3) options for a magistrate judge: Douglas McCormick, Shashi H. Kewalramani, and Maria Audero. These options were rejected Plaintiffs' counsel.

On February 1, 2024, Plaintiffs then proposed two (2) options for magistrate judges: Pedro Castillo and Margo Rocconi.

Defendants has likewise rejected Plaintiffs' proposed magistrate judges. Defendants will provide additional proposed magistrate judges shortly. The parties continue to work together to agree upon a suitable magistrate judge.

II.   **Cell Phone and Laptop**

On February 16, 2023, Judge Connie Quinones issued a search warrant for the laptop and cell phone of Everett Byram and their contents. Defendants report that these two (2) devices are currently part of an ongoing police investigation regarding the February 10, 2023 incident.

Both the cellphone and laptop are password protected. Plaintiff Ursula

Byram refused to provide investigators with a password/access code to the devices. Defendants report that investigators have been using an electronic program that inputs hundreds of thousands of passwords until the correct password is generated in order to access the contents of the devices. This process of generating a password necessarily takes a considerable amount of time to gain access to the devices. As of today's date, the investigators have not gained access to the devices and, therefore, the investigators cannot simply transfer the data contained on the devices because they have yet to gain access to them. Defendants have made the investigators aware of the need to return the devices and they continue to work to gain access so they can then transfer the data and return the devices to Plaintiffs.

Defendants asked if Plaintiffs would provide the passwords to the devices so that investigators could instantly gain access to the devices and then could make a copy of the contents of the devices and return them. Plaintiffs have declined to provide the passwords, citing a lack of valid reason from the County for accessing the information on the devices. Further, Plaintiffs believe that this request infringes on their privacy rights.

Defendants are currently making efforts to contact the lead investigator in order to provide Plaintiffs with as many details as possible on the progress of gaining access to both the laptop and cell phone.

Plaintiffs have informed Defendants that if the devices are not returned by February 9, 2024, they will seek an order from this Court compelling their return.

Defendants continue to work to accommodate this request by Plaintiffs stated deadline.

### III. Supplemental Initial Disclosures

A Protective Order has been agreed upon, signed and filed with the Court. Defendants have provided Plaintiffs with Supplemental Initial Disclosures and all documents identified in Defendants' Supplemental Initial Disclosures as of February 2, 2024.

DATED: February 2, 2024        LAW OFFICES OF DALE K. GALIPO

By:     */s/Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: February 2, 2024        HURRELL CANTRALL LLP

By:     */s/Jordan S. Stern*
THOMAS C. HURRELL
NICOLE G. ORTEGA
JORDAN S. STERN
Attorneys for Defendants COUNTY OF LOS ANGELES and DEPUTY BLAKE RUNGE