**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719-1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-9285-SB (MARx)<br><br>Judge: Hon. Stanley Blumenfeld<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

**SUPPLEMENTAL JOINT STATUS REPORT**

The parties hereby submit their Supplemental Joint Status Report pursuant to the Court's February 6, 2024 Case Management Order (Dkt. 35).

The parties have agreed to have our case tried before Magistrate Judge Karen L. Stevenson. Following our agreement, an email has was sent on February 16, 2024 to Judge Stevenson's courtroom deputy inquiring about Judge Stevenson's availability to conduct our trial. The parties intend to file a Statement of Consent as soon as we receive confirmation of Judge Stevenson's availability and any directives from her office regarding the next steps in this process.

Additionally, the parties wish to inform the Court that the discovery dispute concerning the return of Plaintiffs' property, specifically Everett Byram's laptop and cell phone, has been resolved and the devices are being returned to the Plaintiffs today, February 16, 2024.

Respectfully submitted,

DATED:  February 16, 2024            LAW OFFICES OF DALE K. GALIPO

                                     By:      /s/Cooper Alison-Mayne
                                     Dale K. Galipo
                                     Cooper Alison-Mayne
                                     *Attorneys for Plaintiffs*

| | |
|---|---|
| DATED: February 2, 2024 | HURRELL CANTRALL LLP |
| | By:    */s/Jordan S. Stern* <br> THOMAS C. HURRELL <br> NICOLE G. ORTEGA <br> JORDAN S. STERN <br> Attorneys for Defendants COUNTY OF LOS ANGELES and DEPUTY BLAKE RUNGE |