**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719-1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-9285-SB (MARx)<br><br>Judge: Hon. Stanley Blumenfeld<br><br>**PLAINTIFFS' NOTICE OF LODGING OF CONSENT FORM** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that the parties to this action have met and conferred and consent to proceed before Magistrate Judge Karen L. Stevenson for all purposes. Magistrate Judge Stevenson has agreed to accept the case. Accordingly, Plaintiffs hereby give notice of this lodging of the attached joint Statement of Consent to Proceed Before a United States Magistrate Judge.

DATED: March 5, 2024        LAW OFFICES OF DALE K. GALIPO

                                By:    */s/Cooper Alison-Mayne*
                                        Dale K. Galipo
                                        Cooper Alison-Mayne
                                        *Attorneys for Plaintiffs*