# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' March 5, 2024 Stipulation in Case No. 2:23-cv-9285-SB (MARx) is **GRANTED** and the Plaintiffs are granted leave to file a First Amended Complaint within seven (7) days of this order.

Defendants' responsive pleadings shall be due fourteen (14) days from service of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Stanley Blumenfeld