Thomas C. Hurrell, Esq. (SBN 119876)
Jordan S. Stern, Esq.  (SBN 311527)
Nicole G. Ortega, Esq.  (SBN 345882)
725 S. Figueroa Street, Suite 3800, Los Angeles, CA 90017
Tel: (213) 426-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, et al.<br><br>Plaintiff(s),<br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-09285-KS<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _Richard Copeland_ may serve as the Panel Mediator in the above-captioned case. _Defense Counsel, Thomas C. Hurrell_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _or before Aug. 2024_ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: March 15, 2024                   Cooper Alison-Mayne
                                        Attorney For Plaintiff   Ursula Byram, et al

Dated: _____                           _____
                                        Attorney For Plaintiff

Dated: March 15, 2024                   Thomas C. Hurrell/Jordan S. Stern/Nicole G. Ortega
                                        Attorney For Defendant   County of Los Angeles

Dated: _____                           _____
                                        Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*