|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |
| 28  |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV 23-9285-KS

URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,

      Plaintiffs,

  v.

COUNTY OF LOS ANGELES, BLAKE RUNGE, and DOES 1-10, inclusive,

      Defendants.

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO AMEND COMPLAINT

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' March 5, 2024 Stipulation in Case No. 2:23-cv-9285-SB (MARx) is **GRANTED** and the Plaintiffs are granted leave to file a First Amended Complaint within seven (7) days of this order.

Defendants' responsive pleadings shall be due fourteen (14) days from service of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: __March 27__, 2024

Hon. Karen L. Stevenson
Chief United States Magistrate Judge