UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 23-09285-KS                                    Date: March 29, 2024

Title   *Ursula Byram et al. v. County of Los Angeles et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Creditor:                Attorneys Present for Debtor:

**Proceedings: (IN CHAMBERS) ORDER DENYING APPLICATIONS RE: APPOINTMENT OF GUARDIANS AD LITEM (DKT. NOS. 5, 6, 7)**

On November 3, 2023, Plaintiff S.B. filed an Application for Appointment of Timothy Byram as Guardian ad Litem for S.B. (dkt. No. 7); Plaintiff N.B. filed an Application for Appointment of Timothy Byram as Guardian ad Litem for N.B. (dkt. No. 6); and Plaintiff A.B. filed an Application for Appointment of Kaitlyn Humenchuk as Guardian ad Litem for A.B. (dkt. no. 5) (the "Applications").

Timothy Byram and Kaitlyn Humenchuk each provided a statement of consent in support of their respective Applications indicating that they consent to serve on behalf of the minor plaintiffs in this action, but the statements do not state that Mr. Byram and Ms. Humenchuk have no interests adverse to the minor Plaintiffs in this case. Even though it does not appear that Mr. Byram and Ms. Humenchuk are parties to the litigation, the Court does not presume that no conflict or potential conflict exists.

Accordingly, the Court DENIES the Applications for appointment of a guardian ad litem, without prejudice. If Plaintiffs wish to seek appointment of guardians ad litem, **Plaintiffs are directed to re-file the Applications** accompanied by signed declarations by the proposed guardians ad litem confirming that each proposed guardian ad litem is independent and has no interests adverse to the minor plaintiffs whom they would represent.

**IT IS SO ORDERED**.

                                                                            :
                                                **Initials of Preparer**    gr