**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No.: 2:23-cv-09285-KS<br>*Judge: Karen L. Stevenson*<br><br>**CONSENT DECLARATION OF NOMINEE KAITLYN HUMENCHUK AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B.**<br><br>[*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |

## **CONSENT DECLARATION OF NOMINEE**

I, Kaitlyn Humenchuk, the nominee and mother of A.B., who is a minor plaintiff in the above-referenced action and the biological child of the decedent Everett Byram, consent to act as Guardian Ad Litem of the minor plaintiff A.B. in the above-referenced action.

I am a fully competent and responsible adult. I am qualified to understand and protect the rights of the minor plaintiff A.B., and have no interests adverse to the interests of the minor plaintiff A.B.

I declare, under penalty of perjury and under the laws of the United States, that the foregoing is true and correct.

Executed on __4/10/2024__ in Lynchburg, Virginia.

*DocuSigned by:*
_____
F34345B369424A2...
Kaitlyn Humenchuk

-2-
DECLARATION AND CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM