| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| | Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com |
| | Cooper Alison-Mayne (SBN 343169) |
| 3 | cmayne@galipolaw.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, CA 91367 |
| | Phone: (818) 347-3333 |
| 5 | |
| | **RUBIN LAW OFFICE, P.C.** |
| 6 | David Rubin (SBN 304744) |
| | david@rubinlawoffice.com |
| 7 | 2292 Faraday Avenue, Suite 100 |
| | Carlsbad, CA 92008 |
| 8 | Phone: (619) 719–1087 |
| 9 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram, | **Case No.: 2:23-cv-09285-KS** |
| | | *Judge: Karen L. Stevenson* |
| | | |
| | | **[PROPOSED] ORDER GRANTING APPLICATION OF KAITLYN HUMENCHUK FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.B.** |
| | Plaintiff, | |
| | | [*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*] |
| | v. | |
| | COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA, | |
| | Defendants. | |

| | |
|---|---|
| 1 |       IT IS HEREBY ORDERED THAT the application of Kaitlyn Humenchuk for |
| 2 | appointment as Guardian *ad Litem* for plaintiff A.B. is granted. |
| 3 | |
| 4 |       IT IS SO ORDERED. |
| 5 | |
| 6 | DATED:              By:     _____ |
| 7 |                                   Honorable Karen L. Stevenson |
| 8 |                                   United States Magistrate Judge |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER