**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>        Defendants. | Case No.: 2:23-cv-09285-KS<br>*Judge: Karen L. Stevenson*<br><br><br>**APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.B.**<br><br>[*Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

## APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.B.

1.      N.B. is a minor plaintiff in the above-referenced case.

2.      N.B. was born on October 14, 2021.

3.      Timothy Byram, who is not a plaintiff in this matter, is the uncle of minor plaintiff N.B.

4.      Timothy Byram is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff N.B.

5.      Timothy Byram is a responsible adult and fully competent to understand and protect the rights of N.B. *See* Consent Declaration of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiff N.B., filed concurrently herewith.

6.      Plaintiffs therefore respectfully request an order appointing Timothy Byram as Guardian *ad Litem* for minor plaintiff N.B.

LAW OFFICES OF DALE K. GALIPO

DATED: April 4, 2024

By:   /s/ Cooper Alison-Mayne
      Dale K. Galipo
      Cooper Alison-Mayne
      *Attorneys for Plaintiffs*

DATED: 4/8/2024

By:   Timothy Byram
      554C3A66669F484...
      Timothy Byram