1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333

5  **RUBIN LAW OFFICE, P.C.**
   David Rubin (SBN 304744)
6  david@rubinlawoffice.com
   2292 Faraday Avenue, Suite 100
7  Carlsbad, CA 92008
   Phone: (619) 719–1087
8

9  *Attorneys for Plaintiff*

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram, | **Case No.: 2:23-cv-09285-KS** *Judge: Karen L. Stevenson* **CONSENT DECLARATION OF NOMINEE TIMOTHY BYRAM AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.B.** [*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |
| Plaintiff, | |
| v. | |
| COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA, | |
| Defendants. | |

## CONSENT DECLARATION OF NOMINEE

I, Timothy Byram, the nominee and uncle of N.B., who is a minor plaintiff in the above-referenced action and the biological daughter of the decedent, Everett Byram, consent to act as guardian *ad litem* for minor plaintiff N.B. in the above-referenced action.

I am a fully competent and responsible adult. I am qualified to understand and protect the rights of the minor plaintiff N.B., and have no interests adverse to the interests of the minor plaintiff N.B.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on _____4/8/2024_____ in New York, New York.

DocuSigned by:

*Timothy Byram*
554C3A56669F484...
Timothy Byram