**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | **Case No.: 2:23-cv-09285-KS**<br>*Magistrate Judge: Karen L. Stevenson*<br><br>**CONSENT DECLARATION OF NOMINEE TIMOTHY BYRAM AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.B.**<br><br>[*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |

-1-
CONSENT DECLARATION OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM

**CONSENT DECLARATION OF NOMINEE**

I, Timothy Byram, the nominee and uncle of S.B., who is a minor plaintiff in the above-referenced action and the biological son of the decedent Everett Byram, consent to act as guardian *ad litem* for minor plaintiff S.B. in the above-referenced action.

I am a fully competent and responsible adult. I am qualified to understand and protect the rights of the minor plaintiff S.B., and have no interests adverse to the interests of the minor plaintiff S.B.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on 4/8/2024 in New York, New York.

DocuSigned by:
Timothy Byram
554C3A56669F484...
Timothy Byram

-2-
CONSENT DECLARATION OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM