1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5
   **RUBIN LAW OFFICE, P.C.**
6  David Rubin (SBN 304744)
   david@rubinlawoffice.com
7  2292 Faraday Avenue, Suite 100
   Carlsbad, CA 92008
8  Phone: (619) 719–1087

9  *Attorneys for Plaintiff*

10                **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**

12 | URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,

    Plaintiff,

    v.

    COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,

    Defendants.

**Case No.: 2:23-cv-09285-KS**
*Judge: Karen L. Stevenson*

**[PROPOSED] ORDER GRANTING APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR S.B.**

[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*]

---

[PROPOSED] ORDER RE STIPULATION

1
2        IT IS HEREBY ORDERED THAT the application of Timothy Byram for
3    appointment as Guardian *ad Litem* for plaintiff S.B. is granted.
4
5        IT IS SO ORDERED.
6
7    DATED:                    By:    _____
8                                     Honorable Karen L. Stevenson
9                                     United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28