**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | **Case No.: 2:23-cv-09285-KS**<br>*Judge: Karen L. Stevenson*<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLICATION OF KAITLYN HUMENCHUK FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.B.**<br><br>[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*] |

[~~PROPOSED~~] ORDER

1     IT IS HEREBY ORDERED THAT the application of Kaitlyn Humenchuk for
2 appointment as Guardian *ad Litem* for plaintiff A.B. is granted.

4     IT IS SO ORDERED.

6 DATED: April 10, 2024      By: *Karen L. Stevenson*
7                        Honorable Karen L. Stevenson
8                        Chief United States Magistrate Judge