1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5
   **RUBIN LAW OFFICE, P.C.**
6  David Rubin (SBN 304744)
   david@rubinlawoffice.com
7  2292 Faraday Avenue, Suite 100
   Carlsbad, CA 92008
8  Phone: (619) 719–1087

9  *Attorneys for Plaintiff*

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**

12 | URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,

   Plaintiff,

   v.

   COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,

   Defendants.

Case No.: 2:23-cv-09285-KS
Judge: Karen L. Stevenson

**[PROPOSED] ORDER GRANTING APPLICATION OF TIMOTHY BYRAM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR S.B.**

[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*]

---

[PROPOSED] ORDER RE STIPULATION

IT IS HEREBY ORDERED THAT the application of Timothy Byram for appointment as Guardian *ad Litem* for plaintiff S.B. is granted.

IT IS SO ORDERED.

DATED: April 10, 2024     By: _____
Honorable Karen L. Stevenson
Chief United States Magistrate Judge