Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES and BLAKE RUNGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA, <br><br> Defendants. | Case No. 2:23-cv-09285-KS <br><br> **DEFENDANTS COUNTY OF LOS ANGELES AND BLAKE RUNGE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** <br><br> [Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants COUNTY OF LOS ANGELES and BLAKE RUNGE ("Defendants") for itself alone and for no other persons, entities, firms or corporations, answers to the First Amended Complaint for Damages of Plaintiffs URSULA BYRAM, S.B. and N.B. by and through their guardian ad litem, TIMOTHY BYRAM; and A.B. by and

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

through his guardian ad litem KAITLYN HUMENCHUK  ("Plaintiffs").  If an averment is not specifically admitted, it is hereby denied.

## INTRODUCTION

1.      In answer to paragraph 1, Defendants admit this action is seeking compensatory and punitive damages from Defendants for violating various rights under the United States Constitution and state law in connection with the alleged shooting of decedent, EVERETT BYRAM, on February 10, 2023.  However, Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by the answering Defendants.  As to the remaining allegations contained in said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein.

## JURISDICTION AND VENUE

2.      In answer to paragraph 2, Defendants acknowledge that Plaintiffs are bringing this action pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) for claims arising under the laws of the United States including 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution. Defendants admit that venue is proper.

3.      In answer to paragraph 3, Defendants further acknowledge that there is supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).  Defendants admit that venue is proper.

4.      In an answer to paragraph 4, Defendants admit venue is proper.

5.      In an answer to paragraph 5, Defendants acknowledge and admit receipt of summons and complaint to the COUNTY OF LOS ANGELES.

6.      In answer to paragraph 6, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  herein.  Defendants further deny the allegations of said paragraph as they are vague.

2  **PARTIES**

3  7.  In answer to paragraph 7, Defendants are without sufficient knowledge

4  or information to form a belief as to the truth of the allegations contained in said

5  paragraph, and on that basis, Defendants deny each and every allegation contained

6  herein.  Defendants further deny the allegations of said paragraph as they are vague.

7  8.  In answer to paragraph 8, Defendants are without sufficient knowledge

8  or information to form a belief as to the truth of the allegations contained in said

9  paragraph, and on that basis, Defendants deny each and every allegation contained

10  herein.  Defendants further deny the allegations of said paragraph as they are vague.

11  9.  In answer to paragraph 9, Defendants are without sufficient knowledge

12  or information to form a belief as to the truth of the allegations contained in said

13  paragraph, and on that basis, Defendants deny each and every allegation contained

14  herein.  Defendants further deny the allegations of said paragraph as they are vague.

15  10.  In answer to paragraph 10, Defendants are without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained

17  in said paragraph, and on that basis, Defendants deny each and every allegation

18  contained herein.  Defendants further deny the allegations of said paragraph as they

19  are vague.

20  11.  In answer to paragraph 11, Defendants are without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph, and on that basis, Defendants deny each and every allegation

23  contained herein.  Defendants further deny the allegations of said paragraph as they

24  are vague.

25  12.  In answer to paragraph 12, Defendants admits that COUNTY OF LOS

26  ANGELES is a public entity duly organized and existing under the laws of the State

27  of California.  As to the remainder of the allegations contained in said paragraph,

28  Defendants are without sufficient knowledge or information to form a belief as to

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

13.     In answer to paragraph 13, Defendants admit that RUNGE and ALCANTARA were a duly appointed County Sheriff's Deputies. As to the remainder of the allegations contained in said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

14.     Answering paragraph 14, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

15.     Answering paragraph 15, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

16.     In answer to paragraph 16, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

17.     In answer to paragraph 17, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

18.     In answer to paragraph 18, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

19.     In answer to paragraph 19, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

20.     In answer to paragraph 20, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

21.     In answer to paragraph 21, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

22.     In an answer to paragraph 22, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

23.     In an answer to paragraph 23, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

24.     In an answer to paragraph 24, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

25.     In an answer to paragraph 25, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

26.     In an answer to paragraph 26, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

27.     In an answer to paragraph 27, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

28.     In an answer to paragraph 28Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

29.     In an answer to paragraph 29, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

30.     In an answer to paragraph 30, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

31.     In an answer to paragraph 31, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

32.     In an answer to paragraph 32, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

33.     In an answer to paragraph 33, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

34.     In an answer to paragraph 34, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation

Hurrell Cantrall LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone  (213) 426-2000

1  contained herein.  Defendants further deny the allegations of said paragraph as they

2  are vague.

3       35.    In an answer to paragraph 35, Defendants state that these allegations

4  are not asserted against the answering Defendants, and no response is required.  To

5  the extent a response is required, Defendants are without sufficient knowledge or

6  information to form a belief as to the truth of the allegations contained in said

7  paragraph, and on that basis, Defendants deny each and every allegation contained

8  herein.  Defendants further deny the allegations of said paragraph as they are vague.

9       36.    In an answer to paragraph 36, Defendants state that these allegations

10  are not asserted against the answering Defendants, and no response is required.  To

11  the extent a response is required, Defendants are without sufficient knowledge or

12  information to form a belief as to the truth of the allegations contained in said

13  paragraph, and on that basis, Defendants deny each and every allegation contained

14  herein.  Defendants further deny the allegations of said paragraph as they are vague.

15       37.    In an answer to paragraph 37, Defendants are without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained

17  in said paragraph, and on that basis, Defendants deny each and every allegation

18  contained herein.  Defendants further deny the allegations of said paragraph as they

19  are vague.

20       38.    In an answer to paragraph 38, Defendants state that this allegation is

21  not asserted against Defendants, and no response is required.  Moreover, Defendants

22  are without sufficient knowledge or information to form a belief as to the truth of

23  the allegations contained in said paragraph, and on that basis, Defendants deny each

24  and every allegation contained herein.  Defendants further deny the allegations of

25  said paragraph as they are vague.

26       39.    In an answer to paragraph 39,  Defendants are without sufficient

27  knowledge or information to form a belief as to the truth of the allegations contained

28  in said paragraph, and on that basis, Defendants deny each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  contained herein.  Defendants further deny the allegations of said paragraph as they

2  are vague.

3      40.    In an answer to paragraph 40,  Defendants are without sufficient

4  knowledge or information to form a belief as to the truth of the allegations contained

5  in said paragraph, and on that basis, Defendants deny each and every allegation

6  contained herein.  Defendants further deny the allegations of said paragraph as they

7  are vague.

8      41.    In an answer to paragraph 41,  Defendants are without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained

10  in said paragraph, and on that basis, Defendants deny each and every allegation

11  contained herein.  Defendants further deny the allegations of said paragraph as they

12  are vague.

13      42.    In an answer to paragraph 42,  Defendants are without sufficient

14  knowledge or information to form a belief as to the truth of the allegations contained

15  in said paragraph, and on that basis, Defendants deny each and every allegation

16  contained herein.  Defendants further deny the allegations of said paragraph as they

17  are vague.

18  ## FIRST CAUSE OF ACTION

19  ## FOURTH AMENDMENT - EXCESSIVE FORCE (42 U.S.C. § 1983)

20  ### (Plaintiffs against Defendant RUNGE)

21      43.    In an answer to paragraph 43, which incorporates by reference the

22  allegations of other paragraphs of the pleading, Defendants to the same extent

23  incorporate by reference the answers provided herein to those paragraphs.

24      44.    In an answer to paragraph 44, Defendants are without sufficient

25  knowledge or information to form a belief as to the truth of the allegations contained

26  in said paragraph, and on that basis, Defendants deny each and every allegation

27  contained herein.  Defendants further deny the allegations of said paragraph as they

28  are vague.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

45.    In an answer to paragraph 45, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

46.    In an answer to paragraph 46, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

47.    Answering paragraph 47, Defendants state that because Plaintiffs have not identified by name any specific individuals,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

48.    In an answer to paragraph 48, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

49.    In an answer to paragraph 49, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 are vague.

2      50.    In answer to paragraph 50, Defendants state that because Plaintiffs have

3 not identified by name any specific individuals,  Defendants are without sufficient

4 knowledge or information to form a belief as to the truth of the allegations contained

5 in said paragraph and on that basis, Defendants deny each and every allegation

6 contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

7 every allegation in this paragraph relating to the conduct allegedly attributable to

8 him, and therefore denies any liability.

9      51.    In an answer to paragraph 51, Defendants are without sufficient

10 knowledge or information to form a belief as to the truth of the allegations contained

11 in said paragraph, on that basis, deny each and every allegation against these

12 Defendants contained herein. Defendants deny that Plaintiffs are entitled to an

13 award of damages, or any other form of relief as requested in the Complaint as a

14 result of any acts or omissions by these answering Defendants. However, as to

15 BLAKE RUNGE, Defendant denies each and every allegation in this paragraph

16 relating to the conduct allegedly attributable to him, and therefore denies any

17 liability.

18      52.    In answer to paragraph 52, Defendants are without sufficient

19 knowledge or information to form a belief as to the truth of the allegations contained

20 in said paragraph, and on that basis, Defendants deny each and every allegation

21 contained herein.  Defendants further deny the allegations of said paragraph as they

22 are vague.

23      53.    In answer to paragraph 53, Defendants state that because Plaintiffs have

24 not identified by name any specific individuals, Defendants are without sufficient

25 knowledge or information to form a belief as to the truth of the allegations contained

26 in said paragraph and on that basis, Defendants deny each and every allegation

27 contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

28 every allegation in this paragraph relating to the conduct allegedly attributable to

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

him, and therefore denies any liability.

54.     Answering paragraph 54, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

55.     Answering paragraph 55, Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by answering Defendants. As to the remaining allegations contained in said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

56.     Answering paragraph 56, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, deny each and every allegation against these Defendants contained herein. Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by these answering Defendants. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

## SECOND CLAIM FOR RELIEF

## FOURTEENTH AMENDMENT - DENIAL OF FAMILIAL RELATIONSHIP

## (42 U.S.C. §1983)

### (Plaintiffs against Defendant RUNGE)

57.     Answering paragraph 57, which incorporates by reference the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

58.     Answering paragraph 58, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

59.     In answer to paragraph 59, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

60.     In answer to paragraph 60, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

61.     Answering paragraph 61, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

62.     In answer to paragraph 62, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

63.     In answer to paragraph 63, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

2  every allegation in this paragraph relating to the conduct allegedly attributable to

3  him, and therefore denies any liability.

4          64.    In answer to paragraph 64, Defendants are without sufficient

5  knowledge or information to form a belief as to the truth of the allegations contained

6  in said paragraph and on that basis, Defendants deny each and every allegation

7  contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

8  every allegation in this paragraph relating to the conduct allegedly attributable to

9  him, and therefore denies any liability.

10          65.    In an answer to paragraph 65, Defendants are without sufficient

11  knowledge or information to form a belief as to the truth of the allegations contained

12  in said paragraph and on that basis, Defendants deny each and every allegation

13  contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

14  every allegation in this paragraph relating to the conduct allegedly attributable to

15  him, and therefore denies any liability.

16          66.    In answer to paragraph 66, Defendants are without sufficient

17  knowledge or information to form a belief as to the truth of the allegations contained

18  in said paragraph and on that basis, Defendants deny each and every allegation

19  contained herein.  However, as to BLAKE RUNGE, Defendant denies each and

20  every allegation in this paragraph relating to the conduct allegedly attributable to

21  him, and therefore denies any liability.

22          67.    In an answer to paragraph 67, Defendants deny that Plaintiffs are

23  entitled to an award of damages, or any other form of relief as requested in the

24  Complaint as a result of any acts or omissions by these answering Defendants.

25          68.    Answering paragraph 68, Defendants are without sufficient knowledge

26  or information to form a belief as to the truth of the allegations contained in said

27  paragraph, on that basis, deny each and every allegation against these Defendants

28  contained herein. Defendants deny that Plaintiffs are entitled to an award of

damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by these answering Defendants. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

## THIRD CLAIM FOR RELIEF

## FOURTH AMENDMENT – UNLAWFUL DETENTION (42 U.S.C. §1983)

## (Plaintiff URSULA BYRAM against Defendant ALCANTARA)

69.     In answer to paragraph 69, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

70.     In answer to paragraph 70, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, deny each and every allegation against these Defendants contained herein. Defendants deny the remaining allegations contained therein, including because the remaining allegations are vague.

71.     In answer to paragraph 71, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

72.     In answer to paragraph 72, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

herein.  Defendants further deny the allegations of said paragraph as they are vague.

73.    In answer to paragraph 73, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

74.    In answer to paragraph 74, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants deny that plaintiff is entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by these answering Defendants. As to the remaining allegations contained in said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

## FOURTH CLAIM FOR RELIEF

## MUNICIPAL LIABILITY: UNCONSTITUTIONAL CUSTOM OR POLICY

## (42 U.S.C. §1983)

### (Plaintiffs against Defendant COUNTY OF LOS ANGELES)

75.    In answer to paragraph 75, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

76.    In answer to paragraph 76, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

77.     Answering paragraph 77, Defendants state that because Plaintiffs have not identified by name any specific individuals,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

78.     In an answer to paragraph 78, Defendants state that because Plaintiffs have not identified by name any specific individuals,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

79.     Answering paragraph 79, Defendants state that because Plaintiffs have not identified by name any specific individuals,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

80.     Answering paragraph 80, Defendants state that because Plaintiffs have

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  not identified by name any specific individuals,  Defendants are without sufficient

2  knowledge or information to form a belief as to the truth of the allegations contained

3  in said paragraph and on that basis, Defendants deny each and every allegation

4  contained herein. Defendants further deny the allegations of said paragraph as they

5  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each

6  and every allegation in this paragraph relating to the conduct allegedly attributable

7  to it, and therefore denies any liability.

8          81.    In answer to paragraph 81, Defendants are without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained

10  in said paragraph and on that basis, Defendants deny each and every allegation

11  contained herein. Defendants further deny the allegations of said paragraph as they

12  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each

13  and every allegation in this paragraph relating to the conduct allegedly attributable

14  to it, and therefore denies any liability.

15          82.    In answer to paragraph 82, Defendants deny each and every allegation

16  contained therein as it relates to COUNTY OF LOS ANGELES

17          83.    In answer to paragraph 83, Defendants deny each and every allegation

18  contained therein as it relates to COUNTY OF LOS ANGELES

19          84.    In answer to paragraph 84, Defendants are without sufficient

20  knowledge or information to form a belief as to the truth of the allegations contained

21  in said paragraph, and on that basis, Defendants deny each and every allegation

22  contained herein.  Defendants further deny the allegations of said paragraph as they

23  are vague.

24          85.    In an answer to paragraph 85, Defendants deny each and every

25  allegation contained therein as it relates to COUNTY OF LOS ANGELES.

26          86.    Answering paragraph 86, Defendants are without sufficient knowledge

27  or information to form a belief as to the truth of the allegations contained in said

28  paragraph, on that basis, deny each and every allegation against these Defendants

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  contained herein. Defendants further deny the allegations of said paragraph as they
2  are vague.  Defendants deny that Plaintiffs are entitled to an award of damages, or
3  any other form of relief as requested in the Complaint as a result of any acts or
4  omissions by these answering Defendants.

5  ### FIFTH CLAIM FOR RELIEF
6  ### MUNICIPAL LIABILITY: FAILURE TO TRIAN (42 U.S.C. §1983)
7  ### (Plaintiffs against Defendant COUNTY OF LOS ANGELES)

8       87.    In answer to paragraph 87, which incorporates by reference the
9  allegations of other paragraphs of the pleading, Defendants to the same extent
10  incorporate by reference the answers provided herein to those paragraphs.

11       88.    In answer to paragraph 88, Defendants are without sufficient
12  knowledge or information to form a belief as to the truth of the allegations contained
13  in said paragraph and on that basis, Defendants deny each and every allegation
14  contained herein. Defendants further deny the allegations of said paragraph as they
15  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each
16  and every allegation in this paragraph relating to the conduct allegedly attributable
17  to it, and therefore denies any liability.

18       89.    In answer to paragraph 89, Defendants are without sufficient
19  knowledge or information to form a belief as to the truth of the allegations contained
20  in said paragraph and on that basis, Defendants deny each and every allegation
21  contained herein. Defendants further deny the allegations of said paragraph as they
22  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each
23  and every allegation in this paragraph relating to the conduct allegedly attributable
24  to it, and therefore denies any liability.

25       90.    In answer to paragraph 90, Defendants are without sufficient
26  knowledge or information to form a belief as to the truth of the allegations contained
27  in said paragraph and on that basis, Defendants deny each and every allegation
28  contained herein. Defendants further deny the allegations of said paragraph as they

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

91.     In answer to paragraph 91, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

92.     In answer to paragraph 92, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

93.     Answering paragraph 93, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

94.     Answering paragraph 94, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague.

1  However, as to COUNTY OF LOS ANGELES, Defendant denies each and every

2  allegation in this paragraph relating to the conduct allegedly attributable to it, and

3  therefore denies any liability.

4       95.     In an answer to paragraph 95, Defendants are without sufficient

5  knowledge or information to form a belief as to the truth of the allegations contained

6  in said paragraph and on that basis, Defendants deny each and every allegation

7  contained herein. Defendants further deny the allegations of said paragraph as they

8  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each

9  and every allegation in this paragraph relating to the conduct allegedly attributable

10 to it, and therefore denies any liability.

11      96.     Answering paragraph 96, Defendants are without sufficient knowledge

12 or information to form a belief as to the truth of the allegations contained in said

13 paragraph, on that basis, deny each and every allegation against these Defendants

14 contained herein. Defendants deny that Plaintiffs are entitled to an award of

15 damages, or any other form of relief as requested in the Complaint as a result of any

16 acts or omissions by these answering Defendants.

## SIXTH CLAIM FOR RELIEF

## MUNICIPAL LIABILITY: RATIFICATION (42 U.S.C. §1983)

### (Plaintiffs against Defendant COUNTY OF LOS ANGELES)

20      97.     In an answer to paragraph 97, which incorporates by reference the

21 allegations of other paragraphs of the pleading, Defendants to the same extent

22 incorporate by reference the answers provided herein to those paragraphs.

23      98.     In an answer to paragraph 98, Defendants are without sufficient

24 knowledge or information to form a belief as to the truth of the allegations contained

25 in said paragraph and on that basis, Defendants deny each and every allegation

26 contained herein. Defendants further deny the allegations of said paragraph as they

27 are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each

28 and every allegation in this paragraph relating to the conduct allegedly attributable

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  to it, and therefore denies any liability.

2      99.    In answer to paragraph 99, Defendants are without sufficient
3  knowledge or information to form a belief as to the truth of the allegations contained
4  in said paragraph and on that basis, Defendants deny each and every allegation
5  contained herein. Defendants further deny the allegations of said paragraph as they
6  are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each
7  and every allegation in this paragraph relating to the conduct allegedly attributable
8  to it, and therefore denies any liability.

9      100.   In answer to paragraph 100, Defendants are without sufficient
10 knowledge or information to form a belief as to the truth of the allegations contained
11 in said paragraph, and on that basis, Defendants deny each and every allegation
12 contained herein.  Defendants further deny the allegations of said paragraph as they
13 are vague.

14     101.   In answer to paragraph 101, Defendants are without sufficient
15 knowledge or information to form a belief as to the truth of the allegations contained
16 in said paragraph and on that basis, Defendants deny each and every allegation
17 contained herein. Defendants further deny the allegations of said paragraph as they
18 are vague. However, as to COUNTY OF LOS ANGELES, Defendant denies each
19 and every allegation in this paragraph relating to the conduct allegedly attributable
20 to it, and therefore denies any liability.

21     102.   In an answer to paragraph 102, Defendants are without sufficient
22 knowledge or information to form a belief as to the truth of the allegations contained
23 in said paragraph, and on that basis, Defendants deny each and every allegation
24 contained herein.  Defendants further deny the allegations of said paragraph as they
25 are vague.

26     103.   In answer to paragraph 103, Defendants are without sufficient
27 knowledge or information to form a belief as to the truth of the allegations contained
28 in said paragraph, and on that basis, Defendants deny each and every allegation

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  contained herein.  Defendants further deny the allegations of said paragraph as they

2  are vague.

3       104.   In an answer to paragraph 104, Defendants deny that Plaintiffs are

4  entitled to an award of damages, or any other form of relief as requested in the

5  Complaint as a result of any acts or omissions by answering Defendants. Defendants

6  are without sufficient knowledge or information to form a belief as to the truth of

7  the allegations contained in said paragraph, and on that basis, Defendants deny each

8  and every allegation contained herein.  Defendants further deny the allegations of

9  said paragraph as they are vague.  However, as to COUNTY OF LOS ANGELES,

10 Defendant denies each and every allegation in this paragraph relating to the conduct

11 allegedly attributable to it, and therefore denies any liability.

12      105.   In answer to paragraph 105, Defendants deny that Plaintiffs are entitled

13 to an award of damages, or any other form of relief as requested in the Complaint as

14 a result of any acts or omissions by answering Defendants. Defendants are without

15 sufficient knowledge or information to form a belief as to the truth of the allegations

16 contained in said paragraph and on that basis, Defendants deny each and every

17 allegation contained herein. Defendants further deny the allegations of said

18 paragraph as they are vague. However, as to COUNTY OF LOS ANGELES,

19 Defendant denies each and every allegation in this paragraph relating to the conduct

20 allegedly attributable to it, and therefore denies any liability.

21                    **SEVENTH CLAIM FOR RELIEF**

22           **AMERICAN WITH DISABILITIES ACT (42 U.S.C. §12132)**

23      **(Plaintiffs against Defendants RUNGE and COUNTY OF LOS ANGELES)**

24      106.   In an answer to paragraph 106, which incorporates by reference the

25 allegations of other paragraphs of the pleading, Defendants to the same extent

26 incorporate by reference the answers provided herein to those paragraphs.

27      107.   In an answer to paragraph 107, Defendants are without sufficient

28 knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

23

1  in said paragraph, and on that basis, Defendants deny each and every allegation

2  contained herein.  Defendants further deny the allegations of said paragraph as they

3  are vague.

4        108.   Answering paragraph 108, Defendants are without sufficient

5  knowledge or information to form a belief as to the truth of the allegations contained

6  in said paragraph, and on that basis, Defendants deny each and every allegation

7  contained herein.  Defendants further deny the allegations of said paragraph as they

8  are vague.

9        109.   In answer to paragraph 109, Defendants are without sufficient

10  knowledge or information to form a belief as to the truth of the allegations contained

11  in said paragraph, and on that basis, Defendants deny each and every allegation

12  contained herein.  Defendants further deny the allegations of said paragraph as they

13  are vague.

14        110.   In answer to paragraph 110, Defendants are without sufficient

15  knowledge or information to form a belief as to the truth of the allegations contained

16  in said paragraph, and on that basis, Defendants deny each and every allegation

17  contained herein.  Defendants further deny the allegations of said paragraph as they

18  are vague.

19        111.   In an answer to paragraph 111, Defendants are without sufficient

20  knowledge or information to form a belief as to the truth of the allegations contained

21  in said paragraph, and on that basis, Defendants deny each and every allegation

22  contained herein.  Defendants further deny the allegations of said paragraph as they

23  are vague.

24        112.   In an answer to paragraph 112, Defendants are without sufficient

25  knowledge or information to form a belief as to the truth of the allegations contained

26  in said paragraph, and on that basis, Defendants deny each and every allegation

27  contained herein.  Defendants further deny the allegations of said paragraph as they

28  are vague.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

113.   In an answer to paragraph 113, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

114.   In an answer to paragraph 114, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague. Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by these answering Defendants.

## EIGHTH CLAIM FOR RELIEF

## BATTERY

## (Plaintiffs against Defendants RUNGE and COUNTY OF LOS ANGELES)

115.   In an answer to paragraph 115, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

116.   In an answer to paragraph 116, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

117.   Answering paragraph 117, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

118.    In an answer to paragraph 118, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

119.    In an answer to paragraph 119, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.  However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

120.    In an answer to paragraph 120, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by these answering Defendants. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

121.    In an answer to paragraph 121, Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by answering Defendants.

## NINTH CLAIM FOR RELIEF

## NEGLIGENCE

### (Plaintiffs against Defendants RUNGE and COUNTY OF LOS ANGELES)

122.    In an answer to paragraph 122, which incorporates by reference the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

123.   In answer to paragraph 123, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

124.   In an answer to paragraph 124, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

125.   In an answer to paragraph 125, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

126.   Answering paragraph 126, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

127.   In answer to paragraph 127, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

128.   In answer to paragraph 128, Defendants state that because Plaintiffs have not identified by name any specific individuals, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.  However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

129.   In answer to paragraph 129, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendants deny the remaining allegations contained therein, including because the remaining allegations are vague.

130.   In answer to paragraph 130, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, on that basis, denies each and every allegation against Defendants contained herein. Defendants deny that Plaintiffs are entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by answering Defendants.

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

# TENTH CLAIM FOR RELIEF
# FALSE IMPRISONMENT
### (Plaintiff URSULA BYRAM against Defendant ALCANTARA)

131.   In answer to paragraph 131, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

132.   In an answer to paragraph 132, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

133.   Answering paragraph 133, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

134.   In answer to paragraph 134, Defendants state that these allegations are not asserted against the answering Defendants, and no response is required. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

135.   In answer to paragraph 135, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they

are vague.  However, as to COUNTY OF LOS ANGELES, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to it, and therefore denies any liability.

136.   In answer to paragraph 136, Defendants deny that Plaintiff is entitled to an award of damages, or any other form of relief as requested in the Complaint as a result of any acts or omissions by answering Defendants.

## **ELEVENTH CLAIM FOR RELIEF**
## **VIOLATION OF *CAL. CIV CODE* § 52.1**
## **(Plaintiff against Defendants RUNGE and COUNTY OF LOS ANGELES)**

137.   In answer to paragraph 137, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

138.   In answer to paragraph 138, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein.  Defendants further deny the allegations of said paragraph as they are vague.

139.   In answer to paragraph 139, Defendants deny Plaintiffs' overly simplistic statement of the Bane Act.

140.   In answer to paragraph 140, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, Defendants deny each and every allegation contained herein. Defendants further deny the allegations of said paragraph as they are vague. However, as to BLAKE RUNGE, Defendant denies each and every allegation in this paragraph relating to the conduct allegedly attributable to him, and therefore denies any liability.

141.   In answer to paragraph 141, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained

1   in said paragraph, and on that basis, Defendants deny each and every allegation

2   contained herein. Defendants further deny the allegations of said paragraph as they

3   are vague. However, as to BLAKE RUNGE, Defendant denies each and every

4   allegation in this paragraph relating to the conduct allegedly attributable to him, and

5   therefore denies any liability.

6       142.   Answering paragraph 142, Defendants are without sufficient

7   knowledge or information to form a belief as to the truth of the allegations contained

8   in said paragraph, and on that basis, Defendants deny each and every allegation

9   contained herein. Defendants further deny the allegations of said paragraph as they

10  are vague. However, as to BLAKE RUNGE, Defendant denies each and every

11  allegation in this paragraph relating to the conduct allegedly attributable to him, and

12  therefore denies any liability.

13      143.   In an answer to paragraph 143, Defendants are without sufficient

14  knowledge or information to form a belief as to the truth of the allegations contained

15  in said paragraph, and on that basis, Defendants deny each and every allegation

16  contained herein. Defendants further deny the allegations of said paragraph as they

17  are vague. However, as to BLAKE RUNGE, Defendant denies each and every

18  allegation in this paragraph relating to the conduct allegedly attributable to him, and

19  therefore denies any liability.

20      144.   In an answer to paragraph 144, Defendants are without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph, and on that basis, Defendants deny each and every allegation

23  contained herein. Defendants further deny the allegations of said paragraph as they

24  are vague. However, as to BLAKE RUNGE, Defendant denies each and every

25  allegation in this paragraph relating to the conduct allegedly attributable to him, and

26  therefore denies any liability.

27      145.   In an answer to paragraph 145, Defendants are without sufficient

28  knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  in said paragraph, and on that basis, Defendants deny each and every allegation

2  contained herein. Defendants further deny the allegations of said paragraph as they

3  are vague. However, as to BLAKE RUNGE, Defendant denies each and every

4  allegation in this paragraph relating to the conduct allegedly attributable to him, and

5  therefore denies any liability.

6       146.   In an answer to paragraph 146, Defendants are without sufficient

7  knowledge or information to form a belief as to the truth of the allegations contained

8  in said paragraph, and on that basis, Defendants deny each and every allegation

9  contained herein.  Defendants further deny the allegations of said paragraph as they

10  are vague.

11       147.   Answering paragraph 147, Defendants are without sufficient

12  knowledge or information to form a belief as to the truth of the allegations contained

13  in said paragraph, and on that basis, Defendants deny each and every allegation

14  contained herein. Defendants further deny the allegations of said paragraph as they

15  are vague. Defendants deny that Plaintiffs are entitled to an award of damages, or

16  any other form of relief as requested in the Complaint as a result of any acts or

17  omissions by these answering Defendants. However, as to BLAKE RUNGE,

18  Defendant denies each and every allegation in this paragraph relating to the conduct

19  allegedly attributable to him, and therefore denies any liability.

20       148.   In answer to paragraph 148, Defendants deny that Plaintiffs are entitled

21  to an award of damages, or any other form of relief as requested in the Complaint as

22  a result of any acts or omissions by answering Defendants.

23

24                    **PRAYER FOR RELIEF**

25       149.   In answer to page 40, lines 9-12, Defendants deny that Plaintiffs are

26  entitled to an award of damages, or any other form of relief as requested in the

27  Complaint as a result of any acts or omissions by answering Defendants.

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

## AFFIRMATIVE DEFENSES

Defendants plead the following separate affirmative defenses.  Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

1.      As a separate and distinct affirmative defense, Defendants allege Plaintiffs' Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2.      As a separate and distinct affirmative defense, Defendants allege Plaintiffs failed to fully comply with the Government Tort Claims Act.

### THIRD AFFIRMATIVE DEFENSE

3.      As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint and each claim contained therein, is barred on the ground that the Defendants were not the cause in fact or substantial cause of any alleged damage, injury, or loss to plaintiffs, if any.

### FOURTH AFFIRMATIVE DEFENSE

4.      As a separate and distinct affirmative defense, Defendants allege Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

5.      As a separate and distinct affirmative defense, Defendants allege that Plaintiffs lack standing to pursue any or all of the claims alleged in their Complaint.

### SIXTH AFFIRMATIVE DEFENSE

6.      As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations and/or *California Code of Civil Procedure* §335.1.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

## SEVENTH AFFIRMATIVE DEFENSE

7.   As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. 1983 for Fourth and Fourteenth Amendment violations upon which relief can be granted against Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

8.   As a separate and distinct affirmative defense, Defendants are protected from liability under the doctrine of qualified immunity.

## NINTH AFFIRMATIVE DEFENSE

9.   As a separate and distinct affirmative defense, Defendants allege Plaintiffs' Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations, including, but not limited to, *California Code of Civil Procedure* § 335.1, 338, 339, 340, 342, 343, and 583.210.

## TENTH AFFIRMATIVE DEFENSE

10.   As a separate and distinct affirmative defense, Defendants allege Plaintiffs' claims are barred by the failure of Plaintiffs to commence the action within the time required by *California Government Code* §§ 910, et. seq., 911.2, 911.4, 945.4, 945.6, 950.2, and 950.6.

## ELEVENTH AFFIRMATIVE DEFENSE

11.   As a separate and distinct affirmative defense, Defendants allege they are not liable for alleged violations by non-policymakers of civil or constitutional rights.

## TWELFTH AFFIRMATIVE DEFENSE

12.   As a separate and distinct affirmative defense, Defendants allege that the acts and omissions alleged in Plaintiffs' complaint were not taken under color of state law, and they are therefore not liable under title 42 U.S.C. § 1983.

1

## THIRTEENTH AFFIRMATIVE DEFENSE

2    13.    As a separate and distinct affirmative defense, Defendants allege

3 Plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the

4 equitable doctrine of waiver.

5

## FOURTEENTH AFFIRMATIVE DEFENSE

6    14.    As a separate and distinct affirmative defense, Defendants allege that

7 Plaintiffs' First Amended Complaint, and each claim contained therein, is barred

8 pursuant to the equitable doctrine of laches.

9

## FIFTEENTH AFFIRMATIVE DEFENSE

10    15.    As a separate and distinct affirmative defense, Defendants allege

11 Plaintiffs are estopped by their own acts or omissions from recovery against

12 Defendants for the claims asserted in the Complaint.

13

## SIXTEENTH AFFIRMATIVE DEFENSE

14    16.    As a separate and distinct affirmative defense, Defendants allege any

15 injury to Plaintiffs was due to and caused by the negligence and omissions of

16 Plaintiffs to care for themselves, which carelessness and negligence and omissions

17 were the proximate cause of the damage, if any, to Plaintiffs.

18

## SEVENTEENTH AFFIRMATIVE DEFENSE

19    17.    As a separate and distinct affirmative defense, Defendants allege

20 Plaintiffs' alleged damages, if any, contained in the Complaint, were caused by

21 persons and/or entities other than answering Defendants, who failed to exercise

22 ordinary care, caution, prudence, and were negligent, or acted wrongfully in their

23 dealing with Plaintiffs, and that at all times, said persons or entities were acting

24 without consent, authorization, knowledge, and/or ratification of Defendants.

25 Accordingly, any recovery against Defendants by Plaintiffs, if any, must be

26 precluded and/or reduced in a proportionate amount to the fault on the part of such

27 other person(s) and/or entities.

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     As a separate and distinct affirmative defense, to the extent Plaintiffs suffered any detriment, such detriment was caused or contributed to by Plaintiffs' negligence, and damages, if any, should be reduced in direct proportion to their fault.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     As a separate and distinct affirmative defense, Defendants allege the conduct, if any, which is the subject of Plaintiffs' Complaint, was absolutely and/or conditionally legally privileged, and/or justified.  Further, all actions by answering Defendants were in good faith and reasonable.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     As a separate and distinct affirmative defense, Defendants allege that they are not liable in that the injuries and damages, if any, were the result of the exercise of the discretion vested in public officers and employees.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     Defendants preserve and assert any and all immunity rights under the California Government Code, including, but not limited to, C*alifornia Government Code* §§ 815.2, 818, 818.8, 820, 821.6, 821.8, 822.2, 844.6, 845, 845.2, 845.6, 850.8, 855, 856.2, and 856.4; and *California Penal Code* §§ 835, 835a, 836.5 and 847(b).

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     As a separate and distinct affirmative defense, Defendants allege on or about the time, date, and place alleged in Plaintiffs' Complaint, the conduct of Plaintiffs and/or third persons or entity was of such nature as to constitute an independent, intervening, and superseding cause, which was the sole proximate cause of the injuries and damages allegedly suffered by Plaintiffs.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     As a separate and distinct affirmative defense, Defendants allege that

1   its acts or omissions were discretionary, requiring personal deliberation, decision

2   and judgment which were done honestly, reasonably and in good faith, and by virtue

3   of which they are immune from liability.

4   ### TWENTY-FOURTH AFFIRMATIVE DEFENSE

5   24.   As a separate and distinct affirmative defense, Defendants allege that

6   all claims set forth in Plaintiffs' Complaint are barred because Plaintiffs failed to

7   take reasonable steps to mitigate their damages.

8   ### TWENTY-FIFTH AFFIRMATIVE DEFENSE

9   25.   As a separate and distinct affirmative defense, Defendants are shielded

10   from liability for civil damages insofar as the conduct in this case did not violate any

11   statutory or constitutional right of which a reasonable person would have known.

12   ### TWENTY-SIXTH AFFIRMATIVE DEFENSE

13   26.   As a separate and distinct affirmative defense, Plaintiffs' claims are

14   barred because the alleged violation of civil rights did not occur pursuant to a

15   governmental policy, custom, practice, or procedure.

16   ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

17   27.   As a separate and distinct affirmative defense, Plaintiffs' Complaint,

18   and each claim contained therein, is barred by the doctrines of collateral estoppel

19   and res judicata.

20   ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

21   28.   As a separate and distinct affirmative defense, Plaintiffs' action is

22   barred by the failure of Plaintiffs to join, in a timely fashion, indispensable and/or

23   necessary parties to this action.

24   ### TWENTY-NINTH AFFIRMATIVE DEFENSE

25   29.   As a separate and distinct affirmative defense, the actions of this

26   answering Defendant in all respects were reasonable, proper, and legal.

27   ### THIRTIETH AFFIRMATIVE DEFENSE

28   30.   As a separate and distinct affirmative defense, Defendants contend that

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

Plaintiffs' damages, if any, should be in direct proportion to the fault of this answering Defendant, if any, as provided by *California Civil Code* §§ 1431 to 1431.5.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31.     As a separate and distinct affirmative defense, Defendants allege it is not liable pursuant to *California Penal Code* §§ 835a, 836, 836.5(b), and 847(b), in that any physical force or contact utilized was reasonable to effect a lawful arrest, or to prevent or overcome resistance.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32.     As a separate and distinct affirmative defense, Defendants allege the force used was caused and necessitated by the actions of Plaintiffs, and were reasonable and necessary for self-defense.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33.     As a separate and distinct affirmative defense, Defendants allege the force used was caused and necessitated by the actions of Plaintiffs, and was reasonable and necessary for the defense of others.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.     As a separate and distinct affirmative defense, Defendants are protected from liability under the doctrine of absolute immunity.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.     As a separate and distinct affirmative defense, Defendants allege that it is not liable per the doctrine of Assumption of Risk.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

36.     As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint fails to state sufficient facts to entitle Plaintiffs to claims of punitive or exemplary damages from Defendant as a matter of law.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37.     As a separate and distinct affirmative defense, Defendants assert that

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 they are not liable for damages imposed primarily for the sake of example and by

2 way of punishing the Defendant.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

4     38.    As a separate and distinct affirmative defense, Defendants allege the

5 conduct alleged in Plaintiffs' Complaint did not violate an interest cognizable under

6 42 U.S.C. § 1983.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

8     39.    As a separate and distinct affirmative defense, Defendants allege

9 Plaintiffs' claims are barred by the doctrine of offset.

### FORTIETH AFFIRMATIVE DEFENSE

11     40.    As a separate and distinct affirmative defense, Defendants allege

12 Plaintiffs' claims are barred by the doctrine of release.

### FORTY-FIRST AFFIRMATIVE DEFENSE

14     41.    As a separate and distinct affirmative defense, Defendants allege they

15 are immune from the claim for relief in Plaintiffs' Complaint due to the application

16 of *California Code of Civil Procedure* § 262.1.

### FORTY-SECOND AFFIRMATIVE DEFENSE

18     42.    As a separate and distinct affirmative defense, Defendants allege that

19 under *California Government Code* § 815(b), 815.4, and 820.2, a public entity and

20 its employees, officers, and agents are not responsible for injury and damages

21 resulting from the act or omission that was a result of an exercise of discretion

22 vested in such officer, employee, or agent.

### FORTY-THIRD AFFIRMATIVE DEFENSE

24     43.    As a separate and distinct affirmative defense, Defendants allege

25 Plaintiffs' claims are barred because answering Defendants hold sovereign immunity

26 under the Eleventh Amendment of the United States Constitution.

### FORTY-FOURTH AFFIRMATIVE DEFENSE

28     44.    As a separate and distinct affirmative defense, Defendants allege that it

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1 cannot be liable as any and all force used was objectively reasonable under the

2 circumstances.

3 <u>**FORTY-FIFTH AFFIRMATIVE DEFENSE**</u>

4 45. As a separate and distinct affirmative defense, answering Defendant

5 alleges that all Defendants sued in their official capacities are immune from the

6 imposition of punitive damages.

7 <u>**FORTY-SIXTH AFFIRMATIVE DEFENSE**</u>

8 46. As a separate and distinct affirmative defense, Defendants allege that

9 their acts or omissions were discretionary, requiring personal deliberation, decision

10 and judgment which were done honestly, reasonably and in good faith, and by virtue

11 of which they are immune from liability under title 42 U.S.C. § 1983.

12 <u>**FORTY-SEVENTH AFFIRMATIVE DEFENSE**</u>

13 47. As a separate and distinct affirmative defense, Defendants allege

14 Plaintiffs' claims for municipal liability are barred as they are improperly pled by

15 reference to the entire cases contrary to the *Federal Rules of Civil Procedure*, Rule

16 10(b).

17 <u>**FORTY-EIGHTH AFFIRMATIVE DEFENSE**</u>

18 48. As a separate and distinct affirmative defense, Defendants allege they

19 are not liable for any injury, whether such injury arises out of an act or omission of

20 the public entity or a public person or any other person pursuant to *California*

21 *Government Code* § 815.

22 <u>**FORTY-NINTH AFFIRMATIVE DEFENSE**</u>

23 49. As a separate and distinct affirmative defense, Defendants allege that

24 on or before the date of the subject incident, Plaintiffs knew or reasonably should

25 have known the hazards or dangers involved and, as a result, voluntarily assumed

26 the risks in and about the matters alleged in the Complaint.

27 <u>**FIFTIETH AFFIRMATIVE DEFENSE**</u>

28 50. As a separate and distinct affirmative defense, Defendants allege they

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

are not liable for the failure to discharge any mandatory duty in that they exercised reasonable diligence in the discharge of all duties as provided by *California Government Code* § 815.6.

### FIFTY-FIRST AFFIRMATIVE DEFENSE

51.     As a separate and distinct affirmative defense, Defendants allege they are not liable pursuant to statute by operation of *California Government Code* §§ 818.2 and 821 for the adoption or failure to adopt or enforce any law.

### FIFTY-SECOND AFFIRMATIVE DEFENSE

52.     As a separate and distinct affirmative defense, Defendants allege they are not liable by operation of *California Government Code* §§ 815.2(b) and 820.2 for injury resulting from an act or omission where the act or omission was the result of the exercise of the discretion vested in answering Defendant, whether or not such discretion be abused.

### FIFTY-THIRD AFFIRMATIVE DEFENSE

53.     As a separate and distinct affirmative defense, Defendants allege they are not liable by operation of *California Government Code* §§ 815.2(b) and 820.4 for the execution or enforcement of the law by public officers exercising due care.

### FIFTY-FOURTH AFFIRMATIVE DEFENSE

54.     As a separate and distinct affirmative defense, Defendants allege they are not liable by operation of *California Government Code* § 820.6 for injury caused by acts done in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid, or inapplicable.

### FIFTY-FIFTH AFFIRMATIVE DEFENSE

55.     As a separate and distinct affirmative defense, Defendants allege they are not liable by operation of *California Government Code* §§ 815.2(b) and 820.8, in that the injuries and damages, if any, were caused by the acts or omissions of other persons, and not answering Defendants.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**FIFTY-SIXTH AFFIRMATIVE DEFENSE**

56.     As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. § 1983 for a Monell Claim upon which relief can be granted against Defendants.

**FIFTY-SEVENTH AFFIRMATIVE DEFENSE**

57.     As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' claims are barred by Plaintiffs' failure to comply with the administrative claim provisions of *California Government Code* § 910, et. seq.

**FIFTY-EIGHTH AFFIRMATIVE DEFENSE**

58.     As a separate and distinct affirmative defense, Defendants allege that their conduct did not cause the constitutional violations alleged in Plaintiffs' Complaint.

**FIFTY-NINTH AFFIRMATIVE DEFENSE**

59.     As a separate and distinct affirmative defense, defendants allege Plaintiffs do not have standing to sue.

**SIXTIETH AFFIRMATIVE DEFENSE**

60.     Answering Defendants allege that in the event that they prevail at trial, or  by way of dispositive motion, they will be entitled to recovery of reasonable attorneys' fees and costs under *California Code of Civil Procedure* § 1038 and Title 42 U.S.C. § 1988.

**SIXTY-FIRST AFFIRMATIVE DEFENSE**

61.     As a separate and distinct affirmative defense, Defendants allege the Plaintiffs' claims are barred by the failure of Plaintiffs to exhaust all administrative remedies including, but not limited to, all remedies pursuant to 42 U.S.C. §1977.

**SIXTY-SECOND AFFIRMATIVE DEFENSE:**

62.     As a separate and distinct affirmative defense, Defendants allege that Plaintiffs' Complaint fails to state a claim under 42 U.S.C. § 1983  upon which relief can be granted against Defendants.

## SIXTY-THIRD AFFIRMATIVE DEFENSE:

63.    As a separate and distinct affirmative defense, Defendants allege that named Defendants are not liable for any policymaking decisions, customs, or practices as implemented.

## SIXTY-FOURTH AFFIRMATIVE DEFENSE:

64.    As a separate and distinct affirmative defense, Defendants allege that if Plaintiffs suffered or sustained any injury, damage, or detriment from the death of EVERETT BYRAM , the same was proximately caused and contributed to by the negligence of the decedent, EVERETT BYRAM , in that, at the time and place set forth in the Complaint, EVERETT BYRAM failed to exercise that degree of care and caution which an ordinarily prudent person would exercise under the same or similar circumstances.

## SIXTY-FIFTH AFFIRMATIVE DEFENSE:

65.    As a separate and distinct affirmative defense, Defendants allege that if Plaintiffs suffered or sustained any injury, damage, or detriment from the death of EVERETT BYRAM the same was proximately caused and contributed to by the negligence of Plaintiffs, in that, at the time and place set forth in the Complaint, Plaintiffs failed to exercise that degree of care and caution which an ordinarily prudent person would exercise under the same or similar circumstances.

## SIXTY-SIXTH AFFIRMATIVE DEFENSE:

66.    As a separate and distinct affirmative defense, Defendants herewith places in issue the negligence, if any, of all persons who contributed in any degree to the happening of the incident alleged in the Complaint, and the degree that such negligence contributed to the damages and/or the injuries sustained, if any, as a result of said incident.

## SIXTY-SEVENTH AFFIRMATIVE DEFENSE:

67.    As a separate and distinct affirmative defense, Defendants herewith place in issue the negligence, if any, of all persons which contributed in any degree

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  to the damages and/or injuries alleged in the Complaint, and the degree that such

2  negligence contributed to the damages and/or injuries allegedly sustained.

3  **SIXTY-EIGHTH AFFIRMATIVE DEFENSE:**

4      68.    As a separate and distinct affirmative defense, Defendants allege that at

5  or about the time, date and place alleged in the Complaint, Plaintiffs and other

6  persons or parties failed to exercise ordinary care, and such failure was a

7  contributing cause of the incident and/or injuries allegedly sustained in said

8  incident; and the trier of fact is requested to determine the existence of such

9  negligence and the degree that such negligence contributed to the incident and/or

10  injuries.

11  **SIXTY-NINETH AFFIRMATIVE DEFENSE:**

12      69.    As a separate and distinct affirmative defense, Defendants allege that

13  Plaintiffs did not exercise ordinary care, caution, prudence, and good faith in

14  connection with the transactions and events that are alleged in the Complaint;

15  Plaintiffs' lack of care, caution, prudence, and good faith was independent and

16  unrelated to the actions or omissions, if any, of Defendants.  In addition, Plaintiffs

17  directed, ordered, approved and/or ratified the alleged wrongful acts or omissions, if

18  any, set forth in the Complaint.  Therefore, Plaintiffs are barred from recovery

19  against Defendants, or, alternatively, Plaintiffs' recovery, if any, should be

20  proportionately reduced.

21  **SEVENTIETH AFFIRMATIVE DEFENSE:**

22      70.    As a separate and distinct affirmative defense, Defendants allege that at

23  the time of the filing of Plaintiffs' Complaint, Plaintiffs knew or should have known

24  the true names and capacity of these Defendant, but, instead of naming these

25  Defendants, Plaintiff have sued and served this Defendant as a DOE defendants by

26  amending Plaintiffs' Complaint after the expiration of the statute of limitations as

27  prescribed in *Code of Civil Procedure Section 335*, et seq., and contrary to the

28  provisions of *Code of Civil Procedure Section 474*.  Therefore, Plaintiffs' Complaint

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

against this Defendant is barred by the statute of limitations.

## SEVENTY-FIRST AFFIRMATIVE DEFENSE:

71.    As a separate and distinct affirmative defense, Defendants allege Plaintiffs' Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

## ADDITIONAL AFFIRMATIVE DEFENSE

Defendants are informed and believes, and thereon alleges, that they have insufficient knowledge or information on which to form a belief as to whether additional any unstated affirmative defenses are available. Defendants reserves the right to assert additional affirmative defenses in the event discovery reveals that so doing would be appropriate.

WHEREFORE, Defendants prays that:

A.    Plaintiffs take nothing by reason of his Complaint;

B.    Plaintiffs' Complaint be dismissed with prejudice;

C.    Defendants recover his costs of suit; and

D.    Defendants be awarded such further relief as the Court deems just and proper.

HURRELL CANTRALL LLP

DATED:  April 12, 2024

By: _____/s/ Nicole G. Ortega_____
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants COUNTY OF
LOS ANGELES and BLAKE RUNGE

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1

2

## DEFENDANT DEMANDS A TRIAL BY JURY

3      Defendants COUNTY OF LOS ANGELES and BLAKE RUNGE, hereby

4

5  respectfully demand a trial by jury in the above-entitled action.  This demand is

6  made to all claims, matters, and issues to which Defendants may legally be entitled

7  to demand a jury.

8  DATED:  April 12, 2024       HURRELL CANTRALL LLP

9

10

11            By:    _/s/ Nicole G. Ortega_

12                 THOMAS C. HURRELL

13                 JORDAN S. STERN

               NICOLE G. ORTEGA

14                 Attorneys for Defendants COUNTY OF

15                 LOS ANGELES and BLAKE RUNGE

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000