**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian *ad litem* TIMOTHY BYRAM, N.B. by and through guardian *ad litem* TIMOTHY BYRAM, and A.B. by and through guardian *ad litem* KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>            Plaintiffs,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>            Defendants. | Case No.: 2:23-cv-09285-SB-MAR<br>*Judge: Hon. Stanley Blumenfeld*<br>*Magistrate Judge: Karen L. Stevenson*<br><br>**PROOF OF SERVICE OF FIRST AMENDED SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

1

PROOF OF SERVICE OF FIRST AMENDED SUMMONS AND COMPLAINT

1  the First Amended Complaint, First Amended Summons, and other documents on
2  Defendant Brenda Alcantara (attached hereto as Exhibit "A").
3
4   DATED: May 1, 2024
5                                            LAW OFFICES OF DALE K. GALIPO
6                              By:  */s / Dale K. Galipo*
7                                   Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| E-MAIL ADDRESS: dalekgalipo@yahoo.com<br>ATTORNEY FOR (Name): URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM; et al. | |

**UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM; et al.
DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES; et al.

CASE NUMBER: 2:23-cv-09285-KS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2312915CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other (specify documents): SUMMONS IN A CIVIL ACTION FOR FIRST AMENDED COMPLAINT; AMENDED COMPLAINT; CIVIL COVER SHEET; ORDER SETTING SCHEDULING CONFERENCE; STANDING ORDER; CERTIFICATION AND NOTICE OF INTERESTED PARTIES
3. a. Party served (specify name of party as shown on documents served):
   **BRENDA ALCANTARA**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
4. Address where the party was served: **750 East Avenue Q, Palmdale, CA 93550**
5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **4/25/2024** (2) at (time): **4:57 PM**
   b. ☐ **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date): from (city): ☐ or a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, et al. | CASE NUMBER: |
|---|---|
| Defendant: COUNTY OF LOS ANGELES; et al. | 2:23-cv-09285-KS |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                                (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                           ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Maria Diaz-Casio - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 211.75**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner    ☐ employee    ☑ independent contractor.
        (ii) Registration No.: **2022273700**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/30/2024**

**Maria Diaz-Casio**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*