HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**[PROPOSED] ORDER REGARDING REQUEST TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

The Court having reviewed the papers, and good cause appearing,

IT IS ORDERED THAT defense counsel Jordan S. Stern may attend the Scheduling Conference, without lead trial counsel, on May 21, 2024.

Dated: _____                    _____

                                                                  HON. KAREN L. STEVENSON