UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 23-9285-KS  Date: May 21, 2024
Title: *Ursula Byram et al. v. County of Los Angeles et al.*

Present: The Honorable  Karen L. Stevenson, Chief United States Magistrate Judge

| G. Roberson | Courtsmart- 05/21/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):
Dale Galipo  Jordan Stern
 Nicole Galvan Ortega

**Proceedings:** MINUTES RE: SCHEDULING CONFERENCE

   Case called. Counsel made their appearances. The parties have consented to have this matter proceed before U.S. Magistrate Judge Karen L. Stevenson for all purposes. (Dkt. No. 44.)

   The Court and counsel confer. After further discussion with the parties the Court amends the case management scheduling order and trial dates in the Joint Rule 26(f) Scheduling Report. (Dkt. Nos. 35 (page 2) (*and see attached*).

   The parties advised the Court that a mediation is scheduled for August 19, 2024.

**IT IS SO ORDERED.**

 : 20mins
Initials of Preparer  gr