Ursula Byram et al v. County of Los Angeles et al- **2:23-cv-09285-KS**

| | |
|---|---|
| **Trial -X - Jury (Mon., 8:30 a.m.)** | **February 10, 2025** |
| **Pretrial Conference** (Tues. 10:00 a.m.) (Including hearing on motions in limine) | **January 21, 2025,** |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | April 12, 2024 |
| **Discovery Deadline - Nonexpert** | **July 16, 2024** |
| **Discovery Deadline - Expert** | **September 24, 2024** |
|   Initial Expert Disclosure | **September 3, 2024** |
|   Rebuttal Expert Disclosure | **September 17, 2024** |
| **Discovery Motion Hearing Deadline**[1] | August 9, 2024 |
| **Non-Discovery Motion Hearing Deadline** | August 9, 2024 |
| **Settlement Conference Deadline** ☐ 1. Mag. J.    2. Panel **X**  3. Private | August 23, 2024 |
| **Post-Settlement Status Conf.** (Fri., 8:30 a.m.): | September 6, 2024 |
| Joint Status Report Due (7 days before *by 9:00 a.m.):* | August 30, 2024 |
| **Trial Filings (First Set) Deadline** | **October 8, 2024** |
| **Trial Filings (Second Set) Deadline** | **October 22, 2024** |