Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**JOINT STIPULATION FOR ORDER CONTINUING PRETRIAL FILING DEADLINES**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>Trial Date: 02/10/2025 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiffs Ursula Byram, S.B. by and through guardian ad litem Timothy Byram, N.B. by and through guardian ad litem Timothy Byram, and A.B. by and through guardian ad litem Kaitlyn Humenchuk and Defendants County of Los

Angeles, Blake Runge and Brenda Alcantara (collectively "Parties"), through their respective attorneys of record, hereby stipulate to the following:

1. This request for a continuance of the settlement conference and discovery deadlines is made because a scheduling conflict with the currently set mediation date of August 19, 2024 has arisen with Defendants' counsel.

2. The Parties have met and conferred and selected and reserved October 25, 2024 as a mutually agreeable mediation date with mediator Richard Copeland.

3. The Parties currently do not seek to continue the expert disclosures.

4. Good cause exists for this continuation given that Defendants' trial counsel is unable to attend the currently scheduled mediation date of August 19, 2024 and continuing the settlement conference and discovery deadlines will assist in facilitating a successful settlement.

5. The Parties have completed non-expert discovery.

6. Working together, the Parties agree to continue the settlement conference and expert discovery deadlines as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Settlement Conference Deadline | August 23, 2024 | November 15, 2024 |
| Discovery Deadline – Expert | September 24, 2024 | December 11, 2024 |
| Post-Settlement Status Conference | September 6, 2024 | November 15, 2024 |
| Joint Status Report Due | August 30, 2024 | November 22, 2024 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

7. *The parties do <u>not</u> request a continuance of the Trial Filings (First and Second Sets), Final Pretrial Conference or Trial date.*

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED: August 22, 2024          THE LAW OFFICES OF DALE K. GALIPO

By: _____*/s/ Cooper Alison-Mayne*_____
DALE K. GALIPO
COOPER ALISON-MAYNE
Attorneys for Plaintiffs

DATED: August 22, 2024          HURRELL CANTRALL LLP

By: _____*/s/ Jordan S. Stern*_____
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

3