HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE FILING DEADLINES**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

Pending before this Court is a Joint Stipulation to Continue the Settlement Conference and Discovery Deadlines. After reviewing the stipulation, the Court finds good cause to grant the Parties' request.

Therefore, **IT IS HEREBY ORDERED**, the Parties' stipulation is **GRANTED**. The scheduling order is amended as follows:

/ / /

/ / /

|  | **New Deadline** |
|---|---|
| Settlement Conference Deadline | November 15, 2024 |
| Discovery Deadline – Expert | December 11, 2024 |
| Post-Settlement Status Conference | November 15, 2024 |
| Joint Status Report Due | November 22, 2024 |

*Trial Filings (First and Second Sets), Final Pretrial Conference and Trial dates remain on schedule as previously ordered. See Dkt. 68-1.*

Date: _____, 2024              _____
                                                            Honorable Karen L. Stevenson
                                                            United States District Judge

2