1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 | dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 | cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 | Woodland Hills, CA 91367
Phone: (818) 347-3333
5 |
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**JOINT STIPULATION FOR ORDER CONTINUING DEADLINES FOR TRIAL FILINGS**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>Trial Date: 02/10/2025 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiffs Ursula Byram, S.B. by and through guardian ad litem Timothy Byram, N.B. by and through guardian ad litem Timothy Byram, and A.B. by and through guardian ad litem Kaitlyn Humenchuk and Defendants County of Los Angeles, Blake Runge and Brenda Alcantara (collectively "Parties"), through their respective attorneys of record, hereby stipulate to the following:

1. This request for a continuance of the trial filing deadlines is made because the Parties have scheduled a mediation for October 25, 2024, which occurs after the current trial filing deadlines.

2. The Parties have met and conferred and agree that continuing the trial filing deadlines will allow them to focus their efforts on the mediation process and avoid expending resources on trial preparation that may prove unnecessary if the case settles.

3. Good cause exists for this continuation given that preparing trial documents before the scheduled mediation would be premature and potentially unnecessary if the case settles through mediation.

4. Additionally, the Parties have noticed an error in the current scheduling order (ECF No. 70) regarding the Post-Settlement Status Conference and Joint Status Report dates, stemming from a typo in the Parties' previous request (ECF No. 69). The Joint Status Report should be due 7 days *before* the Conference, not *after*, as is clear from the Court's previous Order at ECF No. 68-1. The Parties request the Court amend the scheduling order to correct this mistake.

5. Working together, the Parties agree to amend the scheduling order as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| **Trial Filings (First Set) Deadline** | **October 8, 2024** | **November 12, 2024** |
| **Trial Filings (Second Set) Deadline** | **October 22, 2024** | **November 26, 2024** |
| **Joint Status Report** (Due 7 days before Post-Settlement Status Conf.) | **November 22, 2024** | **November 15, 2024** |
| **Post-Settlement Status Conference** | **November 15, 2024** | **November 22, 2024** |
| Trial (Mon, 8 a.m.) | February 10, 2025 | UNCHANGED |
| Pretrial Conference (Tues, 10:00 a.m.) | January 21, 2025 | UNCHANGED |

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline – Expert | December 11, 2024 | UNCHANGED |
| Settlement Conference Deadline | November 15, 2024 | UNCHANGED |

The Parties have previously filed one request to change the scheduling order (ECF No. 69), which was granted by the Court on August 26, 2024 (ECF No. 70). *The parties do **not** request a continuance of the Trial date or the Final Pretrial Conference date.*

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 3, 2024        THE LAW OFFICES OF DALE K. GALIPO

By  *Cooper Alison-Mayne*
        DALE K. GALIPO
        COOPER ALISON-MAYNE
        Attorneys for Plaintiffs

DATED:  October 3, 2024        HURRELL CANTRALL LLP

By:        */s/Jordan S. Stern*
        THOMAS C. HURRELL
        JORDAN S. STERN
        NICOLE G. ORTEGA
        Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA