HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER CONTINUING DEADLINES FOR TRIAL FILINGS**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

Pending before this Court is the October 2, 2024 Joint Stipulation for Order Continuing Deadlines for Trial Filings. After reviewing the stipulation, the Court finds good cause to grant the Parties' request.

Therefore, **IT IS HEREBY ORDERED**, the Parties' stipulation is **GRANTED**. The scheduling order is amended as follows:

| | New Deadline |
|---|---|
| **Trial Filings (First Set) Deadline** | November 12, 2024 |
| **Trial Filings (Second Set) Deadline** | November 26, 2024 |
| **Joint Status Report** (Due 7 days before Post-Settlement Status Conf.) | November 15, 2024 |
| **Post-Settlement Status Conference** | November 22, 2024 |

*Trial dates remain on schedule as previously ordered.*

Date: _____, 2024

_____
Honorable Karen L. Stevenson
United States District Judge