1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Jordan S. Stern, State Bar No. 311527
   E-Mail: jstern@hurrellcantrall.com
3  Nicole G. Ortega, State Bar No. 345882
   E-Mail: nortega@hurrellcantrall.com
4  HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
5  Los Angeles, California 90017
   Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and
   BRENDA ALCANTARA
8
   LAW OFFICE OF DALE K. GALIPO
9  Dale K. Galipo, Esq. (SBN 144074)
   dalekgalipo@yahoo.com
10 CooperAlison-Mayne (SBN 343169)
   cmayne@galipolaw.com
11 21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
12 Phone: (818)347-3333

13 RUBIN LAW OFFICE, P.C.
   David Rubin (SBN 304744)
14 david@rubinlawoffice.com
   2292 Faraday Ave, Suite 100
15 Carlsbad, CA 92008
   Phone (619)719-1087
16
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA | Case No. 2:23-cv-09285-KS<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>**PROPOSED JOINT EXHIBIT LIST**<br><br>Final Pretrial Conference/Hearing on Motions in *Limine:*<br><br>Date: January 21, 2025<br>Time: 10:00 a.m.<br><br>Trial Date: February 10, 2025 |

ALCANTARA,

        Defendants.

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to Local Rule 16-6 and Court's Order re Jury Trial, Plaintiffs URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram and Defendants COUNTY OF LOS ANGELES, DEPUTY BLAK RUNGE, and DEPUTY BRENDA ALCANTARA (collectively "the Parties"), hereby submit their Joint Trial Exhibit List, which sets forth the exhibits one or all of the Parties may seek to offer as evidence at trial. The Parties reserve their respective rights to supplement and identify additional exhibits, including but not limited to for purposes of rebuttal and/or impeachment.

| **JOINT EXHIBIT LIST** | | | |
|---|---|---|---|
| **No.** | **Description** | **Date Identified** | **Date Admitted** |
| 1. | Family Photos - PLT 000042-000105 | | |
| 2. | Autopsy Report | | |
| 3. | Surveillance Video - PLT 000027.MOV | | |
| 4. | Surveillance Video - PLT 000028.3gp | | |
| 5. | Surveillance Video - PLT 000029.mp4 | | |
| 6. | Photo reel - PLT 000030.mp4 | | |
| 7. | Financial Documents - PLT 000031-000032.pdf, PLT 000033.pdf, PLT 000034.pdf, PLT 000106-140.pdf | | |
| 8. | Surveillance Video - PLT 000035.MOV | | |

2

| | | | |
|---|---|---|---|
| 9. | Surveillance Video - PLT 000036.MOV | | |
| 10. | Surveillance Video - PLT 000037.MOV | | |
| 11. | Home Video - PLT 000038.MOV | | |
| 12. | Home Video - PLT 000039.MOV | | |
| 13. | Home Video - PLT 000040.MOV | | |
| 14. | Home Video - PLT 000041.MOV | | |
| 15. | Helm Exhibit: Marked Maps | | |
| 16. | Helm Exhibit: BWC from Dep. Cervantes at quarter speed | | |
| 17. | Helm Exhibit: BWC from Dep. Cervantes at half speed | | |
| 18. | Helm Exhibit: Synced footage from Sgt. James and Dep. Cervantes at quarter speed | | |
| 19. | Helm Exhibit: Synced footage from Sgt. James and Dep. Cervantes at half speed | | |
| 20. | Helm Exhibit: Synced footage from Sgt. James and Dep. Cervantes at normal speed | | |
| 21. | Helm Exhibit: BWC from Dep. Lopez at quarter speed | | |
| 22. | Helm Exhibit: BWC from Dep. Lopez at half speed | | |
| 23. | Helm Exhibit: Synced footage from Deps. Lopez and Cervantes at quarter speed | | |
| 24. | Helm Exhibit: Synced footage from Deps. Lopez and Cervantes at half speed | | |
| 25. | Helm Exhibit: Synced footage from Deps. Lopez and Cervantes at normal speed | | |
| 26. | Helm Exhibit: BWC from Dep. Cervantes with shot timestamps marked | | |
| 27. | Helm Exhibit: BWC from Dep. Lopez with shot timestamps marked | | |
| 28. | Helm Exhibit: Synced footage with shot timestamps marked | | |
| 29. | Helm Exhibit: Combined multi-camera view of all angles | | |
| 30. | 2024.02.07 - LA County Fire Report LAC23049534 | | |
| 31. | Scene diagrams COLA000109–110 | | |
| 32. | Autopsy Pictures | | |
| 33. | Los Angeles County Fire Department Report | | |

| | | | |
|---|---|---|---|
| 34. | American Medical Response Report | | |
| 35. | Antelope Valley Medical Records | | |
| 36. | Tax Documents (PLT 000031-000032.pdf) | | |
| 37. | Tax Documents (PLT 000033.pdf) | | |
| 38. | Tax Documents (PLT 000034.pdf) | | |
| 39. | Bank Statements (PLT 000106–PLT 000140) | | |
| 40. | Pictures of Deputies after incident COLA 000684 - COLA 000737 | | |
| 41. | Pictures of Ursula Byram after incident COLA 000738 - COLA 000746 | | |
| 42. | Picture of scene COLA 000747 - COLA 001152 | | |
| 43. | BWC: COLA 000680 | | |
| 44. | BWC: COLA 000681 | | |
| 45. | BWC: COLA 000679 | | |
| 46. | BWC: COLA 000659 | | |
| 47. | BWC: COLA 000660 | | |
| 48. | BWC: COLA 000661 | | |
| 49. | BWC: COLA 000662 | | |
| 50. | BWC: COLA 000663 | | |
| 51. | BWC: COLA 000664 | | |
| 52. | BWC: COLA 000665 | | |
| 53. | BWC: COLA 000666 | | |
| 54. | BWC: COLA 000667 | | |
| 55. | BWC: COLA 000668 | | |
| 56. | BWC: COLA 000669 | | |
| 57. | BWC: COLA 000670 | | |
| 58. | BWC: COLA 000671 | | |
| 59. | BWC: COLA 000672 | | |
| 60. | BWC: COLA 000673 | | |
| 61. | BWC: COLA 000674 | | |
| 62. | BWC: COLA 000677 | | |
| 63. | BWC: COLA 000678 | | |
| 64. | BWC: COLA 000682 | | |
| 65. | BWC: COLA 000683 | | |
| 66. | | | |
| 67. | | | |
| 68. | | | |
| 69. | February 10, 2023, Los Angeles County Sheriff's Department Incident Report | | |

| | | | | |
|---|---|---|---|---|
| | | (COLA000001-000013, 000017, 000035-000044, 000049-000054) | | |
| | 70. | February 10, 2023, Los Angeles County Sheriff's Department Witness transportation consent forms (COLA000014-000016, 000111-000113) | | |
| | 71. | February 10, 2023, Los Angeles County Sheriff's Department Major Incident Log (COLA000018-000021, 000045-000048) | | |
| | 72. | February 10, 2023, PM Shift In-Service, Palmdale (COLA000022-000023) | | |
| | 73. | February 10, 2023, Deputy Daily Worksheet (COLA000024-000026) | | |
| | 74. | February 10, 2023, Shift Date Unit History Report - Palmdale (COLA000027-000029) | | |
| | 75. | February 10, 2023, Los Angeles County Sheriff's Department Detective Division – Homicide Bureau Table of Contents (COLA000030-000034) | | |
| | 76. | February 10, 2023, Los Angeles County Sheriff's Department Supplemental Report (COLA000055-000110) | | |
| | 77. | Consolidated Criminal History Report of Everett Byram (COLA000114-000119) | | |
| | 78. | Temporary Restraining Order against Everett Byram and Corresponding Court Documents (COLA000120-000149) | | |
| | 79. | August 30, 2022, Los Angeles County Sheriff's Department Incident Report (COLA000150-000153, 000156-000159, 001164-001169) | | |
| | 80. | August 30, 2022, Los Angeles County Sheriff's Department Application for Assessment, Evaluation, and Crisis Intervention Interview or Placement for Evaluation and Treatment (COLA000154-000155) | | |
| | 81. | February 20, 2023, Medical Records from Antelope Valley Medical Center for Mr. | | |

| | | | | |
|---|---|---|---|---|
| | | Everett Byram (COLA000160 – 00180, 000209 - 000220) | | |
| | 82. | February 10, 2023, Mr. Everett Byram's EMT Records (COLA000181 – 000208) | | |
| | 83. | August 30, 2022, Medical Records from Antelope Valley Medical Center for Mr. Everett Byram (COLA000221 – 000318) | | |
| | 84. | Search Warrant Return and Inventory (COLA000319, 000321-000371) | | |
| | 85. | Receipt for Seized Property and Notice for Retrieving Property (COLA000320) | | |
| | 86. | Los Angeles County Sheriff's Department Scientific Services Bureau – Biological Evidence Examination Report (COLA000372-000373) | | |
| | 87. | February 10, 2023, Los Angeles County Sheriff's Department Crime Scene Investigation Report (COLA000374 – 000378) | | |
| | 88. | Los Angeles County Sheriff's Department Scientific Services Bureau – DNA Analysis Report Supplemental (COLA000379-000381) | | |
| | 89. | Los Angeles County Sheriff's Department Scientific Services Bureau –Laboratory Examination Report (COLA000382-000333) | | |
| | 90. | Autopsy Report (COLA000384 – 000404) | | |
| | 91. | February 10, 2023, Plaintiff Ursula Byram's 911 Call Transcripts (COLA000405 – 000414) | | |
| | 92. | Plaintiff Ursula Byram's Interview Transcripts (COLA000415 – 000456) | | |
| | 93. | Deputy Juan Lopez Munoz's Interview Transcripts (COLA000457 – 000512) | | |
| | 94. | Deputy Brandon Cervantes' Interview Transcripts (COLA000513 – 000558) | | |
| | 95. | Defendant Deputy Blake Runge's Interview Transcripts (COLA000559 – 000601) | | |
| | 96. | Sergeant Cory James' Interview Transcripts (COLA000602 – 000634) | | |
| | 97. | Sergeant Matthew Pereida Interview Transcripts (COLA000635 – 000658) | | |

6

| | | | |
|---|---|---|---|
| 98. | February 10, 2023, Los Angeles County Sheriff's Department Deputy Body Worn Video (COLA000659-000683) | | |
| 99. | February 10, 2023, Los Angeles County Sheriff's Department Deputy Body Worn Video re Deputy Alcantara taking Plaintiff N.B. to Plaintiff Ursula Byram (COLA000660) | | |
| 100. | February 10, 2023, Los Angeles County Sheriff's Department Deputy Body Worn Video re Paramedic providing Aid to Mr. Everett Byram and Transporting him (COLA000661) | | |
| 101. | February 10, 2023, Los Angeles County Sheriff's Department Deputy Body Worn Video re Plaintiff N.B. sleeping and Plaintiff S.B. unit Plaintiff Ursula Byram (COLA000662) | | |
| 102. | February 10, 2023, Deputy Brian Venegas' Body Worn Video (COLA000663) | | |
| 103. | February 10, 2023, Deputy Brenda Alcantara's Body Worn Video (COLA000664-000668) | | |
| 104. | February 10, 2023, Los Angeles County Sheriff's Department Deputy Body Worn Video re Plaintiff Ursula Byram Signing Transportation Forms (COLA000662) | | |
| 105. | February 10, 2023, Deputy Brandon Cervantes' Body Worn Video (COLA000677, 000680) | | |
| 106. | February 10, 2023, Deputy Blake Runge's Body Worn Video (COLA000678, 000679) | | |
| 107. | February 10, 2023, Deputy Juan Lopez-Munoz's Body Worn Video (COLA000681) | | |
| 108. | February 10, 2023, Sergeant Cory James' Body Worn Video (COLA000682) | | |
| 109. | Pictures of Deputy Brandon Cervantes after the February 10, 2023, Incident (COLA000684-000691, 000734-737) | | |
| 110. | Pictures of Sergeant Cory James after the February 10, 2023, Incident (COLA000692-000698) | | |

7

| | | | |
|---|---|---|---|
| 111. | Pictures of Defendant Deputy Blake Runge after the February 10, 2023, Incident (COLA000699-000715) | | |
| 112. | Pictures of Defendant Deputy Blake Runge's Service Pistol and ammunition after the February 10, 2023, Incident (COLA000716-000722) | | |
| 113. | Pictures of Deputy Juan Lopez-Munoz after the February 10, 2023, Incident (COLA000723-000733) | | |
| 114. | Pictures of Plaintiff Ursula Byram after the February 10, 2023, Incident (COLA000738-000746) | | |
| 115. | February 10, 2023, Scene Pictures (COLA000748-001152) | | |
| 116. | February 10, 2023, Plaintiff Ursula Byram's First 911 Call (COLA001153) | | |
| 117. | County of Los Angeles Sheriff's Department Certification of Records (COLA001154-001157) | | |
| 118. | February 10, 2023, Dispatch Calls (COLA001158-001163) | | |
| 119. | August 30, 2022, Pictures of Mr. Everett Byram (COLA001170-001171) | | |
| 120. | August 30, 2022, Deputy Brandon Cervantes' Body Worn Video (COLA001172) | | |
| 121. | August 30, 2022, Deputy Huston Body Worn Video (COLA001173) | | |
| 122. | August 30, 2022, Detective Benjamin Tanner's Body Worn Video (COLA001174) | | |
| 123. | August 30, 2022, Dispatch Calls (COLA001175-001176, 001178) | | |
| 124. | August 30, 2022, Sergeant Cabrerra Scene Video (COLA001177) | | |
| 125. | August 30, 2022, Sergeant Cabrerra Interview of Mr. Everett Byram (COLA001179) | | |
| 126. | August 30, 2022, Audio of Sergeant Cabrerra Interviewing Witness Sosa (COLA001180) | | |
| 127. | February 10, 2023, Plaintiff Ursula Byram's Second 911 Call (COLA001181) | | |
| | | | |

8

DATED: November 12, 2024          HURRELL CANTRALL LLP

By: */s/ Jordan S. Stern*
 THOMAS C. HURRELL
 JORDAN S. STERN
 NICOLE G. ORTEGA
 Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

DATED: November 12, 2024          LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Alison-Mayne*
 Dale K. Galipo
 Cooper Alison-Mayne
 Attorneys for Plaintiffs

9