Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

LAW OFFICE OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
CooperAlison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone: (818)347-3333

RUBIN LAW OFFICE, P.C.
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Ave, Suite 100
Carlsbad, CA 92008
Phone (619)719-1087

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, | Case No. 2:23-cv-09285-KS<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>**PROPOSED JOINT WITNESS LIST**<br><br>Final Pretrial Conference/Hearing on Motions in *Limine:*<br><br>Date: January 21, 2025<br>Time: 10:00 a.m.<br><br>Trial Date: February 10, 2025 |

| | |
|---|---|
| 1<br>2<br>3 | BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>      Defendants. |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Defendants, COUNTY OF LOS ANGELES, DEPUTY BLAKE RUNGE, and DEPUTY BRENDA ALCANTARA hereby submit the following witness list.

**Plaintiffs' Witness List**

| No. | Name of Witness | Subject of Testimony | Direct | Cross |
|---|---|---|---|---|
| 1. | Ursula Byram | Plaintiff in this matter expected to testify regarding her claims and damages. | 2.0 | 1.0 |
| 2. | Atticus Byram | Mr. Byram's son will testify as to damages. | .75 | .5 |
| 3. | Valerie Byram | Mr. Byram's mother will testify to Mr. Byram's relationship with his family and as a percipient witness for being on a telephone call with Mrs. Byram during the incident. | .25 | .25 |
| 4. | Morris Byram | Mr. Byram's father will testify to Mr. Byram's relationship with his family. | .25 | .25 |

| | | | | |
|---|---|---|---|---|
| 5. | Deputy Blake Runge | Named Defendant who will testify regarding his knowledge of the events and what he witnessed at the scene of the incident. | 3.0 | 1.0 |
| 6. | Deputy Brenda Alcantara | Named Defendant who will testify regarding her knowledge of the events and what she witnessed at the scene of the incident. | 1.5 | 1.0 |
| 7. | Deputy Juan Lopez-Munoz | Percipient witness whose body worn video captures the incident. | 1.5 | .5 |
| 8. | Deputy Brandon Cervantes | Percipient witness whose body worn video captures the incident. | 1.5 | .5 |
| 9. | Sergeant Cory James | Percipient witness whose body worn video captures the incident. | 1.5 | .5 |
| 10. | Scott DeFoe | Plaintiffs' Police Practice Expert | 1.5 | .5 |
| 11. | Dr. Bennett Omalu | Plaintiffs' Forensic Pathologist, who will testify regarding causation and pain and suffering | 1.0 | .5 |
| 12. | Alex Helm | Plaintiffs' Video Editor | .5 | .25 |
| 13. | Dr. Richard Ou | Deputy Medical Examiner | .5 | .5 |

3

| | | | | |
|---|---|---|---|---|
| | | who performed the autopsy on Mr. Byram and will testify about his findings, including cause and manner of death and observed injuries. | | |
| 14. | Austin Tingley* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |
| 15. | Kevin Stickles* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |
| 16. | Jason Ayres* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |

4

| | | | | | |
|---|---|---|---|---|---|
| 17. | Michael Parsons* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |
| 18. | Jason Ayres* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |
| 19. | Michael Parsons* | Los Angeles County Fire Department (Engine 131) first responder who will testify about his observations, actions, and medical care provided at the scene. | .25 | .25 |
| 20. | Reserved | | | |
| 21. | Reserved | | | |
| 22. | Reserved | | | |
| 23. | Reserved | | | |
| 24. | Reserved | | | |
| 25. | Reserved | | | |

5

## Defendants' Witness List

| | | | | |
|---|---|---|---|---|
| 26. | Deputy Byran Venegas | Percipient witness whose body worn video captures the incident. | .5 | .5 |
| 27. | Sergeant Matthew Pereida | Percipient witness whose body worn video captures the incident. | .5 | .5 |
| 28. | Paul Cappitelli | Defendant's Police Practice Expert | 1.0 | 1.0 |
| 29. | Dr. Othon Mena | Defendant's Forensic Pathologist | 1.0 | 1.0 |
| 30. | Reserved | | | |
| 31. | Reserved | | | |
| 32. | Reserved | | | |
| 33. | Reserved | | | |
| 34. | Reserved | | | |
| 35. | Reserved | | | |

DATED: November 12, 2024         HURRELL CANTRALL LLP

By: _____*/s/ Jordan S. Stern*_____
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

6

| | | |
|---|---|---|
| 1 | DATED:  November 12, 2024 | LAW OFFICES OF DALE K. GALIPO |

By: */s/ Cooper Alison-Mayne*
 Dale K. Galipo
 Cooper Alison-Mayne
 Attorneys for Plaintiffs

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000