1 | LAW OFFICE OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
2 | dalekgalipo@yahoo.com
CooperAlison-Mayne (SBN 343169)
3 | cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
4 | Woodland Hills, CA 91367
Phone: (818)347-3333
5 |

6 | *Attorneys for Plaintiffs*

7 | Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
8 | Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
9 | Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
10 | HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
11 | Los Angeles, California 90017
Telephone: (213) 426-2000
12 | Facsimile: (213) 426-2020

13 | *Attorneys for Defendants,*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>**JOINT STATEMENT REGARDING STATUS OF SETTLEMENT DISCUSSIONS**<br><br>Post Settlement Status Conference Hearing<br>Date: November 22, 2024<br>Time: 9:30 a.m.<br>Location: Telephonic |
|---|---|

Plaintiffs URSULA BYRAM, S.B., N.B., and A.B. (collectively, "Plaintiffs") and Defendants COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA (collectively, "Defendants") hereby submit this Joint Statement regarding the status of settlement discussions in this matter.

The parties jointly inform the Court that they participated in mediation with Richard Copeland on October 25, 2024. During the mediation session, the parties engaged in good faith settlement discussions but were unable to reach a resolution of this matter.

While no formal follow-up mediation is currently scheduled, the parties remain in open dialogue regarding potential resolution. The parties are hopeful that continued discussions may prove fruitful.

DATED: November 14, 2024        LAW OFFICES OF DALE K. GALIPO

                                By:   */s/Cooper Alison-Mayne*
                                      Dale K. Galipo
                                      Cooper Alison-Mayne
                                      Attorneys for Plaintiffs

                                HURRELL CANTRALL LLP

DATED: November 14, 2024

                                By:   */s/Jordan s. Stern*
                                      THOMAS C. HURRELL
                                      JORDAN S. STERN
                                      NICOLE G. ORTEGA
                                      Attorneys for Defendants, COUNTY OF
                                      LOS ANGELES, BLAKE RUNGE and
                                      BRENDA ALCANTARA