Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>                    Defendants. | Case No. 2:23-cv-09285-KS<br><br>**JOINT STIPULATION FOR ORDER CONTINUING PRETRIAL FILING DEADLINES**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiffs Ursula Byram, S.B. by and through guardian ad litem Timothy Byram, N.B. by and through guardian ad litem Timothy Byram, and A.B. by and through guardian ad litem Kaitlyn Humenchuk and Defendants County of Los

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

Angeles, Blake Runge and Brenda Alcantara (collectively "Parties"), through their respective attorneys of record, hereby stipulate to the following:

1.      This request for a continuance of the trial filings (second set) is made because the Parties continue to engage in efforts to resolve the case without further litigation; and

2.      Defendants' counsel has a multitude of schedule conflicts with the currently set deadline.

3.      The Parties have met and conferred with each other and the Court and selected December 10, 2024 as a mutually agreeable deadline for the trial documents (second set.)

4.      The Parties seek to continue the trial filings (second set) deadline to minimize costs in hopes of more easily facilitating a successful settlement.

5.      Good cause exists for this continuation given that Defendants' trial counsel is currently engaged in another matter and continuing the trial filings (second set) deadline will assist in facilitating a successful settlement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

2

6.     Working together, the Parties agree to continue the trial filings (second set) filing deadlines as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Filings (Second Set) | November 26, 2024 | December 10, 2024 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED:  November 22, 2024          THE LAW OFFICES OF DALE K. GALIPO

By:     */s/ Cooper Alison-Mayne*
        DALE K. GALIPO
        COOPER ALISON-MAYNE
        Attorneys for Plaintiffs

DATED:  November 22, 2024          HURRELL CANTRALL LLP

By:     */s/ Jordan S. Stern*
        THOMAS C. HURRELL
        JORDAN S. STERN
        NICOLE G. ORTEGA
        Attorneys for Defendants, COUNTY OF
        LOS ANGELES, BLAKE RUNGE and
        BRENDA ALCANTARA

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

3