HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE FILING DEADLINES**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

Pending before this Court is a Joint Stipulation to Continue the Pre-Trial Filing Deadlines. After reviewing the stipulation, the Court finds good cause to grant the Parties' request.

Therefore, **IT IS HEREBY ORDERED**, the Parties' stipulation is **GRANTED**. The scheduling order is amended as follows:

/ / /

/ / /

|  | **New Deadline** |
|---|---|
| Trial Filings (Second Set) | December 10, 2024 |

*Final Pretrial Conference and Trial dates remain on schedule as previously ordered.  See Dkt. 68-1.*

Date: _____, 2024     _____
                                Honorable Karen L. Stevenson
                                United States District Judge

2