UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-23-9285- KS                                                              Date: November 22, 2024

Title   *Ursula Byram et al. v. County of Los Angeles et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| G. Roberson | XTR- 11/22/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Dale Galipo
Cooper Alison Mayne

Attorneys Present for Defendants:
Jordan Stern
Nicole Ortega

**Proceedings: (IN CHAMBERS) MINUTES RE: TELEPHONIC POST-SETTLEMENT STATUS CONFERENCE**

　　　　The Court held a telephonic post-settlement status conference. Counsel for Plaintiffs and Defendants appeared. After discussion with the parties and in light of ongoing discussions in an effort to resolve the matter, the Court, for good cause shown, will GRANT the parties' request for a two week extension of the deadline to submit the second set of pre-trial filings.   The parties shall promptly file a Joint Stipulation with a proposed Order extending the deadline to file the second set of pre-trial filings from November 26, 2024 to December 9, 2024.

**IT IS SO ORDERED.**

: 5mins

**Initials of Preparer**   gr