1 | LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Attorneys for Plaintiffs

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br>[*Hon. Karen L. Stevenson*]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Pre-Trial Conference<br>January 21, 2025, 10:00 a.m.<br><br>Trial<br>February 10, 2025, 8:30 a.m. |

**1**

1

2  **PLEASE TAKE NOTICE** that the parties hereby submit the following joint
3  statement of the case for the trial of this matter:
4     This case arises out of the fatal officer-involved fatal shooting of Everett Byram
5  that took place in the City of Palmdale on February 10, 2023.
6     The Plaintiffs are Ursula Byram, who is the wife of Everett Byram, and S.B.,
7  N.B. and A.B, who are Everett Byram's children.
8     Plaintiffs claim that Deputy Blake Runge used excessive and unreasonable
9  force against Everett Byram and was negligent when he fatally shot him. Plaintiffs
10 also claim that Deputy Brenda Alcantara unreasonably detained Ursula Byram shortly
11 after the shooting. Plaintiffs seek damages as permitted by law.
12    The defendants are Blake Runge, Brenda Alcantara and the County of Los
13 Angeles. The defendants deny Plaintiffs' claims and contend that the use of force
14 against Everett Byram was reasonable under the totality of the circumstances and that
15 Brenda Alcantara did not unreasonably detain Ursula Byram.

16
17
18
19                                                  Respectfully Submitted,
20
21  Dated:  December 10, 2024        LAW OFFICES OF DALE K. GALIPO
22
23
24                                    By:  */s/ Cooper Alison-Mayne*
                                          Dale K. Galipo
25                                        Cooper Alison-Mayne
                                          Attorneys for Plaintiffs
26
27
28

1  DATED: December 10, 2024           **HURRELL CANTRALL LLP**

4                                      By:    /s/ Jordan S. Stern
                                              _____
5                                             THOMAS C. HURRELL
                                              JORDAN S. STERN
6                                             NICOLE G. ORTEGA
                                              Attorneys for Defendants, COUNTY OF
7                                             LOS ANGELES, BLAKE RUNGE and
                                              BRENDA ALCANTARA