LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>**DECLARATION OF PLAINTIFFS' COUNSEL COOPER ALISON-MAYNE IN SUPPORT OF JMIL NO. 3.**<br><br>*[Filed Concurrently with JMIL No. 3, and [Proposed] Order]*<br><br><u>Final Pretrial Conference/Hearing on Motions in *Limine*</u><br>Date:        January 21, 2025<br>Time:        10:00 a.m.<br>Courtroom: 580<br>Trial Date: February 10, 2025 |

-1-
**DECLARATION OF COOPER ALISON-MAYNE**

-2-

# DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney licensed to practice law in this United States District Court. I am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' Motions in Limine filed concurrently herewith.

2. Counsel for the Defendants, Jordan S. Stern, and counsel for all Plaintiffs, myself met several times telephonically in compliance with Local Rule 16-2 to discuss the pre-trial documents in this case, including this Motion.

3. While the parties were able to reach several agreements, the parties could not reach an agreement on the issue presented in this motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this December 10 in Woodland Hills, California.

BY: /s/ Cooper Alison-Mayne
COOPER ALISON-MAYNE
*Attorney for Plaintiffs*.