# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br>[*Hon. Karen L. Stevenson*]<br><br>**[PROPOSED] ORDER GRANTING JMIL NO. 4** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     Having reviewed Joint Motion in Limine No. 4 and GOOD CAUSE

3 appearing therein, the Motion is HEREBY GRANTED.

4

5     IT IS SO ORDERED.

6

7

8

9

10 DATED:_____      _____

11                                  *Hon. Karen L. Stevenson*

                                     United States Magistrate Judge