1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333

5  *Attorneys for Plaintiffs*

6

7            **UNITED STATES DISTRICT COURT**

8      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>    Defendants. | Case No. 2:23-cv-09285-KS<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br>**NOTICE OF LODGING OF [PROPOSED] PRETRIAL CONFERENCE ORDER**<br><br><u>Final Pretrial Conference</u><br>Date:    January 21, 2025<br>Time:    10:00 a.m.<br>Courtroom: 580<br><br>Trial Date: February 10, 2025 |

-1-
**DECLARATION OF COOPER ALISON-MAYNE**

TO THIS HONORABLE COURT: The Parties in the above-captioned matter hereby provide notice of the lodging of the Parties' Proposed Pretrial Conference Order.

Respectfully submitted,

DATED: December 10, 2024,    **LAW OFFICES OF DALE K. GALIPO**

*/s/    Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*

DATED:  December 10, 2024    HURRELL CANTRALL LLP

By:    */s/ Jordan S. Stern*
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA