1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**[PROPOSED] ORDER GRANTING JMIL NO. 2**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580]<br><br><u>Final Pretrial Conference/Hearing on Motions in *Limine*</u><br>Date:         January 21, 2025<br>Time:         10:00 a.m.<br>Courtroom: 580<br>Trial Date:  February 10, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Joint Motion in Limine No. 2 and GOOD CAUSE appearing therein, the Motion is HEREBY GRANTED.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Hon. Karen L. Stevenson
United States Magistrate Judge