Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiffs URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram and

Defendants COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA have reached a settlement in the above-referenced action, conditioned upon approval from the Contract Cities Claims Board and the Los Angeles County Board of Supervisors.

Accordingly, the parties respectfully request that the Court vacate all dates in this case, including the Final Pre-Trial Conference of January 21, 2025, and a Trial date of February 10, 2025, and all related dates.

DATED: January 15, 2025           LAW OFFICES OF DALE K. GALIPO

By: _____/s/ Cooper Alison-Mayne_____
Dale K. Galipo
Cooper Alison-Mayne
Attorney for Plaintiffs

DATED: January 15, 2025           HURRELL CANTRALL LLP

By: _____/s/ Jordan S. Stern_____
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

2