UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 23-09285-KS                                      Date: January 16, 2025

Title  *Byram et al. v. County of Los Angeles et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings (IN CHAMBERS): ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT [DKT. NO. 92]**

The Court is in receipt of the parties' joint Notice of Settlement ("Notice"), filed on January 15, 2025. (Dkt. No. 92.) In the Notice, the parties represent that they "have reached a settlement in the above-referenced action, conditioned upon approval from the Contract Cities Claims Board and the Los Angeles County Board of Supervisors," and "the parties respectfully request that the Court vacate all dates in this case, including the Final Pre-Trial Conference of January 21, 2025, and a Trial date of February 10, 2025, and all related dates." (*Id.* at 2.)

Based upon the foregoing, and at the request of the parties, the Court VACATES all currently set dates in this action with the expectation that the parties will file a joint stipulation for dismissal within 90 days.

**IT IS SO ORDERED.**

Initials of Preparer   gr