1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Jordan S. Stern, State Bar No. 311527
   E-Mail: jstern@hurrellcantrall.com
3  Nicole G. Ortega, State Bar No. 345882
   E-Mail: nortega@hurrellcantrall.com
4  HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
5  Los Angeles, California 90017
   Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and
   BRENDA ALCANTARA

8

9

10            **UNITED STATES DISTRICT COURT**

11    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13  URSULA BYRAM, S.B. by and          Case No. 2:23-cv-09285-KS
    through guardian ad litem TIMOTHY
14  BYRAM, N.B. by and through guardian   **JOINT STATUS REPORT RE**
    ad litem TIMOTHY BYRAM, and A.B.   **STATUS OF SETTLEMENT**
15  by and through guardian ad litem
    KAITLYN HUMENCHUK,               [Assigned to Hon. Karen L. Stevenson,
16  individually and as successors-in-    Courtroom 580]
    interest to Everett Byram,
17
                Plaintiffs,
18
          v.
19
    COUNTY OF LOS ANGELES,
20  BLAKE RUNGE, and BRENDA
    ALCANTARA,
21
                Defendants.
22

23

24       **TO THIS HONORABLE COURT:**

25       Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA

26  ALCANTARA and Plaintiffs, URSULA BYRAM, S.B. by and through guardian ad

27  litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY

28  BYRAM and A.B. by and through guardian ad litem KAITLYN HUMENCHUK,

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 individually and as successors-in-interest to Everett Byram ("Parties") jointly,

2 submit this status report in response to the Court's January 16, 2025 Order

3 instructing the Parties to file a joint stipulation for dismissal within 90 days.

4 **RECITALS**

5     1.    On January 15, 2025, the Parties filed a Notice of Settlement requesting

6 that the Court vacate all dates in the case.

7     2.    On January 16, 2025, the Court issued an Order vacating all dates and

8 instructing the Parties to file a joint stipulation for dismissal within 90 days.

9     3.    The Parties fully executed the settlement agreement on January 22,

10 2025.

11     4.    The settlement is conditioned upon the approval by the relevant Los

12 Angeles County boards, including the Los Angeles County Claims Board and the

13 Board of Supervisors. The process of obtaining approvals from the Los Angeles

14 County Claims Board and Board of Supervisors is expected to take 12 months from

15 the date the settlement agreement is fully executed by the parties.

16     5.    The Los Angeles County Board of Supervisors has established

17 protocols in lawsuits. Where the liability of the settlement or judgment exceeds

18 $100,000, a Corrective Action Plan (CAP) (a confidential document) and a

19 Summary Corrective Action Plan (SCAP) (a public record) must be produced.

20     6.    After the subject settlement agreement was fully executed, the

21 settlement moved on to the CAP phase. The CAP process involves several steps in

22 its preparation, including investigation, drafting, and revisions, followed by

23 approval of multiple levels of LASD personnel. The County is in the CAP process

24 phase of the approvals process.

25     7.    Once the final review and signatures are completed in the CAP process,

26 the matter will be placed on the agenda for approval by the Claims Board.

27     8.    After approval by the Claims Board, the matter will typically go before

28 the Board of Supervisors within approximately 60 days. After the County Board of

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  Supervisors' approval, the settlement documents and Plaintiff's payment instructions

2  will be submitted to the Los Angeles County Auditor-Controller, and then the

3  settlement payment will be issued.

4      9.      The Parties request the Court allow additional time for the settlement

5  approval process to proceed.

6      10.     Accordingly, the parties request that the Court set a status conference in

7  approximately six (6) months so that the parties may update the Court regarding the

8  status of the approval of the settlement.

9  DATED:  April 16, 2025          LAW OFFICES OF DALE K. GALIPO

10

11

12                                 By:  _____/s/ Cooper Alison-Mayne_____

13                                      DALE K. GALIPO
                                        COOPER ALISON-MAYNE
14                                      Attorneys for Plaintiffs

15

16

17  DATED:  April 16, 2025          HURRELL CANTRALL LLP

18

19                                 By:  _____/s/ Jordan S. Stern_____

20                                      THOMAS C. HURRELL
                                        JORDAN S. STERN
21                                      NICOLE G. ORTEGA
22                                      Attorneys for Defendants, COUNTY OF
                                        LOS ANGELES, BLAKE RUNGE and
23                                      BRENDA ALCANTARA

24

25

26

27

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

3