UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-09285-KS                                                                 Date: April 22, 2025

Title   *Byram et al. v. County of Los Angeles et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings (IN CHAMBERS): ORDER RE: JOINT STATUS REPORT RE STATUS OF SETTLEMENT [DKT. NO. 94]**

The Court is in receipt of the parties' Joint Status Report re Status of Settlement ("Status Report"), filed by counsel for Defendants on April 16, 2025. (Dkt. No. 94.) On January 16, 2025, the parties filed a Notice of Conditional Settlement. (Dkt. No. 92.) In response, the Court vacated all dates and deadlines in this case "with the expectation that the parties will file a joint stipulation for dismissal within 90 days." (Dkt. No. 93.)

In the newly filed Status Report, the parties represent that they "fully executed the settlement agreement on January 22, 2025," but "[t]he process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 12 months from the date the settlement agreement is fully executed by the parties." (Dkt. No. 94 at 2.) As a result, the parties request "additional time for the settlement approval process to proceed" and "that the Court set a status conference in approximately six (6) months so that the parties may update the Court regarding the status of the approval of the settlement." (*Id.* at 3.)

The Court GRANTS the parties' request IN PART. The parties are directed to file another Joint Status Report re Settlement **on or before August 20, 2025**. Depending on the progress of settlement approval at that time, the Court will either order a status conference or a further extension of time.

IT IS SO ORDERED.

Initials of Preparer    gr