Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No. 2:23-cv-09285-KS<br><br>**JOINT STATUS REPORT RE STATUS OF SETTLEMENT**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

**TO THIS HONORABLE COURT:**

Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA and Plaintiffs, URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM and A.B. by and through guardian ad litem KAITLYN HUMENCHUK,

1  individually and as successors-in-interest to Everett Byram ("Parties") jointly,
2  submit this status report in response to the Court's April 22, 2025 Order instructing
3  the Parties to file a joint status report regarding settlement on or before August 20,
4  2025.

## RECITALS

1. On January 15, 2025, the Parties filed a Notice of Settlement requesting that the Court vacate all dates in the case.

2. On January 16, 2025, the Court issued an Order vacating all dates and instructing the Parties to file a joint stipulation for dismissal within 90 days.

3. The Parties fully executed the settlement agreement on January 22, 2025.

4. The settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors. The process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 12 months from the date the settlement agreement is fully executed by the parties.

5. The Los Angeles County Board of Supervisors has established protocols in lawsuits. Where the liability of the settlement or judgment exceeds $100,000, a Corrective Action Plan (CAP) (a confidential document) and a Summary Corrective Action Plan (SCAP) (a public record) must be produced.

6. After the subject settlement agreement was fully executed, the settlement moved on to the CAP phase. The CAP process involves several steps in its preparation, including investigation, drafting, and revisions, followed by approval of multiple levels of LASD personnel. The County is in the CAP process phase of the approvals process.

7. Once the final review and signatures are completed in the CAP process, the matter will be placed on the agenda for approval by the Claims Board.

8. After approval by the Claims Board, the matter will typically go before

the Board of Supervisors within approximately 60 days. After the County Board of Supervisors' approval, the settlement documents and Plaintiff's payment instructions will be submitted to the Los Angeles County Auditor-Controller, and then the settlement payment will be issued.

9. The settlement process is proceeding as outlined above and the settlement is expected to go before the Board of Supervisors closer to the end of this year.

10. The Parties request the Court allow additional time for the settlement approval process to proceed.

DATED: August 19, 2025            LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo*
DALE K. GALIPO
COOPER ALISON-MAYNE
Attorneys for Plaintiffs

DATED: August 19, 2025            HURRELL CANTRALL LLP

By: */s/ Jordan S. Stern*
THOMAS C. HURRELL
JORDAN S. STERN
NICOLE G. ORTEGA
Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and BRENDA ALCANTARA

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

3