UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 23-09285-KS                                              Date: August 25, 2025

Title     *Byram et al. v. County of Los Angeles et al.*

---

Present: The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge

|       Gay Roberson       |           n/a            |
|:------------------------:|:------------------------:|
|      Deputy Clerk        | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:-------------------------------:|:--------------------------------:|
|              n/a                |               n/a                |

**Proceedings (IN CHAMBERS): ORDER RE: JOINT STATUS REPORT RE STATUS OF SETTLEMENT [DKT. NO. 96]**

     The Court is in receipt of the parties' Joint Status Report re Status of Settlement ("Status Report"), filed by counsel for Defendants on August 19, 2025. (Dkt. No. 96.) On January 15, 2025, the parties filed a Notice of Conditional Settlement. (Dkt. No. 92.) In response, the Court vacated all dates and deadlines in this case "with the expectation that the parties will file a joint stipulation for dismissal within 90 days." (Dkt. No. 93.) On April 22, 2025, the Court granted the parties' their first extension for additional time to complete settlement due to the lengthy approval process by the Los Angeles County Claims Board and Board of Supervisors. (Dkt. Nos. 94, 95.)

     In the newly filed Status Report, the parties represent that the same process is still ongoing. (Dkt. No. 96.) As a result, the parties again generally request "additional time for the settlement approval process to proceed." (*Id.*)

     The Court GRANTS the parties' request. The parties are directed to file a stipulated dismissal with prejudice **on or before November 24, 2025**. However, the Court anticipates granting no further extensions of time. Therefore, should settlement still not be completed by that date, the parties are ORDERED to file a joint, updated status report and the Court will set a status conference at that time.

     IT IS SO ORDERED.

|                                    | **Initials of Preparer**   gr |
|:-----------------------------------|------------------------------:|