Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jordan S. Stern, State Bar No. 311527
E-Mail: jstern@hurrellcantrall.com
Nicole G. Ortega, State Bar No. 345882
E-Mail: nortega@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, BLAKE RUNGE and
BRENDA ALCANTARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>    Defendants. | Case No. 2:23-cv-09285-KS<br><br>**JOINT STATUS REPORT RE STATUS OF SETTLEMENT**<br><br>[Assigned to Hon. Karen L. Stevenson, Courtroom 580] |

**TO THIS HONORABLE COURT:**

Defendants, COUNTY OF LOS ANGELES, DEPUTY BLAKE RUNGE
(#626632) and DEPUTY BRENDA ALCANTARA(#606061) and Plaintiffs
URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM,
N.B. by and through guardian ad litem TIMOTHY BYRAM, and A.B. by and

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

through guardian ad litem KAITLYN HUMENCHUK, individually and as successors-in-interest to Everett Byram ("Parties") jointly, submit this status report in response to the Court's August 25, 2025, order setting a telephonic status conference for November 24, 2025.

### RECITALS

1.      On January 15, 2025, the Parties filed a Notice of Settlement requesting that the Court vacate all dates in the case.

2.      On January 16, 2025, the Court issued an Order vacating all dates and instructing the Parties to file a joint stipulation for dismissal within 90 days.

3.      The Parties fully executed the settlement agreement on January 22, 2025.

4.      The settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors. The process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 12 months from the date the settlement agreement is fully executed by the parties.

5.      The Los Angeles County Board of Supervisors has established protocols in lawsuits. Where the liability of the settlement or judgment exceeds $100,000, a Corrective Action Plan (CAP) (a confidential document) and a Summary Corrective Action Plan (SCAP) (a public record) must be produced.

6.      After the subject settlement agreement was fully executed, the settlement moved on to the CAP phase. The CAP process involves several steps in its preparation, including investigation, drafting, and revisions, followed by approval of multiple levels of LASD personnel. The County is in the CAP process phase of the approvals process.

7.      Once the final review and signatures are completed in the CAP process, the matter will be placed on the agenda for approval by the Claims Board.

8.      After approval by the Claims Board, the matter will typically go before

1  the Board of Supervisors within approximately 60 days. After the County Board of

2  Supervisors' approval, the settlement documents and Plaintiffs' payment instructions

3  will be submitted to the Los Angeles County Auditor-Controller, and then the

4  settlement payment will be issued.

5        9.    The Claims Board approval process is proceeding as anticipated and

6  should be finalized within the projected 12 month timeline.

7        10.    The Parties request the Court allow additional time for the settlement

8  approval process to proceed.

9        11.    Accordingly, the Parties request that the Court set a status conference

10  in approximately six (6) months so that the parties may update the Court regarding

11  the status of the approval of the settlement.

12

13  DATED:  November 17, 2025        **LAW OFFICES OF DALE K. GALIP**

14

15                            By:    */s/ Dale K. Galipo*

16

17                                **DALE K. GALIPO**
                              **COOPER ALISON-MAYNE**
                              Attorneys for Plaintiffs

18

19  DATED: November 17, 2025        HURRELL CANTRALL LLP

20

21

22                            By:    */s/ Nicole G. Ortega*

23                                THOMAS C. HURRELL

24                                JORDAN S. STERN

25                                NICOLE G. ORTEGA
                              Attorneys for Defendants, COUNTY OF

26                                LOS ANGELES, BLAKE RUNGE and
                              BRENDA ALCANTARA

27

28

                                      3

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000