UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-9285-KS                                            Date: March 19, 2026

Title      *Ursula Byram et al v. County of Los Angeles, et al.*

Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | Zoom VTC-CS- 03/19/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Cooper Alison-Mayne                            Jordan Stern
David Rubin

**Proceedings:  MINUTES RE: STATUS CONFERENCE  RE: SETTLEMENT**

Case called.  Counsel made their appearances. The Court held a conference regarding the status of the case. The parties confirmed that the settlement previously reached is going through the final government approval procedures.  The parties will notify the court when the settlement is finalized.

A Further Status Conference is scheduled for September 17, 2026 at 11:00 a.m. The Zoom video-telephonic conference information will be emailed to the participating parties.

|  | :06mins |
|---|---|
| **Initials of Preparer** | klh |