# EXHIBIT C

## PRUDENTIAL STRUCTURED SETTLEMENTS
# HELPING PROVIDE FINANCIAL SECURITY AND PEACE OF MIND

At Prudential Structured Settlements, our foremost objective is to provide positive outcomes for claimants in physical injury and wrongful death cases. Our structured settlement solutions can help relieve claimants of the potentially overwhelming responsibility of managing significant sums of money.

### FIRMLY COMMITTED TO THE MARKETPLACE

Prudential's commitment to this industry is unwavering. For almost 40 years, we have been helping provide claimants and their families with important financial security and invaluable peace of mind.

We have the expertise to solve the most complex structured settlement challenges. We are here for our clients today and will continue to be here for our clients' ongoing structured settlement needs.

### MEETING CHALLENGES SINCE 1875

Prudential has been helping individual and institutional customers experience financial security for over 140 years. Today, we are one of the world's largest financial services institutions with operations in the United States, Asia, Europe, and Latin America. We also have one of the most recognized and trusted brand symbols: The Rock®, an icon of strength, stability, expertise, and innovation.

### OFFERING FINANCIAL STRENGTH AND STABILITY

We take the uncertainty out of choosing a structured settlement annuity issuer by providing a guarantee from The Prudential Insurance Company of America (PICA), which has:[1]

- $1.35 trillion in total assets under management
- $306 billion in admitted assets, including $153 billion held in separate accounts
- Approximately $4 trillion in gross life insurance in force worldwide[2]

The Prudential Insurance Company of America is also highly rated by the major independent ratings agencies:[3]

| A.M. Best | Standard & Poor's | Moody's | Fitch |
|---|---|---|---|
| A+ | AA- | Aa3 | AA- |

### LET US HELP YOU WITH YOUR CHALLENGES

Prudential Structured Settlements
655 Broad Street, Newark, NJ 07102
Phone: 800-521-5774
Email: ssasales@prudential.com
www.prudential.com/structuredsettlements

 Prudential

[1] As of November 30, 2022

[2] As of November 30, 2022

[3] Ratings as 11/01/2022. Ratings are subject to change. According to Standard & Poor's publications, an insurer rated "AA-" (4th category of 21) has very strong financial security characteristics, differing only slightly from those rated higher. An insurer rated "AAA" has extremely strong financial security characteristics. "AAA" is the highest insurer financial strength rating assigned by Standard & Poor's. Moody's indicates that "A1" (5th category of 21) rated insurance companies offer good financial security. Insurance companies rated "Aaa" offer exceptional financial security. In addition, Moody's appends numerical modifiers 1, 2, 3 to each generic rating classification, with 1 being the highest and 3 being the lowest. While the credit policy of these companies is likely to change, such changes as can be visualized are most unlikely to impair their fundamentally strong position. "Aaa" is the highest Insurer Financial Strength Rating assigned by Moody's. Fitch indicates that "AA-" (4th category of 19) companies are viewed as possessing a very strong capacity to meet policyholder and contract obligations. Risk factors are moderate, and the impact of any adverse business and economic factors is expected to be small. "AAA" is the highest rating issued by Fitch. A.M. Best considers "A+" (2nd category of 15) rated companies to have a superior ability to meet their ongoing obligations to policyholders. "A++" is the highest rating issued by A.M. Best.

Prudential Financial and The Prudential Insurance Company of America are each solely responsible for its contractual obligations and financial condition.

Structured settlement products are insurance contracts issued by The Prudential Insurance Company of America (PICA), Newark, NJ. PICA is a Prudential Financial business.

© 2023 Prudential Financial, Inc. and its related entities. Prudential, the Prudential logo, and the Rock symbol are service marks of Prudential Financial, Inc. and its related entities, registered in many jurisdictions worldwide.