**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and ATTICUS BYRAM, individually and as successors-in-interest to Everett Byram, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA, <br><br> Defendants. | Case No.: 2:23-cv-09285-KS <br> Hon. Karen L. Stevenson <br><br><br> **JOINT STIPULATION TO DISMISS** |

1

## JOINT STIPULATION TO DISMISS

Plaintiffs URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and ATTICUS BYRAM, by and through their attorneys of record, and Defendants COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA, by and through their attorneys of record, hereby stipulate that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED

Dated: July 17, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    /s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

Dated: July 17, 2026          **HURRELL – LLP**

By:    /s/   *Jordan Stern*
Thomas C. Hurrell
Jordan Stern
Nicole Ortega
*Attorneys for Defendants*

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2