# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA BYRAM, S.B. by and through guardian ad litem TIMOTHY BYRAM, N.B. by and through guardian ad litem TIMOTHY BYRAM, and ATTICUS BYRAM, individually and as successors-in-interest to Everett Byram,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, BLAKE RUNGE, and BRENDA ALCANTARA,<br><br>Defendants. | Case No.: 2:23-cv-09285-KS<br>Hon. Karen L. Stevenson<br><br>**[PROPOSED] ORDER** |

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All previously scheduled dates and deadlines in this action are VACATED.

**IT IS SO ORDERED**.

Dated:_____

_____
Hon. Karen L. Stevenson
United States Magistrate Judge